FEB 18 2025 PM 12:42
FILED - USDC - FLMD - OCA

UNDER GOD,

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MIDDLE DISTRICT OF FLORIDA (OCALA)

UNITED STATES

v.

CASE # 5:24-cr-00138-TRP-PRL-1
Related case #3:10-cr-00222 District of CT

ROBERT HENRY RIVERNIDER

_____/

## NOTICE
## DEMAND FOR DISMISSAL
## NOTICE OF FEE SHEET

**Petitioner, Robert H. Rivernider, Attorney in fact and trustee for ROBERT HENRY RIVERNIDER JR. HEREBY APPOINTS THIS COURT, THROUGH JUDGE THOMAS P. BARBER to administer the estate of ROBERT HENRY RIVERNIDER JR and instructs Judge BARBER to settle the estate and dismiss the case.**

## CITATIONS:

### Fraud on the Court

- Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944) – Established that fraud on the court vitiates everything it touches.
- United States v. Throckmorton, 98 U.S. 61 (1878) – Recognized that fraud in obtaining a judgment renders it void.
- Chambers v. NASCO, Inc., 501 U.S. 32 (1991) – Held that courts have inherent power to vacate judgments obtained by fraud.

1

**Unrebutted Affidavits Must Be Taken as Truth**

- United States v. Tweel, 550 F.2d 297 (5th Cir. 1977) – Stated that silence can be equated with fraud when there is a legal duty to disclose.
- Carmine v. Bowen, 64 A. 932 (Md. 1906) – Held that unrebutted affidavits must stand as truth in absence of contradiction.

**Lack of Jurisdiction & Nullity Ab Initio**

- Ex parte Young, 209 U.S. 123 (1908) – Stated that courts do not have jurisdiction over actions taken beyond lawful authority.
- Marbury v. Madison, 5 U.S. 137 (1803) – Established that laws and actions contrary to the Constitution are void.
- Norton v. Shelby County, 118 U.S. 425 (1886) – "An unconstitutional act is not law; it confers no rights; it imposes no duties; it affords no protection; it creates no office."

**Double Jeopardy (Fifth Amendment Violation)**

- Blockburger v. United States, 284 U.S. 299 (1932) – The test for double jeopardy, preventing multiple punishments for the same offense.
- Benton v. Maryland, 395 U.S. 784 (1969) – Applied the double jeopardy clause to the states.
- United States v. Halper, 490 U.S. 435 (1989) – Held that imposing additional penalties after an initial punishment constitutes double jeopardy.

**Due Process Violations & Ex Parte Communications**

- Mathews v. Eldridge, 424 U.S. 319 (1976) – Established the requirement for due process, including notice and an opportunity to be heard.
- Gideon v. Wainwright, 372 U.S. 335 (1963) – Guaranteed the right to legal counsel and fair proceedings.
- Fuentes v. Shevin, 407 U.S. 67 (1972) – Held that ex parte procedures violate due process rights.

**Authority of Courts & Statutory Interpretation**

- Wayman v. Southard, 23 U.S. (10 Wheat.) 1 (1825) – Explained that courts cannot create laws or exceed constitutional authority.
- Erie Railroad Co. v. Tompkins, 304 U.S. 64 (1938) – Clarified that federal courts cannot impose substantive law outside of constitutional authority .

Come now, Robert H. Rivernider, Jr., a living man under GOD, Beneficiary and trustee of the ROBERT HENRY RIVERNIDER ESTATE, here-in after "RIVERNIDER" giving notice of massive fraud and crimes committed RIVERNIDER, demands this matter be settled promptly.

1. **MASSIVE FRAUD IN CONNECTICUT**

   a. On numerous occasions RIVERNIDER presented evidence to the district court exposing the fraud that took place in its court, only to be ignored. Fraud on the court is a crime. Ignoring a crime is also a crime. As recently as September 2023, attached ECF 838 in case 3:10-cr-00222-RNC, RIVERNIDER, documented fraud on the court in a sworn affidavit that was unrebutted by the government. An unrebutted affidavit MUST be taken as truth. The Supreme Court has been clear, fraud vitiates everything it touches. I have documented the fraud, BY THE GOVERNMENT ACTORS, going back to pre-indictment with perjured testimony from, the then government star witness, Robert Hall, a former business partner. The government's response was to remove him from the witness list as to not have to turn over the evidence of the perjury and it was likely suborned, another crime.

   b. In October 2024, after realizing the District Court had no interest in following the United States Constitution, demands were made for the Oath of Office, the Commissions, and Bonds, for all the government actors involved, including the judge, prosecutors, and the probation officer in

Florida. THEY ALL DEFAULTED as they failed to provide the documents. **The entire case is therefore a NULLITY AB INITIO**.

c.  In direct response, the court in Connecticut transferred the case on November 22, 2024 to this court in an attempt to cover up the criminal activity. They did not post it on the docket in Connecticut until December 5, 2024, never informed RIVERNIDER of the transfer, and used a transfer form that was allegedly electronically signed in March of 2024.

d.  The Connecticut court failed to release information demanded pursuant to a Freedom of Information Act request related to a CUSIP number and bonds taken out in RIVERNIDER'S name attached to the case number that is included in a fund worth over $500,000,000. This appears to be a serious conflict of interest.

An AO91 criminal complaint was sent to the U.S. Attorney's office in Tampa in November 2024. Additionally, a criminal complaint has been filed with the Connecticut State Attorney's office regarding the collection of usurious loans, a crime in Connecticut as detailed in ECF 838, the subject of the criminal convictions, and an IRS form 3949a criminal complaint has been filed to investigate the undisclosed financial conflict of that court.

As a new administration has now taken control of the corrupt Department of Justice, one that promises to prosecute anyone committing a crime, new and additional criminal complaints will be filed and sent directly to the new administration along with this NOTICE. Statute of Limitations does not start until release from Supervised Release.

**2. MISSING DOCKET 2-7**

This court received the case on November 22, 2024. According to the DOCKET it clearly shows the case was TERMINATED on that day. However, RIVERNIDER recently learned that may not be the case. After accidentally learning the case was transferred RIVERNIDER emailed court appointed counsel Robert Frost and sent a copy of the docket showing the case terminated:

CLOSED,PROB/SR TRAN

**U.S. District Court**
**Middle District of Florida (Ocala)**
**CRIMINAL DOCKET FOR CASE #: 5:24-cr-00138-TPB-PRL All Defendants**

| | |
|---|---|
| Case title: USA v. Rivernider | Date Filed: 11/22/2024 |
| Other court case number: 3:10-cr-222-RNC District of Connecticut | Date Terminated: 11/22/2024 |

Assigned to: Judge Thomas P. Barber
Referred to: Magistrate Judge Philip R. Lammens

**Defendant (1)**
**Robert Rivernider**
*TERMINATED: 11/22/2024*

Attorney Frost responded:

December 13, 2024

"Congratulations, Bob.  Will you be going to the inauguration for your man on 1/20?

**Robert M. Frost, Jr.**

**FROST | BUSSERT LLC"**

According to the United States State Department a warrant has been issued for RIVERNIDER with the U.S. Marshalls Service for an alleged probation violation on January 14, 2025. This post dates the termination of probation and violates Due Process even if the court claims supervised release was not terminated.

As beneficiary to the RIVERNIDER Estate, no notification has been given. It now appears the missing docket number 2-7 could be the result of ILLEGAL Ex Parte communication with either the agents acting as the government or a third party acting on behalf of the government and this court.

If this court issued a warrant for the arrest of RIVERNIDER based on ex parte communications without ever giving RIVERNIDER an opportunity to address whatever alleged violation a third party claimed RIVERNIDER committed it MUST be withdrawn immediately as it violates the DUE PROCESS Clause of the United States Constitution. Anyone involved in executing an illegal warrant will be subject to the attached fee sheet for kidnapping, et al. This notice is being sent to the new US Attorney General, the head of the US Civil Rights Division at the DOJ, the US Marshals Service and all local Sheriffs, whose responsibility it is to enforce the United States Constitution.

## 3. ERRONEOUS DECISION REGARDING ECF. 8

This court has apparently presumed that it has the authority to deny an individual constitutionally secured right, I do hereby rebut the presumption with facts and conclusions of the law!

To deny an individual rights secured by the Constitution, is to subject them to servitude which is strictly prohibited! The Supreme Court has continuously emphasized that no court, no judicial so-called official operating in, if this court is unlawfully operating, in its core capacity, may make any determination concerning any constitutionally secured right in such a capacity!

The Supreme Court has consistently and continuously emphasized that no so-called public servant exercises any authority not delegated to it by the Constitution. There is

no delegation of authority and the Constitution for judicial official including this one presiding over this particular matter, to deny a single right to a single party without due process of law.

In Docket 8, RIVERNIDER provided proof that the sentencing commission has stipulated that probation and/or parole are separate sentences in and of themselves. So, how is it that this court can say that they can sentence a person twice for the same offense and it does not constitute a violation of the Constitution? RIVERNIDER has a right to an evidentiary hearing to challenge the jurisdiction of this court!

RIVERNIDER hereby challenges to THE ADMINISTRATIVE AND STATUTORY JURISDICTION OF THE COURT.

This court has apparently presumed that RIVERNIDER can't challenge jurisdiction at any time, even on appeal, after appeal, 10 years later, 100 years later, the law is clear that a court acting without jurisdiction, and sentencing someone to the same offense but to a different penalty for that same offense, is called double jeopardy, this is a principle of law and has nothing to do with statute!
The probationary sentence was based on a statute, the original sentence was based on a statute, it has long been held that statutes are not law.
The code the courts are relying upon are not written by Congress, nor are they sanctioned by the Constitution. The law governing structure does not support such conduct. The law says that there must be a legislative process, a process, it appears the probationary statute the court is relying on did not follow that process!

Congress creates a statute, and in the statute Congress provides penalties for what are presumed to be crimes. In these penalties they list jail time and probation or parole, but it has already been adjudicated that parole is a sentence and incarceration as a sentence as they both deprive individual liberty.

The principles of the Fifth Amendment says that one who may be deprived of life liberty or property will not be subjected to being deprived of the aforementioned twice for the same offense. One is without due process of law and the other one is absolute that it can never happen. RIVERNIDER hereby brings forth this challenge to the unfounded presumptive court!

## ARGUMENT, NO AUTHORITY IN LAW

This court has apparently presumed that it may operate under presumption, presumption of law is not a law, and is not supported by the Constitution. The Constitution does not say a person is presumed innocent, the court subset that! The Constitution simply says no one may be held for a crime without due process of law.

This court has practiced a so-called waiver of a secured right by holding what's known as ex parte pre-warrant hearings. There is no sanction in law for the courts to come up with their own process, because that in and of itself is a denial of due process of the law. The law in the United States is the Bill of Rights of the Constitution's, no one has a right to ignore the Constitution!

The court sits in a so-called core jurisdiction, RIVERNIDER has a constitutionally secured right for which court venues have no jurisdiction under law. RIVERNIDER demands this matter be heard by a non-core jurisdiction and official as is his right!

8

Court's don't have the right to violate anyone's Constitutional Rights, nor subject them to double jeopardy. When did a practice, the practice of sentencing someone to parole or probation and incarceration, become law? Procedures and practices are not law! Unless this court has proof that the Constitution supports double jeopardy, which it did not provide in its denial, then its so-called DENIAL is without jurisdiction and that the court is acting in complete disregard to the law which means it is acting in clear absence of all jurisdiction!

RIVERNIDER requested an evidentiary hearing and has a right for this court to provide facts and conclusions of the law, this court has provided no law and a case citation is not law even if it is referred to as "CASE LAW", there is no such thing in law as case law. Judges can't make law, this is a known maxim in fact in the United States, so please, provide me constitutional support based in the Constitution.

## CERTIFICATION/VERIFICATION/VALIDATION

RIVERNIDER hereby demands dismissal of case 3:10-cr-00222, dismissal of all warrants, and notice that all restitution payments made by the original defendants be returned.

I do hereby present this petition before this court as an affidavit, in this affidavit format, as wholly attested, witnessed by and before God, as such on this February 11, 2025 under penalty of law, if held otherwise, so help me God!

Respectfully certified,

## CERTIFICATE OF SERVICE

I, Robert H Rivernider, hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office
   35 S.E. 1st Avenue., Suite 300
   Ocala, FL 34471
2. U.S. Attorney General
   Attn: Pamela Jo Bondi
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
3. Attn: Leo Terrell
   U.S. Department of Justice
   Civil Rights Division
   950 Pennsylvania Avenue, N.W.
   Office of the Assistant Attorney General, Main
   Washington, D.C. 20530
4. Navy JAG Corps
   1322 Patterson Ave., Suite 3000
   Washington Navy Yard, DC 20374-5066
5. Sumter County Sheriff Patrick Breeden
   7361 Powell Rd Wildwood, FL 34785
6. Florida Attorney General
   400 S Monroe St, #PL01 Tallahassee, FL 32301
7. U.S. Marshals Service Headquarters
   1215 S. Clark St. Arlington, Virginia 22202

Robert H Rivernider, Agent for
ROBERT HENRY RIVERNIDER JR.

UNITED STATES OF AMERICA
DISTRICT OF CONNECTICUT



SEP 18 2023 PM1:07
FILED-USDC-CT-HARTFORD

UNITED STATES

v.

Case: 3:10-cv-222

Robert Henry Rivernider
Sui Juris

_____/

September 11, 2023

## MOTION TO DISMISS CASE 3:10-cr-222
## DUE TO FRAUD AND VIOLATIONS OF CONSTITUTIONAL RIGHTS

Comes Now, Petitioner Robert Henry Rivernider, Sui Juris, a living person, moves for

dismissal of case 3:10-cr-222 due to massive fraud committed by representatives of the

UNITED STATES CORPORATION, acting as the United States government.

## LEGAL STANDARD

**FRAUD VITIATES EVERYTHING IT TOUCHES**. United States v. Throckmorton, 98

U.S. 61, 25 L.Ed. 93. October Term, 1878. "There is no question of the general doctrine

that fraud vitiates the most solemn contracts, documents, **and even judgments**." at 11.

The Fifth Amendment of the United States Constitution states in part "No person

shall be held to answer for a capital, or otherwise infamous crime, unless on a

presentment or indictment of a Grand Jury,... nor be deprived of life, liberty, or property,

without due process of law." Here, Mr. Rivernider, a living person, continues to be

deprived of "Liberty and Property" without "due process of law."

**ORAL ARGUMENT DEMANDED**

Ex. 1

1

The Supreme Court instructs a "court has a historical **DUTY** and ***obligation*** to set aside a judgment for fraud on the court" Hazel-Atlas Glass CO v. Harford Empire Co. 322 U.S. 238, 64 S. Ct. 997, 88 L.Ed. 1250 (1944).

## ARGUMENT

On November 4, 2010, representatives of the UNITED STATES CORPORATION, herein referred to as they claim to be the "government," filed a criminal indictment against three individuals in the District Court located in the State of Connecticut.[1] The "Indictment" charged the defendants with eighteen criminal charges. The charges alleged inter alia, that the defendants deceived victims in, what was claimed to be, an investment program, a Real Estate scheme, and conspiracy.

**First**, regarding counts 1-9, at trial in 2013 documents were presented, and testimony confirmed, that the alleged "investment scheme" was in fact a loan program, in which, the defendants were to pay usurious interest rates to the lenders and NOT an "investment scheme" as alleged in the indictment.

This has now been confirmed by the presiding Judge in the case who asked, at a hearing on August 1, 2023, ECF. 836 Pg 35. 5-8:

> Judge Chatigny: " By the way, Mr. Rivernider, I'm just curious, who set the interest rate, so to speak, for the individuals in the "No More Bills" payments? Was it them or was it you?"

---

[1] See U.S. District Court District of Connecticut (New Haven) CRIMINAL DOCKET FOR CASE #: 3:10-cr-00222 @1

Here, the court demonstrates that it is clearly aware that the interest rate the defendants were to pay on the **LOAN PROGRAM** was usurious. Regardless of who set the interest rate, IT WAS IN FACT, USURIOUS, and therefore illegal. Evidence presented at trial showed an interest rate of 10% per month. As previously stated the case was filed in Connecticut with alleged "victims" being located in Connecticut. Under Connecticut law, it is not only a crime to charge usurious rates it is a crime to attempt to collect[2]. The defendants were, in fact, the victims. All those currently involved or previously involved in attempting to collect on the usurious loans are violating Connecticut law, which includes the court. The entire indictment has now been proven to be a fraud and therefore invalid and must be dismissed.

Not only did the indictment fraudulently accuse the defendants of an "investment scheme" the "government" continues to defraud the court by not correcting this fraudulent assertion instead insisting the court enforce and threaten to incarcerate Rivernider if Rivernider fails to conform by paying the "restitution" (extortion) ordered, based on the fraudulent claims made by the "government." Extorting payments to be made under the guise of "restitution" requires Rivernider to be a part of the conspiracy and fraud committed by the "government." The taking of Mr. Rivernider's PROPERTY

---

[2] CHAPTER 673

Sec. 37-2. No recovery after payment. No borrower of money shall be permitted to set off or recover back, by any proceeding in court, any sum of money paid by way of interest, discount or damages, for the detention of money, in excess of the rate of six per cent a year

Sec. 37-4. Loans at greater rate than twelve per cent prohibited. No person and no firm or corporation or agent thereof, other than a pawnbroker as provided in section 21-44, shall, as guarantor or otherwise, directly or indirectly, loan money to any person and, directly or indirectly, charge, demand, accept or make any agreement to receive therefor interest at a rate greater than twelve per cent per annum
Sec. 37-8. Actions not to be brought on prohibited loans. No action shall be brought to recover principal or interest, or any part thereof, on any loan prohibited by sections 37-4, 37-5 and 37-6, or upon any cause arising from the negotiation of such loan.

by threatening to take Mr. Rivernider's LIBERTY when DUE PROCESS was clearly

violated, violates Mr. Rivernider's rights under the United States Constitution.

**Second**, violations of DUE PROCESS[3][4] and Conspiracy to Violate the defendant's

Constitutional Rights.

Not only did the "government" deceive the grand jury[5] to create the fraudulent

indictment, but the "government" continually, throughout this entire process, has bribed

and coerced witnesses to commit perjury, under oath, before the court. During the trial,

several witnesses were caught lying under oath when subject to cross-examination. For

example, the basis for counts 10-18 in the indictment claims the defendants inflated

property values. To prove this the "government" bribed Tosha Wade to lie while under

oath claiming that the defendants sold the one-bedroom units at the Sterling Residences

---

[3] **18 U.S. Code § 241 - Conspiracy against rights If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.**

[4] **18 U.S. Code § 242 - Deprivation of rights under color of law Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.**

[5] The "government's" star witness to obtain the indictment, Robert Hall, was removed from the trial witness list after Rivernider presented evidence that his grand jury testimony had to be fraudulent, the "government" removed him when they were required to turn over grand jury testimony, knowing Hall committed perjury.

4

by inflating the price to $220,000. Wade was bribed by the "government" not to have to go to prison if she would lie under oath to help convict the defendants. Despite numerous motions by Rivernider, ignored or denied by this court as frivolous[6], the "government" has never disputed or denied the allegation, or provided evidence that this claim was true. Judge Chatigny knowingly condoned bribing witnesses to commit perjury when sentencing Tosha Wade to one year of supervised release with no prison time. Many other examples of bribed false testimony have been presented to this court which ignored it. Despite the obvious fact that this is the standard operating procedure for the "government" attorneys to secure their 98% conviction rate, get bonuses for convictions, and here, promotions, it still violates the Constitutional Rights of those charged and must be reviewed and dismissed when proven as is the case here.

One major example included the perjured testimony of attorney James W. Bergenn in 2018 at hearings before Judge Chatigny and in written responses[7] to Rivernider's 2255 motion. Not only was the testimony perjurious, knowingly so by all parties, including the "government" and the Judge himself, but they are covering it up and refusing to disclose the evidence in their possession that proves it. A violation of Misprision of a Felony, 18 U.S.C. § 4. Bribing witnesses to commit perjury to get a conviction violates the **due process** clause of the United States Constitution, which as a living person applies to Robert Henry Rivernider and the other defendants who continue to be harmed by this court and the "government".

**Third,** during the hearing on August 1, 2023, Judge Chatigny addressed the issue with certain mortgage lenders the "government" claimed were victims of the defendants

---

[6] See ECF 835 denying 830
[7] ECF 123 Affidavit of Bergenn. Sealed by Judge Chatigny ECF 125

whom the court awarded restitution. ECF. 836, Pg 14. The court refers to the argument that Selene Finance was improperly awarded $285,823.50 in restitution despite the fact that Selene Finance was neither a lender nor a downstream lender. The Second Circuit clearly stated in United States v. Thompson, 792 F.3d 273, 277 (2nd Cir 2015) "Restitution is authorized only for losses that were directly caused by the conduct composing the offense of conviction and only for the victim's actual loss."

The court ignored the facts and the issue, the "government" defrauding the court by adding alleged victims to increase the victim count which increased the potential sentence, The court inexplicably relied on the total restitution awarded and the percentage of the total restitution award, as though any amount presented by "government" agents who committed fraud before the court was reliable. In United States v Tran, 322 F.3d 798 (2nd Cir.2000) the Second Circuit did not refer to a percentage when they stated "improperly ordered restitution constitutes an illegal sentence amounting to plain error." Here, the court issued an illegal sentence.

## CONCLUSION

Based on the foregoing, and because the law demands it, Rivernider moves for dismissal and demands a hearing in case 3:10-cr-222 due to fraud and violations of Robert Henry Rivernider's, a living person, Constitutional Rights.

Robert Henry Rivernider
Sui Juris
Counsel of Record

6

**Affidavit**
## Notice of Liability Regarding Trespass
## Affidavit of Fee Schedule and Remedy

Acknowledgment
in the Nature of Supplemental Rules
for Administrative and Maritime Claims Rules C (6)

for Personal Protection From
Federal / State / County / City / Municipal / Corporate
Employees / Agents / Individuals

Notice to Agent is Notice to Principal.
Notice to Principal is Notice to Agent.
Notice to Individual, Natural Living Soul is Notice to All Human Beings.
Notice to All Human Beings is Notice to Individual, Natural Living Soul.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the
law."
— In re McCowan (1917), 177 C. 93, 170

Public Law § 97-280 acknowledges the Holy Bible as the Word of God.

Silence is Aquiesence, Agreement, and Dishonor

This is a Self-Executing Contract.

# NOTICE

Daniel Chapter 4 verse 17 (K.J.V.)
"17 This matter is by the decree of the watchers and the demand by the word of
the Holy ones: to the intent that the living may know that the most High
ruleth in the kingdom of men and giveth it to whomsoever He will and setteth
up over it the basest of men."

Before Me, the undersigned Notary, _Patricia M. Arp_____, on
this day _9th__ of September, 2024, personally appeared Robert-Henry:
Rivernider, known to me to be credible natural person and of lawful age, who
being duly sworn by me affirms, deposes, and says:

I, Robert-Henry of the family Rivernider, as a natural person / a People on
the State known as Florida, am hereby, as a gesture of peace, giving proper
notice to the STATE OF Florida corporation and to the UNITED STATES
corporation, to all municipal, county, and city corporations, and to all

Affidavit of Fee Schedule                                   P a g e  1 | 23

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.

Et. 2

other STATE CORPORATIONS, agents, employees, and all other individuals of the following:

As a peaceful, natural Man desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this Notice of Liability regarding Trespass, Fee Schedule, and Remedy for personal protection from Federal / State / County / City / Municipal / Corporate employees as a courtesy to you and as a remedy should you decide to trespass upon me or other members of my Family. Failure to know or disobey any of your thousands of corporate regulations, statutes, or codes does not constitute a crime absent a victim or damaged property or fraud - no corpus delecti.

> "In every prosecution for crime it is necessary to establish the
> 'corpus delecti', i.e., the body or elements of the crime." *People
> v. Lopez*. "The *corpus delecti* consists of two elements, namely, 1)
> the injury of loss or harm; and 2) a criminal agency causing them
> to exist." *People v. Frey (1913) 165 Cal. 140 [ 131 P. 127]*

Please note that this Affidavit of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporate employees is just per *Trezevant v. City of Tampa*,741 F.2d 336 (11th Cir. 1984), wherein a motorist was illegally held for 23 minutes on a traffic charge and was awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute or $1,800,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime (Traffic infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

WHEREAS this is a formal and lawful Affidavit of Fee Schedule and Remedy that is established for Robert-Henry: Rivernider and his family members to include the lawful and unlawful matters relating to the Office of the Executor.

Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS / third parties.

Attorney fees and other remedies not listed in this Fee Schedule are determined under special circumstances and submitted via certified mail with a return receipt to all parties involved.

1. For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: $100,000.00 (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

2. For every offense committed against entities, ROBERT HENRY RIVERNIDER JR©, RIVERNIDER, ROBERT HENRY, ROBERT H RIVERNIDER, ROBERT RIVERNIDER, ROBERT and BOB are Synonymous and any and all derivations thereof on any document which is in any way associated with me, the living soul, Robert-Henry: Rivernider, shall, by such document acting as *prima facie* evidence of violation, become liable

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

for penalties of $500,000.00 (five hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

3. For every offense or action taken against me: $1,000,000.00

(one million) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.

4. For each page of documents an agent, clerk or clerk of the courts refuses to file: $10,000.00 (ten thousand) per page payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation pursuant to Federal Rules of Civil Procedures 5(d)(4)) –

Acceptance by the clerk.

[A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and 18 USC § 2071: '(a) Whoever willfully and unlawfully conceals, removes, mutilates. Obliterates, or destroys or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; (b) Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. It is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof. United States v. Lombardo, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); Milton v. United States, 105 F.2d 253, 255 (5th Cir. 1939). In Greeson v. Sherman, 265 F. Supp. 340 (D.C.Va. 1967), it was held that a pleading delivered to a deputy clerk at his home at night was thereby filed. [Freeman v. Giacomo Costa Fu Adrea, 282 F. Supp. 525 (E.D.Pa. 1968)]

5. For each unsolicited / solicited phone call: $10,000 (ten thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

6. For each unsolicited / solicited letter of harassment : $10,000.00 (ten thousand) payable and convertible at the legal and lawful

Affidavit of True Identaul

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

7. **For each correspondence that I write to Respondents and/or Agents / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law : $5,000.00 (five thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

8. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / third parties or unlawful letters of harassment: $5,000.00 (five thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

9. **For each correspondence I write to the Office of Fair Trading: $2,000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

10. **For each correspondence I write to court services and agents: $5,000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

11. **For each correspondence I have to write to Trading Standards: $2,000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

12. **For the cause of emotional distress, harm or injury : $1000,000.00 (one hundred thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

13. **For any time caused to be spent on issues involving matters related to any legal matters : $500 (five hundred)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation

14. **For each correspondence I have to write to the chief of police / sheriff agent after first notice sent: $5,000.00 (five thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

15. **For each court special appearance / general appearance : $30,000.00 (thirty thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

16. **For each phone call I make to relevant bodies / agents: $2,000.00 (two thousand) plus $500 per hour or part thereof /**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

$5.00 per minute payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

17. For each individual failure to provide per individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/ documents for the inspection of the Undersigned, the fee of $5,000.00 (five thousand) per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the Respondent (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within (7) days after receipt of this notice payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

18. For each individual failure to perform a directive given by the Sovereign Beneficiary: $10,000.00 (ten thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

19. For every direct order given to the Sovereign Beneficiary by a magistrate, a judge, or any government official or agent: $30,000.00 (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

20. For every Unlawful Arrest, Illegal Arrest, or Restraint or Distraint, or Trespassing / Trespass without a lawful, correct, complete, and original 4th amendment warrant with a wet ink signature: $1,000,000.00 (one million) plus additional damages pursuant to *Trezevant v. City of Tampa*, 741 F.2d 336 (11th Cir. 1984) ... and 1 acre of government, state, county, or city land, per occurrence, per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

21. For every Excessive Bail, Fraudulent Bond, Fraudulent Warrant, Cruel / Unusual Punishment, Violation of Rights to a Speedy Trial or Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: $1,000,000.00 (one million) and 1 acre of government, state, county, or city land per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

22. For every Assault (with or without Weapon): $1,000,000.00 (one million) and 1 acre of government, state, county, or city land per occurrence payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

23. For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $3,000.00 (three thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

24. For all Unlawful Detention or Incarceration: $200,000.00 (two hundred thousand) per day and 1 acre of government, state, county, or city land convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

25. For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason: $1,000,000.00 (one million) per day and 1 acre of government, state, county, or city land per occurrence payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

26. For every Threat, Coercion, Deception, or Attempted Deception by any officer of the court: $50,000.00 (fifty thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per person per violation.

27. For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable Bill of Rights: $100,000.00 (one hundred thousand) per day payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars as per *Trafficante v. Florida*, 92 So. 2d 811 (1957) per occurrence per officer and/or agent involved and 1 acre of government, state, county, or city land.

28. For every Coercion or Attempted Coercion of the Real Natural Person to hold the liability of the Corporate Citizen against the Natural Person and Secured Party's Will: $200,000.00 (two hundred thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars.

29. For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency as aforementioned herein: 1 acre of government, state, county, or city land and $300,000.00 (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars and $100.00 (one hundred) per day penalty until all lien(s), levy(s), impoundment(s), and/or garnishment(s) are terminated along with all funds reimbursed and all property returned in the same condition as it was when taken with 18% annual interest and my declared value of property.

30. For every destruction, deprivation, concealment, defacing, alteration, or theft of property, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, setup, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, quality, and quantity as the lost items. The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency(s), representative(s), and/or person(s) thereof that caused such action. In addition to the aforementioned cost, **there will be a** $6,000.00 (six thousand) fee per day payable and convertible at the legal

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars until property is restored in full, beginning on the first day after the incident as provided by this contract.

31. For every Denial and/or Abuse of Due Process: $200,000.00 (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation per person per officer or agent involved.

32. For every Obstruction of Justice: $200,000.00 (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence per officer and/or agent involved.

33. For every Reckless Endangerment, Failure to Identify, Refusal to Present Credentials, and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: $300,000.00 (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence per officer and/or agent involved.

34. For every Counterfeit Statute Staple Security Instrument: $20,000.00 (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per officer and/or agent involved.

35. For every Trespass on *Cestui Que Vie* Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: $100,000.00 (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per trespass per officer and/or agent involved.

36. For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury or commercial liability: $5,000.00 (five thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per communication not in compliance.

37. For every Foreclosure, Repossession, and Court Matter against *Cestui Que Vie* Trust: $200,000.00 (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved.

38. For every seizure of any *Cestui Que Vie Trust* property through force, duress, coercion, conversion, including but not limited to arrest / assault / kidnapping / human trafficking : $1,000,000.00 (one million) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

39. For Harassment after Notice: $100,000.00 (one hundred thousand) per occurrence per officer and/or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence and 1 acre of government, state, county, or city land.

40. For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: $50,000.00 (fifty thousand) payable and convertible at the legal and lawful

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

ratio proscribed by law of Federal Reserve Notes to silver dollars per person per violation and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved.

41. For False Statements from Trustees, agents, or individuals: $20,000.00 (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per officer and/or agent involved.

42. For each Impairment of Contract by Trustees, agents, or individuals: $30,000.00 (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars user fee per impairment.

43. For each Violation of any unalienable rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of any Trustee, agent, or individual:

a.    one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for violating and of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

b.    one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per detention initiated by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

c.    my body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be honored by the People of the fifty States and the People of the United States of America for the protection of the People on the land known as any of the fifty States which make up the union known as the Unites States of America. This lawful paper must be honored in any court within any of the fifty States which make up the union known as the Unites States of America.

d.    One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen to establish their statutory jurisdiction upon Me or my family without expressed, written consent.

42. For any harm done to family pets without valid cause and/or justification: $100,000.00 (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person and 1 acre of government per officer and/or agent involved.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

43. For each request or demand under lack of full disclosure without the autograph of the Beneficiary on any lawful contract: $15,000.00 (fifteen thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

44. For each taking of fingerprints by force, coercion, or duress: $4,000.00 (four thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

45. For each field test demanded during unlawful detainment / traffic stop: $20,000.00 (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

46. For each D.N.A. test demanded or taken by force, duress, or coercion during unlawful detainment: $200,000.00 (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

47. For any fraudulent foreclosures, liens, contracts, auctions placed against my property: $200,000.00 (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved.

48. For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 14 days in advance: $30,000.00 (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

49. For failure to fully disclose any contract under acts of fraud: $50,000.00 (fifty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation.

50. For every theft of property of conveyance / automobile by impounding, towing, or forced removal from any private or public property without written consent from me:

$7,000.00 (seven thousand) per day payable convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation.

---

**Matthew Chapter 5 verses 25-26**

"25 Agree with thine adversary quickly, whiles thou art in the way with him; lest at any time the adversary deliver thee to the judge, and the judge deliver thee to the officer, and thou be cast into

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

prison. 26 Verily I say unto thee, thou shalt by no means come out thence till thou hast paid the uttermost farthing."

# Maxims of Equity

**1.**
"Aequitas sequitir legem."
Equity follows the law.
1 Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482.

**2.**

Equity will not suffer a wrong to be without a remedy.

**3.**

He who comes into equity must come with clean hands.

**4.**

Equity will not allow a remedy that is contrary to law.

**5.**

Equity will take jurisdiction to avoid a multiplicity of suits.

**6.**

Equity will not allow a statute to be used as a cloak for fraud.

**7.**
Equity regards the beneficiary as the true owner.

**8.**
"Vigilantibus non dormientibus aequitas subvenit."
Equity aids the vigilant, not those who slumber on their rights.

**9.**
Equity acts in personam or persons.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

10.

Equity delights to do justice and not by halves.

## Maxims of Law

1.

"A verbis legis non est recedendum."

From the words of the law there must be no departure.

2.

"Actus Dei nemini facit injuriam."

The act of God does no injury; that is, no one is
responsible for inevitable accidents.

3.

"Augupia verforum sunt judice indigna."

A twisting of language is unworthy of a judge.

4.

"Catalla just possessa amitti non possunt."

Chattels justly possessed cannot be lost.

5.

"Contractus legem ex conventione accipiunt."

The agreement of the parties makes the law of the contract.

6.

"Culpa lata aequiparatur dolo."

A concealed fault is equal to a deceit.

7.

"Cum adsunt testimonia rerum quid opus est verbis?"

When the proofs of facts are present, what need is there for words?

8.

"Debet qui juri subjacere ubi delinquit."

Every one ought to be subject to the law of the place where he offends.

9.

"Ejus est non nolle qui potest velle."

He who may consent tacitly may consent expressly.

10.

"Ex facto jus oritur actio exteriora indicant interiora secreta."

Law arises out of fact; that is, its application must be to facts.
8 Co. R. 146.

11.

"Actio exteriora indicant interiora secreta."

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Constitution'". Article VI, Clause III: "The Senators and Representatives before mentioned and the members of the several state legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

➢ For any Respondent who has sworn an oath of office to support and/or defend the Constitution for the United States of America,
   I hereby accept that oath of office.

**Numbers Chapter 30 verses 1-2**
"1 And Moses spake unto the heads of the tribes concerning the children of Israel, saying, This is the thing which the Lord hath commanded. 2 If a mans vow a vow unto the Lord or swear an oath to bind his soul with a bond; he shall not breake his word, he shall do according to all that proceedeth out of his mouth."

**Leviticus Chapter 5 verses 3-5**
"3 or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it be hid from him; when he knoweth of it, then he shall be guilty. 4 Or if a soul swear, pronouncing with his lips to do evil, or to do good, whatsoever it be that a man shall pronounce with an oath, and it be hid from him; when he knoweth of it, then he shall be guilty in one of these. 5 And it shall be, when he shall be guilty in one of these things that he shall confess that he hath sinned in that thing:"

When Congress makes a law which is outside the scope of its enumerated powers, it is no law at all but is void, and American men and women have no obligation to comply. Alexander Hamilton wrote this repeatedly in the Federalist Papers. Here are a few examples:

"_If the federal government should overpass the just bounds of its authority and make a tyrannical use of its powers, the people, whose creature it is, must appeal to the standard they have formed, and take such measures to redress the injury done to the Constitution as the exigency may suggest and prudence justify_"
Federalist No. 33, 5th Paragraph

"_acts of_ (the federal government) which are not pursuant to its constitutional powers_ will (not) become the supreme law of the land. These will be merely acts of usurpation, and will deserve to be treated as such_"
Federalist No. 33, 6th paragraph

"_every act of a delegated authority, contrary to the tenor of the commission under which it is exercised, is void. No legislative act ... contrary to the Constitution can be valid. To deny this, would be to affirm ... that men acting by virtue of powers may do not only what their powers do not authorize, but what they forbid."
Federalist No. 78, 10th paragraph

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

(emphasis added above)

When it is proven, by tacit agreement or otherwise, that Trespassing upon the People's unalienable rights to life, liberty, and the pursuit of happiness from outside the Republic of the United States of America and/or proven tacitly or otherwise that a tyrannical takeover of the de jure Republic by agents with an agenda to steal their birthright and to destroy their country - the United States of America - and to assault the men, women, and children of the Republic and their real and other property - wild and domestic livestock, pollinating insects which affect agriculture / food supply, right to privacy, well-being, liberty, or right to equitable contracts - and/or to prove tacitly or otherwise that any Trespassing or the various legal actions used to implement it evince to a collateral or direct attack upon the United States of America Constitution, **there may be grounds for a Grand Jury indictment for treason, to wit:**

## 1788 Constitution for the United States of America -
## Article III, Section III:

"Treason shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of Two Witnesses to the same overt Act or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted."

### Deuteronomy Chapter 17 verse 6
"6 At the mouth of two witnesses, or three witnesses, shall he that is worthy of death be put to death: but at the mouth of one witness he shall not be put to death."

### Deuteronomy Chapter 19 verse 15
"15 One witness shall not rise up against a man for nay iniquity, or for any sin, in any sin that he sinneth: at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established."

### Matthew Chapter 18 verse 16
"16 But if he will not hear thee, then take with thee one or two more, that in the mouth of two or three witnesses every word may be established."

### 2 Corinthians Chapter 13 verse 1
"1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established."

### Hebrews Chapter 10 verse 28
"28 He that despised Moses Law died without mercy under two or three witnesses."

[emphasis added on each item above]

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Constitution of the United States of America, Amendment IV:
"The right of the people to be secure in their persons, houses, papers, and
effects, against unreasonable searches and seizures, shall not be
violated, and no Warrants shall issue, but upon probable cause, supported by
Oath or affirmation, and particularly describing the place to be searched,
and the persons or things to be seized." [emphasis added]

Title 18 U.S. Code § 2382- Misprision of Treason
"Whoever, owing allegiance to the United States and having knowledge of the
commission of any treason against them, conceals and does not, as soon as
may be, disclose and make known the same to the President or to some judge of
the United States, or to the governor or to some judge or justice of a
particular State, is guilty of misprision of treason and shall be fined
under this title or imprisoned not more than seven (7) years, or
both." [emphasis added]

**WHEREAS** a person with full knowledge of a potential harm, whether caused
directly by the person or not, and that person is endowed the ability and/or
duty to act upon the said knowledge in a way to avoid or otherwise mitigate
the potential harm and fails to do said actions is liable for the inevitable
harm caused and/or may be found negligent where there is a duty of care; and

**WHEREAS** it is a fundamental principal of law that nobody is above the law
including but not limited to all government actors. The government immunity
clause only applies to government actors when they are performing their
actions of their office defined by their office in good faith and that the
UNITED STATES SUPREME COURT has made a ruling regarding public officials
being held liable for actions done or failure to perform required actions in
the case of *MILLBROOK v. UNITED STATES*, 477 Fed. Appx. 4, among others.

This International Commercial Claim / Lien within the Admiralty, Private
Agreement and Disclosures, and Notice of Liability with all attachments
comprises a **binding contract** between Respondents / Libellees and the
Claimant / Libellant for the purpose of establishing the honorable terms of
this Affidavit of Fee Schedule and Remedy and eliminating faulty assumptions.
It is referred to herein as the Contract although it is an inland claim
which, when perfected, will constitute a lien against the parties as
described hereunder. The terms "you", "your", and "yours" refer to each
Respondent named and yet to be named Respondents in this Contract
individually and collectively. This Fee Schedule and Remedy supersedes any
and all previous agreements, whether expressed or tacit, between the parties,
et al.

It is agreed upon that these fees shall be added together with standard
compensation claims, and in all cases, the standard compensation shall also
be due to me or any authorized trustee appointed for any and all breaches of
this Contract, violations of domestic and international human rights, the
U.C.C., and the Common Law.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.

**SELF EXECUTING CONTRACT**
This is a self-executing contract. The commission of any prohibited action or knowingly, failing to act to prevent the commission of any prohibited action, represents agreement to the terms and fees of this document in its entirety. All persons principles, agents, association members, and entities committing, conspiring to commit, or failing to act to prevent the commission of one or more prohibited actions accept and agree to pay the associated fee for the commission of such prohibited actions. The fees, damages and values are set at the best appropriate value in the sole determination of the author, presenter, and server of this document. The author, presenter, and server of this document reserves the right to waive or modify fees at any time without notice. This document is not negotiable or rebuttable.  The only way to avoid immediate execution of this document is to not violate permitted violations, or conspire to violate any part of it.

**Joining the Contract**
You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a Respondent seeking the privilege of joining this Contract is hereby established at $100,000 (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per each attempt / event of impairment.

As with any administrative process, you may rebut the statements and claims in this Contract by executing a verified response, point-by-point, with evidence that is certified to be true and in the form of a sworn affidavit and assuming full liability to be received by Claimant(s) by certified mail no later than 5:00 P.M. of the final date to respond given to you. Respondent and the Claimant(s) / Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your failure to respond as defined herein. If you fail to respond or to state a claim by the indicated Effective Date, the Affidavit of Fee Schedule and Remedy ("Contract") will become binding and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

"Qui tacet consentire videtur."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading..." *U.S. v Tweel*, 550 F.2d 297, 299, (1977), quoting *U.S. v Prudden*, 424 F.2d 1021, 1032 (1970)

"When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation..."

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

*Fisher Controls International, Inc. v. Gibbons*, 991 S.W. 2d 135 (1995)

"When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation.."
*Blanton v. Sherman Compress Co.*, 256 S.W. 2d 884 (1953)

Silence activates estoppel pursuant to *Carmine v. Bowen*, 64 A. 932.

**U.C.C. § 2-201 -- Formal Requirements; Statutes of Frauds**

(1) Except as otherwise provided in this section, a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

(2) Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (1) against such party unless written notice of objection to its contents is given within ten (10) days after it is received.

**This Notice of Liability Regarding Trespass, Fee Schedule, and Remedy** constitutes the Claimant's / Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree that the Claimant / Libellant has exhausted his administrative remedy and has stated a claim upon which relief can be granted.

**If you fail to state a verified claim** by the Effective Date as described below, you agree that you have failed to and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now or at any time in the future. Respondents forever waive all immunity now and in the future. This Contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 § 583, 90 Statutes at Large § 2892, and 28 U.S.C. 1605 and 1607 in regards to loss of immunity.

The term "failure to respond" means your failure by the Effective Date to respond to this Contract or insufficiency of response as defined herein. You agree that your failure to respond conveys your agreement with all of the terms and provisions of this Contract. By failing to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy may be sought according to tort law, criminal law, strict liability, negligence, and hazardous activities.

This Fee Schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and all directives given to the Respondents by the Sovereign Beneficiary or by the receipt of any further unsolicited letters or communications including emails, calls, etc. from Respondents / agents / third parties, or in the

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, or any other unlawful activities. In the case of your failure to pay any fees within thirty days of presentment of a True Bill, you agree that a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution, and all other lawful and commercial remedies.

# Notice to Agent is Notice to Principal.
# Notice to Principal is Notice to Agent.

This Contract is legally and lawfully binding and non-negotiable. This Contract is activated and subscribed to automatically by the Respondent(s) named in due course by all names of Respondents, agents, employees, individuals, third parties, and/or representatives thereof.

The Respondents are entitled to a Notice of Default. In consideration, Respondent agrees to accept a Notice of Default as a Binding Administrative Judgment ("Judgment") certifying Respondent's agreement with all terms, statements, facts, provisions, claims and fees within this Affidavit of Fee Schedule and Remedy. Since Judgment is issued when a party waives the right to respond, **all parties to this Agreement agree to be bound in perpetuity by any and all such Judgments which may be issued regarding this Contract. Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Contract.**

All Rights Reserved Without Recourse. The Beneficiary reserves the right to alter this Fee Schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master Robert-Henry: Rivernider for the ROBERT HENRY RIVERNIDER JR© Estate and any and all derivative names thereof.

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you harass or intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to law.

This is a Notice of Liability Regarding Trespass, Fee Schedule, and Remedy for Protection from Federal / State / County / City / Municipal / Corporate employees, individuals, and agents. I, Robert-Henry: Rivernider, the holder of the office of the People in the State known as  Florida or in any other State, am hereby, as a gesture of peace, giving proper notice to the STATE OF Florida or to any state/corporation, to the UNITED STATES CORPORATION, and to all municipal, county, and city corporations and other STATE Corporations of the following:

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

As a peaceful, natural person desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this Affidavit of Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporate employees, agents, and individuals as a courtesy to you and as a remedy should you decide to trespass upon Me or my Family. Failure to know or to obey any and all of your thousands of corporate regulations does not constitute a crime absent a victim, damaged property, or fraud (the *corpus delecti*).

If you should face a jury, you should know that the jury has sworn duty to judge the law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "*corpus delecti*" (i.e., the body or elements of the crime).

> "The *corpus delecti* consists of two elements— namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (*People v. Frey*, 165 Cal. 140, 146 [131 P. 127].

Please note that this Affidavit of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporate employees, agents, and individuals is just and modest and well below the precedent set by *Trezevant v. City of Tampa, 746 F.2d 815 (11th Cir. 1984)* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. The above is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in this Fee Schedule.

The Unites States Supreme Court has stated the following in *U.S. v. Cruikshank* (92 U.S. 542 at 551):
"…between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possesses, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for protection of all of their rights at home and abroad. It may sometimes happen that a 'person' is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States.

## Neither I nor anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.

Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.

Let it be clear that I am not a person / citizen / employee / subject of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty, and that Sovereignty is God.

**Guarantee and Waiver of Benefits**
Guarantees for this Affidavit of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the Constitution for the United States of America, the Bill of Rights, Constitutional Oaths of Office, the Common Law, the Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Affidavit of Fee Schedule and Remedy are for jurisdictional purposes only, and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

## Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

It is written, "If they refuse to take the cup at thine hand to drink, then shalt thou say unto them, thus saith the Lord of hosts, ye shall certainly drink." - Jeremiah 25:28

"Thy kingdom come, Thy will be done in earth, as it is in Heaven."
-Matthew 6:10

### NATURAL LAW

The Natural Law is that which God, the Sovereign over the world, has prescribed to man not by any formal promulgation but by the internal dictates of reason alone. It is discovered by a just consideration of the agreeableness of human actions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude, and the like. In the Constitution for the United States of America, we find the 11th article, Amendment 9: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the People."

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

# EVENT OF DEFAULT

Affected parties and people wishing to dispute the claims and truths made herein or to make their own claims upon Me must respond within **twenty-one (21) days** after service of this Notice of the action and request a Common Law court to impanel a Common Law Jury of twenty-five (25) indigenous free men to hear their case against Me. All responses must be signed and witnessed no later than **twenty-one (21) days** from the date of original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this Lawful Notice made herein will always result in an automatic default judgment and permanent, irrevocable estoppel by acquiescence, barring the bringing of charges under any statute/regulation / act /code or legal action against Me, my family, or another People. Failure to honor this lawful Notice will make each of the People acting as federal / state / county / city / municipal / corporate employees liable for the sum of $50,000 in silver coin or its equivalent in Federal Reserve Notes plus my Fee Schedule, and such sum will be required to be paid to Robert-Henry: Rivernider upon your receipt of the Invoice and by its assigned due date. I, the undersigned affiant and attorney in fact for ROBERT HENRY RIVERNIDER JR©, authorize this affidavit using my autograph on this instrument.

**It is against the law for a Judge to summarily remove, to dismiss, to dissolve, or to diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.**

**Trespass Upon Private Contract**
Any collateral attack on this Contract is in bad faith and is a criminal trespass payable as prescribed in the above-stated Affidavit of Fee Schedule.

**All payments are to be made in Lawful Money
pursuant to Title 12 USC § 411.**

# Further affiant sayeth not!

## All Rights Reserved, None Waived

### Without Prejudice

Respectfully submitted.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

I, Robert-Henry: Rivernider, herein affirm and declare under my unlimited commercial liability that I am competent to state the facts and of Lawful age to handle the matters set forth herein, that the aforementioned is true, correct, complete, not intended to be misleading and that all of the above is admissible as evidence and in accordance with my best first-hand knowledge, understanding, and belief.

Dated this __9th__ day of _____September_____ in the Year 2024.


Honorable Robert-Henry: Rivernider
Affiant, Executor, Sole shareholder,
Director, Attorney in Fact,
Sole Beneficiary,
Authorized Representative, *sui juris*


**JURAT**

*********************************************************************************

## ACKNOWLEDGMENT OF NOTARY

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

Sumter County                    )
                                 ) ss.
State of Florida.                )

On the __9th__ day of _____September____, 2024, before
me,_____, a Notary, personally
appeared Robert-Henry: Rivernider known to me or proved to me on
the basis of satisfactory evidence of identification to be the
living, natural man whose name is subscribed upon this
instrument and acknowledged to me that they executed the same in
their authorized capacity; and by their signatures on this
instrument, Robert-Henry: Rivernider has acted on behalf of the
person who executed this instrument.

Patricia M. Arp.

*Patricia M. Arp.*
**NOTARY SIGNATURE**

My Commission Expires: _07/27/2027._                    (seal)



PATRICIA M. ARP
MY COMMISSION # HH 426974
EXPIRES: July 27, 2027

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.