R. Riverorder
14 S. Bobwhite Rd
Wildwood, FL 34785



**CERTIFIED MAIL®**

9589 0710 5270 2294 6422 08

Retail
U.S. POSTAGE PAID
FCM LG ENV
WILDWOOD, FL 34785
FEB 11, 2025
34475
$12.38
RDC 99
S2324E500775-07

U.S. DISTRICT COURT
Middle DISTRICT OF FL
207 NORTHWEST 2nd Street
OCALA, FL 34475

SCREENED
By USMS

