MARCH 4, 2025

To: Clerk of Court
    Middle District of Florida
    U.S. District Court

From: Robert H Rivernider

Re: Missing signature page Doc #10

Dear Clerk,

Upon reviewing ECF Docket #10 I noticed the page 10, the signature page and Jurat is

Missing. I apologize if I left it out accidentally. Luckily I had two original documents signed.

Please find enclosed page 10 and add it to the filing.

Thank you for you assistance in this matter.

Robert H Rivernider

We The People

Robert H. Rivernider, agent for:
ROBERT HENRY RIVERNIDER JR. ©
14 S Bobwhite Rd
Wildwood, FL 34785
SUI JURIS

We The People: _Ralph H. Pe_
WiThouT PreJudice   UCC 1-308

Date: February 11, 2025


**JURAT**

State of Florida
Sumter County

Sworn to (or affirmed) and subscribed before me by means of

✓ Appeared in person

This 11th day of February, 2025.

By _Robert. H. RiveRnider._

_Patricia M. Arp._ _____ Signature of Notary



PATRICIA M. ARP
MY COMMISSION # HH 426974
EXPIRES: July 27, 2027

Produced FL. DL.

10

R Riverside
14 S Bobwhite 60
Wildwood, FL 34785

ORLANDO FL 328

4 MAR 2025 PM 3

POSTAGE PAID – TAX PERCUE
IMM 742.1/742.2     UPU RL 141(2.2)
STAMP/SEAL
FOREIGN OFFICE OF ORIGIN

SCREENED
By USMS

U.S. District Ct
Middle District of Florida
207 Northwest Second ST
Ocala, FL 34475

34475-660399