UNDER GOD,

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MIDDLE DISTRICT OF FLORIDA (OCALA)

UNITED STATES

v.

CASE # 5:24-cr-00138-TRP-PRL-1
Related case #3:10-cr-00222 District of CT

ROBERT H RIVERNIDER

_____/

## WRIT OF CORUM NOBIS

**Demand for Dismissal – Case 3:10-cr-00222 and Case 5:24-cr-00138-TPB-PRL**

**To the Honorable Court:**

I, **Robert H Rivernider**, hereby submit this **Writ of Coram Nobis** demanding the immediate dismissal of **Case 3:10-cr-00222** and **Case 5:24-cr-00138-TPB-PRL**, along with the dismissal of all charges against all defendants named in these cases, including **ROBERT H RIVERNIDER, ROBERT PONTE,** and **LORETTA SENECA**. This demand is based on grave legal errors, the failure of the government to respond to previous filings, and the uncontroverted truth of the **affidavits contained in Docket 10/11** in **Case 5:24-cr-00138 that incorporates ECF. 838 filed in case # 3:10-cr-00222 in the United States District Court, District of CT**.

**Legal Basis for the Writ:**

This writ is filed under **the discovery of new evidence** and **failure of the government to rebut** the affidavits filed in **Docket 10/11** in **Case 5:24-cr-00138**. The government's failure to address or respond

1

to these filings within the required time frame has created a presumption that the facts and assertions in those documents are **taken as truth**, as outlined in established **Coram Nobis** case law.

According to **United States v. Morgan**, 346 U.S. 502 (1954), and **Townsend v. Sain**, 372 U.S. 293 (1963), a writ of **coram nobis** is available when there is **new, material evidence** or **fundamental errors** that would change the outcome of the case, and when **no other legal remedies** are available due to the finality of the judgment.

## Demand for Dismissal of All Defendants:

Based on the above, I **demand** the immediate **dismissal** of the charges in both **Case 3:10-cr-00222** and **Case 5:24-cr-00138-TPB-PRL**, including all charges against the named defendants, **ROBERT H RIVERNIDER, ROBERT PONTE,** and **LORETTA SENECA**. This demand is made on the grounds that the government's failure to rebut the filings constitutes an **irrefutable admission** of the truth of the facts and claims contained in the **affidavits** submitted on the record, **Dockets 10/11 filed on February 18, 2025**.

As established in **Herrera v. Collins**, 506 U.S. 390 (1993), where **constitutional violations** or **miscarriages of justice** are discovered, the Court is *required* to correct these injustices. It is clear from the government's non-response that the charges are based on **false, incomplete, or misleading information** that warrants their dismissal in the interests of justice.

## Self-Executing Contract:

This writ shall also operate as a **self-executing contract**, which shall take effect **three (3) days from receipt** if not signed by the appropriate government officials/administrative court officer (AKA, Judge), Exhibit A. In the absence of such action, this document shall be considered binding and enforceable for the **dismissal of the cases** and the **vacation of all charges** against the defendants, including **ROBERT H RIVERNIDER, ROBERT PONTE,** and **LORETTA SENECA**.

## Affidavits in Docket 10/11:

In accordance with legal doctrine, the **affidavits contained in Docket 10/11** in **Case 5:24-cr-00138** must be treated as **truthful and uncontested** due to the government's failure to rebut or respond within the legally prescribed time period. The facts presented therein must be taken as **true and binding**.

## Conclusion:

For the reasons set forth above, I **demand** that the Court immediately dismiss **Case 3:10-cr-00222** and **Case 5:24-cr-00138-TPB-PRL**, along with the charges against **ROBERT H RIVERNIDER, ROBERT PONTE,** and **LORETTA SENECA**. This writ is also a binding contract that shall take effect in **three (3) days from receipt** if not signed by the appropriate government officials/court officer. Failure to act on this demand will make the writ **final and enforceable**.

Sincerely,

*[signature]*

Robert H Rivernider
Sui Juris
All Rights Reserved
14 S Bobwhite Rd
Wildwood, FL 34785

## JURAT

State of Florida )  affirmed and subscribed

County of Sumter )

This 13th day of May, 2025.

I, __Ali Henin__, Notary Public, attest that one using the person ROBERT HENRY RIVERNIDER appears before me and affirms the above statements by subscribing this Monday, the Thirteenth day of May in the year of our lord two thousand and twenty-five [May 13, 2025].

Notary Public Signature _____

My Commission Expires __12/9/2028__

ALI HENIN
MY COMMISSION # HH 620045
EXPIRES: December 9, 2028

## CERTIFICATE OF SERVICE

I, Robert H Rivernider, hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office
   35 S.E. 1st Avenue., Suite 300
   Ocala, FL 34471
2. U.S. Attorney General
   Attn: Pamela Jo Bondi
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

Robert H Rivernider, Agent for
ROBERT HENRY RIVERNIDER JR.