AO 468 (01/09) Waiver of Preliminary Hearing

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                    5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER,
    Defendant.
_____

### WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

_6/25/2025_____                          _RR_____
Date                                                  Defendant's signature

                                                      _/s/ Joshua Woodard_____
                                                      Signature of defendant's attorney

                                                      _Joshua Woodard_____
                                                      Printed name of defendant's attorney