UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:24-cr-00138-TPB-PRL

ROBERT RIVERNIDER

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Sarah Janette Swartzberg.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ William S. Hamilton
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile:  (352) 547-3623
E-mail: William.s.hamilton@usdoj.gov

U.S. v. Robert Rivernider                  Case No. 5:24-cr-00138-TPB-PRL

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Joshua Woodard, Esq.

/s/ William S. Hamilton
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:  (352) 547-3600
Facsimile:   (352) 547-3623
E-mail: William.s.hamilton@usdoj.gov