# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        Case No. 5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER,

      Defendant.

_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Robert Rivernider, in the above-styled cause.

The Clerk is requested to enter the appearance of Joshua Woodard, Assistant Federal Defender, as counsel for the Defendant.

DATED this 27th day of June, 2025.

                                        A. Fitzgerald Hall, Esq.
                                        Federal Defender, MDFL

                                        *s/ Joshua Woodard*
                                        Joshua Woodard, Esq.
                                        Florida Bar No. 0042974
                                        Assistant Federal Defender
                                        201 S. Orange Avenue, Suite 300
                                        Orlando, FL 32801
                                        Telephone: 352-351-9157
                                        Fax: 352-351-9162
                                        E-Mail: Joshua_woodard@fd.org
                                        Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 27th day of June, 2025.

                                                 s/ *Joshua Woodard*
                                                 Assistant Federal Defender