UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER

| Judge: | Thomas P. Barber | Counsel for Government: | William Hamilton |
|---|---|---|---|
| Deputy Clerk: | Holly Iovino | Counsel for Defendant: | Joshua Woodard |
| Court Reporter: | Rebekah Lockwood | Probation: | Erik Padilla |
| Scheduled Date/Time: | July 9, 2025 01:30 PM | Interpreter: | Not Required |

## FARRETTA HEARING

Defense counsel advises that the defendant wishes to represent himself.

Defendant motions the court to dismiss the proceedings- DENIED.

The defendant requests to present the Fourth and Fifth Amendment violations of his constitutional rights. The court advises that he will not be hearing those today.

Faretta inquiry held.

Court will allow the defendant to represent himself with Mr. Woodard as standby counsel.

Defendant has filed two pro se Motions (Docs. 25 & 26). The government is instructed to respond to the motions.

The final revocation hearing will be scheduled for October 17th at 9:00.

The defendant motions for Bond. – DENIED.

Time in court: 1:17 pm-1:29 pm; Total time in court: 22 minutes