IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                               5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER,
    Defendant.
_____/

## ORDER

Pursuant to the order entered on July 15, 2025 (Doc. 34), that directed the U.S. Marshal Service to inquire about the defendant's treatment for his arm, the court received an email from Dr. Jose R. Rodriguez, MD, CCHP, Medical Director-Correctional Health. Dr. Rodriguez reviewed the defendant's intake screening medical charts from the Sumter County Detention Center and Marion County Jail, and the defendant's recent medical encounters at the Marion County Jail. As to treatment for his arm, he requested a release of information form from the defendant to request and receive the medical chart from UF Health Ortho. Dr. Rodriguez also noted that at the intake screenings for both jails, the patient denied any current or active pharmaceutical medical treatment for his cardiovascular condition but concluded that care can be provided by staff employed by the Heart of Florida at the Marion County Jail and that the defendant does have an upcoming appointment.

**IT IS SO ORDERED** in Ocala, Florida, on July 21, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Robert Rivernider