Robert Rwernider
14 S. Bobwhite Road
Wildwood FL 34785

POSTAGE PAID – TAX PERCUE
IMM 742.1/742.2    UPU RL 141(2.2)
                   STAMP/SEAL
FOREIGN OFFICE OF ORIGIN

SCREENED
By USMS

U.S. District Court
Ocala Division
Attn: Clerk of the Court
207 NW 2nd Street
Ocala FL 34475

