Exhibit "1"

**From:** Bob Rivernider bobriver@icloud.com
**Subject:** not in system
**Date:** June 11, 2024 at 2:08 PM
**To:** Erik Padilla erik_padilla@flmp.uscourts.gov



Not sure if you are expecting me to submit info but the system says I am not found, fine with me.



# Exhibit "2"

Query   Reports   Utilities   Help   Log Out

CLOSED,PROB/SR TRAN

# U.S. District Court
## Middle District of Florida (Ocala)
### CRIMINAL DOCKET FOR CASE #: 5:24-cr-00138-TPB-PRL All Defendants

Case title: USA v. Rivernider

Date Filed: 11/22/2024

Other court case number: 3:10-cr-222-RNC District of Connecticut

Date Terminated: 11/22/2024

Assigned to: Judge Thomas P. Barber
Referred to: Magistrate Judge Philip R. Lammens

**Defendant (1)**

**Robert Rivernider**
*TERMINATED: 11/22/2024*

| Pending Counts | Disposition |
|---|---|
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD<br>(1) | Imprisonment: 144 Months-concurrently; Supervised Release: 36 Months for Counts 1-8 and 10-13, 60 Months for Counts 9, and 14-18-concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time-served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |
| FRAUD BY WIRE, RADIO, OR TELEVISION<br>(2-8) | Imprisonment: 144 Months-concurrently; Supervised Release: 36 Months for Counts 1-8 and 10-13, 60 Months for Counts 9, and 14-18-concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time-served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD | Imprisonment: 144 Months-concurrently; Supervised Release: 36 Months for Counts 1-8 and 10-13, 60 Months for Counts 9, and 14-18-concurrently; Restitution: $500 per |

(9)

FRAUD BY WIRE, RADIO, OR TELEVISION
(10-18)

month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time-served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect.

Imprisonment: 144 Months-concurrently; Supervised Release: 36 Months for Counts 1-8 and 10-13, 60 Months for Counts 9, and 14-18-concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time-served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2024 | 1 | TRANSFER OF JURISDICTION documents for Supervised Release received as to Robert Rivernider from District of Connecticut. (Attachments: # 1 Docket Sheet, # 2 Indictment, # 3 Judgment)(CTR) (Entered: 11/22/2024) |

PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 12/11/2024 16:11:39 | | | |
| PACER Login: | RobertHenry2906 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:24-cr-00138-TPB-PRL Start date: 1/20/2024 End date: 12/11/2024 |
| Billable Pages: | 3 | Cost: | 0.30 |

# Exhibit "3"

**From:** Robert Frost rmf@frostbussert.com 
**Subject:** RE: SR transferred and terminated
**Date:** December 13, 2024 at 1:53 PM
**To:** Bob Rivernider bobriver@icloud.com

Congratulations, Bob. Will you be going to the inauguration for your man on 1/20?

**Robert M. Frost, Jr.**
**FROST | BUSSERT LLC**
Criminal Defense | Business Litigation | Appeals
350 Orange Street, Suite 100
New Haven, CT 06511
Tel: (203) 495-9790
Fax: (203) 495-9795
Cell: (203) 209-6503
Email: rmf@frostbussert.com



For more information on Best Lawyers' selection process/methodology, click here.

**From:** Bob Rivernider <bobriver@icloud.com>
**Sent:** Wednesday, December 11, 2024 4:20 PM
**To:** Robert Frost <rmf@frostbussert.com>
**Subject:** SR transferred and terminated