# MOTION AND NOTICE OF RESCISSION OF WAIVER OF PRELIMINARY HEARING

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

FILED - USDC - FLMD - OCA
JUL 31 2025 PM 1:17

UNITED STATES OF AMERICA,

Plaintiff,

v.                              Case No: 5:24-CR-00138

ROBERT HENRY RIVERNIDER, JR.,

Defendant.

_____/

MOTION AND NOTICE OF RESCISSION OF WAIVER OF PRELIMINARY HEARING

COMES NOW, the Defendant, ROBERT HENRY RIVERNIDER, JR., by and through his attorney-in-fact and/or pro se, and respectfully files this Notice rescinding the waiver of a preliminary hearing and moves this Court for the immediate scheduling of said hearing. In support thereof, Defendant states the following:

1. On June 24, 2025, Mr. Rivernider was arrested at his home by a dozen armed

1

officers executing a warrant purportedly issued out of this Court.

2. Mr. Rivernider was informed the warrant originated from the U.S. Marshals in Virginia and that he would be extradited to Virginia.

3. On June 25, 2025, Mr. Rivernider was transferred from Sumter County Jail to Ocala, Florida, where he was advised by a Federal Defender, moments before his court appearance, that a complaint had been filed by the U.S. Probation Office alleging a violation of supervised release.

4. Due to the suddenness of the proceedings and lack of prior notice, the Federal Defender, unfamiliar with the facts and history of the case, advised Mr. Rivernider to waive his preliminary hearing.

5. Mr. Rivernider, under duress and unable to defend himself due to the surprise nature of the arrest and proceedings, agreed to the waiver.

6. The waiver was not knowing, voluntary, or intelligent under the standard set forth in Johnson v. Zerbst, 304 U.S. 458 (1938), and its progeny.

7. Defendant asserts that he has never missed a court appearance in 15 years in relation to this matter, even when required to travel from Florida to Connecticut.

8. Defendant asserts the alleged violations stem from civil compliance issues and do not involve any violent conduct or new criminal acts.

2

9. The Fourth Amendment guarantees protection against unreasonable searches and seizures, and the Fifth Amendment guarantees due process of law. Defendant was not provided sufficient notice or opportunity to respond prior to his arrest and detention, in violation of these constitutional rights. See Fuentes v. Shevin, 407 U.S. 67 (1972); Gagnon v. Scarpelli, 411 U.S. 778 (1973); United States v. Preston, 706 F.3d 1106 (9th Cir. 2013).

10. Mr. Rivernider has now filed a formal response to the civil complaint, rescinded his waiver of preliminary hearing, and respectfully demands a preliminary hearing be scheduled forthwith to address all matters raised by the alleged violations.

11. Defendant is currently detained in Marion County Jail under inhumane conditions. There is no air conditioning during the daytime hours, the food is infested with bugs, and the only available drinking water is warm, dirty, and likely contaminated with bacteria. These conditions amount to cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution. See Estelle v. Gamble, 429 U.S. 97 (1976); Helling v. McKinney, 509 U.S. 25 (1993).

WHEREFORE, Defendant respectfully requests this Court recognize the rescission of the prior waiver and promptly schedule a preliminary hearing to address the allegations and constitutional violations herein.

Respectfully submitted,

Date: July 14, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 34475

Robert Henry Rivernider, Pro Se

14 S Bobwhite Road

Wildwood, Florida 34785

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to

the United States Attorney's Office by mail this 27day of July, 2025.

1.  U.S. Attorney's Office
    35 S.E. 1st Avenue, Suite 300

    Ocala, FL 34471

2.  U.S. Attorney General
    Attn: Pamela Jo Bondi

    U.S. Department of Justice

    950 Pennsylvania Avenue, NW

    Washington, DC 20530-0001

3.  U.S. Department of Justice
    Attn: Harmeet Dhillon

    Civil Rights Division

    950 Pennsylvania Avenue, NW

    Office of the Assistant Attorney General, Main

    Washington, DC 20530-0001

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission