This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

# UNITED STATES POSTAL SERVICE.

## Click-N-Ship®

| | |
|---|---|
| usps.com<br>$27.20<br>US POSTAGE<br>**E**<br>08/04/2025 | 9470 1301 0935 5009 4887 96 0272 0001 0003 4475<br>U.S. POSTAGE PAID<br>Mailed from 34785  4423921592555555 |

### PRIORITY MAIL EXPRESS®

ROBERT RIVERNIDER
14 S BOBWHITE RD
WILDWOOD FL 34785-9011

Flat Rate Envelope
**RDC 07**
**C029**

**WAIVER OF SIGNATURE**


MIDDLE DISTRICT OF FL, CLERK OF THE COU
RM 337
201 NW 2ND AVE
OCALA FL 34475

**USPS TRACKING #**



9470 1301 0935 5009 4887 96



PS Form 2976-E, July 2013
PSN 7530-03-000-5174
EP13F October 2023
OD: 12 1/2 x 9 1/2

PRIOR
MA
EXPR

FLAT RAT
ENVELOF
ONE RATE

PS10001000006

**SCREENED
By USMS**

This package is made from post-consumer waste





# MAIL EXPRESS®

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.