IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                          5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER,
    Defendant.
_____/

**ORDER**

The defendant, representing himself (Doc. 31), has filed a motion for home confinement (Doc. 43). The Defendant restates his medical concerns and overall complaints about the Marion County Jail and seeks home confinement pending a final revocation hearing on violations of his supervised release. As a basis for release, he further states his plan to contest his underlying convictions for which he is serving a period of supervision.

Unfortunately, the defendant has made no showing that there is a basis to revisit the issue of his detention pending a resolution of the petition. He cites no legal authority for reopening the detention hearing and offers nothing to overcome the presumption of detention that exists. Accordingly, his renewed or subsequent motion for release is denied.

**IT IS SO ORDERED** in Ocala, Florida, on August 8, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Robert Rivernider