UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

ROBERT HENRY RIVERNIDER, JR.,

    Defendant.

Case No. 5:24-cr-00138

WRIT OF CORAM NOBIS

Incorporating Dockets 12, 26, and 10 (Exhibit 2 Fee Sheet)

Demand for Dismissal, Immediate Release, and Additional Relief

COMES NOW the Defendant, Robert Henry Rivernider, Jr. ("Rivernider"), in propria persona, and respectfully petitions this Court for a Writ of Coram Nobis, to vacate and dismiss the proceedings in the above-captioned matter, order his immediate release, and grant all additional relief requested herein. This writ is submitted pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and applicable constitutional authority.

1

## I. PROCEDURAL HISTORY AND INCORPORATED MATTERS

1. Docket 12 – Incorporated by reference in full: Motion and supporting memorandum outlining constitutional violations, lack of jurisdiction, and procedural defects in the initiation and prosecution of supervised release violation proceedings.

2. Docket 26 – Incorporated by reference in full: Petition for Declaratory Relief asserting violations of Rivernider's due process rights, jurisdictional defects, and improper continuation of proceedings after completion of sentence.

3. Docket 10, Exhibit 2 (Fee Sheet) – Incorporated by reference in full: Demonstrates the amounts owed by the United States Government to Rivernider, the Defendant, for constitutional violations and unlawful incarceration, including improper financial penalties, unlawful assessments, and irregularities in accounting directly relevant to the claims herein.

## II. GOVERNMENT'S FAILURE TO RESPOND

4. At the hearing held on July 9, 2025, the Court formally accepted Rivernider's Petition for Declaratory Relief (Docket 26) and granted the United States 30 days to respond.

5. The deadline to respond expired on August 8, 2025. As of the filing of this writ, no response has been made by the government.

6. This failure to timely respond constitutes a waiver, confession, and acquiescence to the relief sought in Docket 26, entitling Rivernider to immediate dismissal and release.

## III. GROUNDS FOR CORAM NOBIS RELIEF

7. Constitutional Violations – The proceedings are void ab initio for violations of the Fifth Amendment (Due Process), Sixth Amendment (Right to Counsel and Fair Trial), and Eighth Amendment (Excessive Punishment), as well as Article III jurisdictional limits.

8. Post-Sentence Detention – Rivernider is being unlawfully detained after completion of his sentence, in contravention of federal law and Supreme Court precedent.

9. Additional Relief Requested – As outlined in Docket 8, pages 11–13, Sections 11 & 12, including but not limited to:
  - Restitution for wrongful incarceration;
  - Expungement of unlawful proceedings and warrants;
  - Injunctive relief against further retaliatory prosecution.

## IV. DEMAND FOR DISMISSAL AND IMMEDIATE RELEASE

10. The government's failure to respond within the court-ordered timeframe is fatal to its position and constitutes grounds for default judgment in favor of Rivernider.

11. Rivernider demands dismissal with prejudice of all pending matters in this case and immediate release from custody.

## V. SELF-EXECUTING CONTRACT

12. This writ shall serve as a self-executing contract between the parties: If the Court fails to grant the relief requested within three (3) judicial days from the date of filing, and no lawful

3

rebuttal is entered, the case shall be deemed dismissed with prejudice, Rivernider shall be released immediately, and all collateral consequences shall be nullified.

PRAYER FOR RELIEF

WHEREFORE, Rivernider respectfully prays that this Court:

A. Issue the Writ of Coram Nobis vacating the judgment and dismissing all proceedings in this matter with prejudice;

B. Order Rivernider's immediate release from custody;

C. Grant the additional relief outlined in Docket 8, pages 11–13, Sections 11 & 12;

D. Award costs, fees, and restitution as appropriate; and

E. Enter the Proposed Order attached hereto.

Respectfully submitted,

Date: August 11, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se, In Propria Persona

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 3447

4

CERTIFICATE OF SERVICE

I, Robert H. Rivernider, hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office
   35 S.E. 1st Avenue, Suite 300
   Ocala, FL 34471

2. U.S. Attorney General
   Attn: Pamela Jo Bondi
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

3. U.S. Department of Justice
   Attn: Harmeet Dhillon
   Civil Rights Division
   950 Pennsylvania Avenue, NW
   Office of the Assistant Attorney General, Main
   Washington, DC 20530-0001

4. Federal Bureau of Investigations Headquarters
   Attn: Director Kash Patel
   935 Pennsylvania Avenue, NW
   Washington, DC 20535-0001

5. U.S. Department of Justice
   Attn: Leo Terrell
   Civil Rights Division
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

6. U.S. Dept of Homeland Security

   Attn: Kristi Noem
   2801 Nebraska Avenue NW
   Washington, DC 20528

Date: August 11, 2025


*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission

Robert RiverNider
14 S. Bobwhite Rd
Wildwood FL 34785

Middle District of FL
Clerk of the Court
207 NW 2nd Ave Rm #337
Ocala FL 34475

