# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

Case No.: 5:24-cr-00138

ROBERT HENRY RIVERNIDER JR,

Petitioner,

v.

SHERIFF, MARION COUNTY JAIL, et al.,

Respondents.

_____/


## EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR EXPEDITED HEARING ON ONGOING CONSTITUTIONAL VIOLATIONS

COMES NOW, the Petitioner, ROBERT HENRY RIVERNIDER JR (hereinafter "Petitioner" or "RHR"), a pro se litigant and crime victim, and pursuant to 28 U.S.C. §§ 2241, 2254, respectfully moves this Honorable Court for an expedited hearing and immediate relief due to ongoing and egregious violations of his constitutional rights under the Sixth and Eighth Amendments to the U.S. Constitution and corresponding provisions of the Florida Constitution.


## I. GROUNDS FOR HABEAS RELIEF

1. Petitioner is being held against his will and without lawful justification at Marion County Jail, where he is suffering serious and life-threatening health consequences. He is a heart attack survivor who underwent open-heart surgery, and is currently confined in the Medical

1

Pod where the air conditioning has been inoperable for weeks, depriving him of clean air, proper ventilation, and oxygen.

2. Petitioner shares this confined, unventilated space with 35 other inmates, whose constant exhalation of carbon dioxide creates a hazardous environment. Petitioner is experiencing symptoms of oxygen deprivation, including dizziness, brain fog, and dehydration.

3. The tap water provided is warm, unsanitary, and potentially bacteria-laden, which has already resulted in the hospitalization of another inmate. Petitioner has no access to clean cold drinking water, worsening his health risks.

4. The Eighth Amendment of the U.S. Constitution prohibits cruel and unusual punishment. The conditions described above clearly violate this protection:

   - Estelle v. Gamble, 429 U.S. 97, 104 (1976)

   - Helling v. McKinney, 509 U.S. 25, 33 (1993)

   - Farmer v. Brennan, 511 U.S. 825, 847 (1994)

   - Rhodes v. Chapman, 452 U.S. 337 (1981)

   - Strickland v. Washington, 466 U.S. 668 (1984)

   - United States v. Gonzalez-Lopez, 548 U.S. 140, 147 (2006)

5. Petitioner asserts his innocence and status as a crime victim, having committed no new crime to justify this incarceration. He is being held in retaliation for past judicial interactions, and the current detention lacks due process.

6. The Sixth Amendment guarantees the right to prepare a defense and be present for proceedings. The inhumane conditions Petitioner is subjected to impair his ability to assist in his own defense.

7. Petitioner has consistently appeared at every court hearing for over 15 years related to this matter. He voluntarily offered to wear an ankle monitor and live with family who will house him at no cost to the government, to avoid further unconstitutional torture.

8. The government is expending approximately $4,000 per month to detain Petitioner in conditions that amount to physical and psychological torture, despite more humane and less costly alternatives.

## II. NOTICE TO THE COURT

Petitioner respectfully notifies the Court that he is:

- In jail without access to the internet, legal databases, or proper research tools;

- Attempting to comply with all applicable rules to the best of his ability under duress;

- Urging the Court to recognize his pro se status and good faith effort to invoke relief under well-established legal precedent.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Honorable Court:

1. GRANT an expedited hearing to consider the merits of this petition and the constitutional violations alleged herein;

2. Issue a Writ of Habeas Corpus, ordering the immediate release or relocation of Petitioner to a medically appropriate environment;

3. Permit home confinement with GPS monitoring as a less restrictive alternative;

4. Grant such further relief as this Court deems just and proper in the interests of justice, public health, and constitutional integrity.

Respectfully submitted,

Date: August 4, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner

With Permission

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 34475

CERTIFICATE OF SERVICE

I, Robert H. Rivernider, hereby certify that a copy of this filing has been sent to the following:

1.  U.S. Attorney's Office

    35 S.E. 1st Avenue, Suite 300

    Ocala, FL 34471

2.  U.S. Attorney General

    Attn: Pamela Jo Bondi

    U.S. Department of Justice

    950 Pennsylvania Avenue, NW

    Washington, DC 20530-0001

3.  U.S. Department of Justice

    Attn: Harmeet Dhillon

Civil Rights Division

950 Pennsylvania Avenue, NW

Office of the Assistant Attorney General, Main

Washington, DC 20530-0001

4. Federal Bureau of Investigations Headquarters

   Attn: Director Kash Patel

   935 Pennsylvania Avenue, NW

   Washington, DC 20535-0001

5. U.S. Department of Justice

   Attn: Leo Terrell

   Civil Rights Division

   950 Pennsylvania Avenue, NW

   Washington, DC 20530-0001

6. U.S. Dept of Homeland Security

   Attn: Kristi Noem

   2801 Nebraska Avenue NW

   Washington, DC 20528


Date: August 4, 2025

*Robert Henry Rivernider, Jr*


ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission