Robert Riverrider
14 S. Bobwhite Rd
Wildwood FL 34785

POSTAGE PAID – TAX PERCUE
IMM 742.1/742.2   UPU RL 141(2.2)
STAMP/SEAL
FOREIGN OFFICE OF ORIGIN

Middle District of FL
Attn: Clerk of the Court
207 NW 2nd Ave Rm 337
Ocala FL 34475

SCREENED
By USMS

