IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                  Case. No. 5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER,
    Defendant.

AUSA: William Hamilton
Deft. Atty.: Robert Rivernider (pro-se)

| JUDGE | Philip R. Lammens | DATE AND TIME | August 26, 2025<br>11:07 am – 11:43 am<br>36 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Erik Padilla |

**CLERK'S MINUTES – INITIAL APPEARANCE
ON SUPERSEDING VIOLATION OF SUPERVISED RELEASE (Violation 4)
with a PRELIMINARY EXAMINATION**

Stand by counsel Joshua Woodard (FD) is present in the courtroom.

The defendant appeared for a Superseding Petition for Offender Under Supervised Release, which added one new violation. (Violation 4, Doc. 47)
Defendant was provided a copy of the superseding petition and advised of rights, charges, penalties, etc. (The Court summarized the new violation added.)

Defendant's oral motion to withdraw the waiver of preliminary hearing as to violations 1, 2 & 3 is DENIED. The court advises the defendant that the district judge previously denied that request.
Defendant requests a preliminary hearing on violation #4 and is prepared to go forward with the hearing today.
The government is prepared to go forward today as well.

PRELIMINARY HEARING:
Government's Witness: Erik Padilla, U.S. Probation (11:13 am – 11:17 am)
Cross-exam: (11:17 am – 11:28 am)
       Defense exhibit identified but not admitted during cross-exam.
Re-direct: (11:28 am – 11:29 am)
Defendant calls Erik Padilla as a witness. (11:29 am – 11:34 am)

Defendant's oral motion to reopen the bond hearing; DENIED for the reasons as stated on the record.

Defendant's response. (11:34 am – 11:41 am)

The court finds probable cause to believe that the defendant committed violation 4, as charged in the Superseding Petition.

**ORDER TO ENTER**.