IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.        Case No.: 5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER,
    Defendant.

## ORDER ON PRELIMINARY HEARING

This matter came before the court on August 26, 2025, for a preliminary hearing pursuant to 32.1(a)(5)(A) of the Federal Rules of Criminal Procedure. The Government presented the testimony of Erik Padilla with the United States Probation Office. The Defendant cross-examined Officer Padilla but did not present any further evidence.

After hearing the testimony of Officer Padilla, the defendant's own admission in his closing argument to the court, and for the reasons discussed on the record at the hearing, which are fully incorporated herein, the Court finds probable cause to believe that the defendant committed violation four as charged in the Superseding Petition for Offender Under Supervised Release. (Doc. 47)

**DONE AND ORDERED** in Ocala, Florida, on August 26, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:
Counsel of Record
Robert Rivernider