UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES
v
Robert Rivernider

CASE No. 5:24-cr-138-TPB-PRL

MOTION TO CHANGE STATUS TO
ACCEPTANCE OF RESPONSIBILITY;
NOTICE OF RELOCATION;
SENTENCING MEMORANDUM

Comes Now, Rivernider, hereby accepts Responsibility for the Violations listed in Docket 47.

Rivernider moves for an expedited resolution and sentencing to be held as soon as possible, as my life, health and safety are at risk.

NOTICE OF RELOCATION

Due to the publicity of the arrest with

1

18 Felonies, being deemed a danger to the community, the publicity of the state charges, and the community being informed Rivernider is subject to a 10.5 year prison sentence for any allegation made against him, Rivernider must relocate immediately following the resolution of this matter. Rivernider's life, health, and liberty are at risk, requiring relocation.

Following release Rivernider requests a 30 day reporting period to find housing/shelter out of the community, this jurisdiction, and the State of Florida. Once housing/shelter is found Rivernider will immediatly report the location to Probation.

2

Sentencing Memorandum

Rivernider requests a sentence of time served as he will have served close to 3 months of torture in Marion County Jail (MCJ).

Rivernider's punishment for these technical violations will not just be the torture in MCJ or prison but having to abandon, yet again, his children, family, good friends, hundreds of supporters, and the community he worked five years integrating into and becoming a positive influence in.

With the internet, the publicity will follow Rivernider the rest of his life making it impossible to integrate into another community, find new

friends, or have relationships, making jail/

prison sentence secondary.

Riversnider, now 60, having lost everything yet again, must now start anew without the support system, family, and friends who have been a positive motivating force in his life. Relocating in a new state, yet unknown, were he will have no support and likely no family or friends.

The nearly three months of torture at MCJ, instead of a federal prison camp which Riversnider was released from following completion of the first part of the sentence, is more than adequate punishment for the technical violations here.

4

The Psychological damage for a defendant who plead guilty after two days of coersion and badgering being convinced he suffered from a brain disorder, Executive Function deficit disorder, by his court appointed Attorney and a Nuero-Psychologist, will have long term affects on this defendant.

## Conclusion

Rivernider accepts Responsibility and moves for an immediate resolution, for 30 day reporting following release to find housing/shelter.

Rivernider's Life, Health, Safety and Liberty are in imminent danger.

Respectfully Submitted,   August 28, 2025

Robert Rivernider

Robert Rivernider, Pro Se

5

Robert Rivera Jr A42763341
MARION COUNTY JAIL
3290 NW 10TH ST
OCALA, FL 34475

JACKSONVILLE RPDC 320
30 AUG 2025 PM 2 L

INMATE MAIL

SCREENED By USMS

United States District Court
Office Of The Clerk
207 NW Second Street, RM 337
Ocala, Florida 34475-6666

34475-666687

Legal Mail





FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019