UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                  Case No. 5:24-cr-138-TPB-PRL

ROBERT HENRY RIVERNIDER, JR.,

   Defendant.

DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO
EMERGENCY PETITION FOR WRIT (DKT. 79)

INTRODUCTION

Comes now the Defendant, Robert Henry Rivernider, Jr., pro se, and respectfully replies
to the Government's Response (Dkt. 79) opposing Defendant's Emergency Petition for
Writ of Habeas Corpus and Motion for Expedited Hearing (Dkt. 54). The Government's
opposition mischaracterizes both the facts and the law. Defendant submits this Reply to
correct the record and renew his request for immediate relief.

I. DEFENDANT IS UNABLE TO MEANINGFULLY DEFEND HIMSELF FROM
COUNTY JAIL

1

The Government fails to account for the fact that Defendant is incarcerated in a county jail without access to necessary legal tools. Defendant has no internet access, institutional mail takes weeks to arrive, and most filings are restricted from public access. As a self-represented defendant, these restrictions make it impossible to prepare a defense or meaningfully respond to government filings in real time. Continued detention under these conditions amounts to denial of the Sixth Amendment right to self-representation and effective assistance of counsel.

## II. ADDITIONAL CONTEXT DEMONSTRATING NEED FOR RELEASE

Defendant emphasizes the following points showing the Government's opposition fails:

1. Serious Felonies – Defendant was coerced mid-trial into a plea of "two to three years" to get home to his children. What was represented as a limited term has metastasized into a lifetime sentence. The original charges related to individuals obtaining mortgages before the government-created real estate collapse and others lending money at usurious rates.

2. New Felonies – Defendant was later charged by information for allegedly signing an envelope related to his late father, who was murdered by the government-created coronavirus. The envelope itself was marked "deceased." (see "Exhibit 1"). No ballot was presented to the jury. Jurors admitted exposure to media references to "18 felonies" and prejudice against Defendant's perceived political affiliation as a "Trump Republican". That case remains on appeal.

3. Disregard of Court Order – The Government alleges Defendant disregarded a court order but fails to identify any lawful order that could have been complied with. No violation has been proven. After the state information was filed, Defendant lost his

2

employment as a legislative representative in October 2023, began driving for DoorDash and Uber, and was later prevented from working due to a background check. Probation failed to conduct any new review of Defendant's financial situation before imposing restitution expectations.

4. Protect the Public – The Government asserts detention is necessary to "protect the public." This is baseless. Defendant engages in peaceful political organizing, including distributing flyers supporting the President. The notion that this presents danger (beyond the risk of a paper cut) is absurd. The real concern appears to be that Defendant will prove his underlying sentence invalid, which would undermine the Government's position.

## III. LEGAL STANDARD

As a pretrial detainee on an alleged supervised release violation, Defendant's rights arise under the Fourteenth Amendment Due Process Clause, not solely the Eighth Amendment. See Bell v. Wolfish, 441 U.S. 520 (1979). Courts have repeatedly recognized that incarceration for technical violations must still comport with due process and cannot be used as punishment absent compelling findings of risk or violation proven by evidence.

## IV. CONCLUSION

For the foregoing reasons, Defendant respectfully requests this Court:

1. Grant the Emergency Petition for Writ (Dkt. 54);

2. Order immediate release to home confinement;

3. Conduct an evidentiary hearing on unconstitutional practices at Marion County Jail and the invalidity of the sentence; and

4. Grant such further relief as this Court deems just and proper.

Respectfully submitted,

Date: September 2, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner

With Permission

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 3447

.

4

CERTIFICATE OF SERVICE

I, Robert H. Rivernider, hereby certify that a copy of this filing has been sent to the following:

    1.  U.S. Attorney's Office

        35 S.E. 1st Avenue, Suite 300

        Ocala, FL 34471


Date: September 2, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission

# Exhibit "1"

I do solemnly swear or affirm that I am
qualified and registered voter of Sumte
County, Florida, and that I have not and
will not vote more than one ballot in this
election. I understand that if I commit o
attempt to commit any fraud in connect
with voting, vote a fraudulent ballot, or
vote more than once in an election, I
can be convicted of a felony of the third
degree and fined up to $5,000 and/
or imprisoned for up to five years. I
also understand that failure to sign this
certificate will invalidate my ballot.

### LEA LAS INSTRUCCIONES CUIDADOSAMENTE ANTES DE MARCAR LA BOLETA Y COMPLETAREL CERTIFICADO DEL VOTANTE

Juro o afirmo solemnemente que soy
un votante calificado e inscrito en el
Condado de Sumter, Florida y que no h
votado ni votaré en más de una boleta
en esta elección. Entiendo que, si come
o intento cometer cualquier fraude
en relación con la votación, voto con
una boleta fraudulenta o voto más
de una vez en una elección, puedo ser
condenado por un delito grave de tercer
grado y recibir una multa de hasta $5,0C
o ser encarcelado por hasta cinco años.
También comprendo que el no firmar es
certificado invalidará mi boleta.

**SIGNATURE REQUIRED! / ¡SE REQUIERE FIF**

SEAL ENVELOPE BEFORE SIGNING
SELLE EL SOBRE ANTES DE FIRMAR

3039000519

121744986 129.5 C Elc 123 Stv G39 #519

ROBERT H RIVERNIDER

*deceased*

Check here to continue
to vote by mail.
Marque esta casilla
para seguir votando
por correo.

SEAL ENVELOPE BEFORE SIGNING
SELLE EL SOBRE ANTES DE FIRMAR
VOTER MUST SIGN AND DATE
EL VOTANTE DEBE FIRMAR Y ESCRIBIR LA FECHA

POWER OF ATTORNEY CANNOT SIGN FOR VOTER!
¡LA PERSONA CON PODER NOTARIAL NO PUEDE FIRMAR POR EL VOTANTE!

X _Robert H Rivernider_
**VOTER'S SIGNATURE / FIRMA DEL VOTANTE**

10 / 16 / 2020
DATE / FECHA

RobertRiver0821 @ GMAIL.com
Email / Correo Electrónico

561 - 827 - 0126
Cell Phone / Teléfono Móvil

N/A
Home Phone / Teléfono d Casa

OCT 2 2020