UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES

v.                              Case No. 5:24-cr-138-TPB-PRL

Robert H. Riverwider

NOTICE OF APPEAL
DENIAL OF PETITION FOR DECLARATORY Relief

Comes now, Defendant, files this Notice of Appeal of District Courts denial of Docket 26. The denial was filed August 19, 2025 and mailed to defendant on August 27, 2025. Defendant received mail on September 2, 2025. Placed in Legal Mail at MCS on same day.

Robert H. Riverwider
Robert H. Riverwider
Pro se

R. Rivernider A02782231
MARion County JAIL
3290 NW 10th St
OCALA, FL 34475

JACKSONVILLE RPDC 320

4 SEP 2025 PM 1 L

INMATE MAIL

SCREENED By USMS

United States District Court
Office of The Clerk
207 NW Second Street, RM 337
OCALA, FL 34475-6666

Legal Mail
September 2, 2025

34475-666687





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019