# Notice of Appeal

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION



UNITED STATES OF AMERICA,

   Plaintiff,

v.                                   Case No. 5:24-cr-138-TPB-PRL

ROBERT HENRY RIVERNIDER, JR.,

   Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendant, ROBERT HENRY RIVERNIDER, JR., pro se, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered on [insert date of order], denying Defendant's Petition for Declaratory Relief (Dkt. 26).

1

Respectfully submitted,

Date: September 2, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner

With Permission

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 3447

CERTIFICATE OF SERVICE

I, Robert H. Rivernider, hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office

    35 S.E. 1st Avenue, Suite 300

    Ocala, FL 34471

Date: September 2, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission

Robert Rwukwuir
14 S. Bobwhite Rd
Wildwood FL
      34785

ORLANDO FL 328
4 SEP 2025 PM 2 L

SCREENED
By USMS

Middle District of FL
Clerk of the Courts
207 NW 2nd Ave Rm 337
Ocala FL 34475

34475-666687

