# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**DATE:** September 12, 2025

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**USA,**
    **Plaintiff,**

**v.**                                              **Case No: 5:24−cr−138−TPB−PRL**

**Robert Rivernider,**
    **Defendant.**

---

**U.S.C.A. Case No:**          **New Appeal**

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable **Thomas P. Barber**, United States District Judges appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

                                      ELIZABETH M. WARREN, CLERK

                                      By: s/MBean, Deputy Clerk

APPEAL,CLOSED,CUSTODY,MAGAPP,PROB/SR TRAN,REV

# U.S. District Court
## Middle District of Florida (Ocala)
## CRIMINAL DOCKET FOR CASE #: 5:24−cr−00138−TPB−PRL−1

| | |
|---|---|
| Case title: USA v. Rivernider | Date Filed: 11/22/2024 |
| Other court case number: 3:10−cr−222−RNC District of Connecticut | Date Terminated: 11/22/2024 |

Assigned to: Judge Thomas P. Barber
Referred to: Magistrate Judge Philip R. Lammens

**Defendant (1)**

**Robert Rivernider**
*Pro−Se with FD as Stand By Counsel*
*TERMINATED: 11/22/2024*

represented by **Robert Rivernider**
Marion County Jail
3290 NW 10th St
Ocala, FL 34475
PRO SE

**Joshua Woodard**
Office of the Federal Defender − Middle District of Florida
Ocala
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
352−351−9157
Email: joshua_woodard@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (1) | Imprisonment: 144 Months−concurrently; Supervised Release: 36 Months for Counts 1−8 and 10−13, 60 Months for Counts 9, and 14−18−concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time−served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (2−8) | Imprisonment: 144 Months−concurrently; Supervised Release: 36 Months for Counts 1−8 and 10−13, 60 Months for Counts 9, and |

| | |
|---|---|
| | 14–18–concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time–served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (9) | Imprisonment: 144 Months–concurrently; Supervised Release: 36 Months for Counts 1–8 and 10–13, 60 Months for Counts 9, and 14–18–concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time–served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (10–18) | Imprisonment: 144 Months–concurrently; Supervised Release: 36 Months for Counts 1–8 and 10–13, 60 Months for Counts 9, and 14–18–concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time–served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **William Stephen Hamilton** US Attorney's Office – FLM Suite 300 35 SE 1st Ave Ocala, FL 34471 352–547–3600 Email: william.s.hamilton@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

*Designation:* Retained

**Sarah Janette Swartzberg**
DOJ–USAO
Ocala Division
35 SE 1st Avenue
Suite 300
Ocala, FL 34471
352–547–3600
Email: sarah.swartzberg@usdoj.gov
*TERMINATED: 06/26/2025*
*Designation:* Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2024 | 1 | TRANSFER OF JURISDICTION documents for Supervised Release received as to Robert Rivernider from District of Connecticut. (Attachments: # 1 Docket Sheet, # 2 Indictment, # 3 Judgment)(CTR) (Entered: 11/22/2024) |
| 02/04/2025 | 8 | MOTION for Miscellaneous Relief, specifically challenging the violation of constitutional rights by Robert Rivernider. (HAI) (Entered: 02/04/2025) |
| 02/05/2025 | 9 | **ENDORSED ORDER: Defendant's "Petition Challenging the Violation of Constitutional Rights" (Doc 8) is denied. A sentence imposing a term of supervised release following incarceration does not violate double jeopardy. Signed by Judge Thomas P. Barber on 2/5/2025. (ANL)** (Entered: 02/05/2025) |
| 02/18/2025 | 10 | NOTICE titled "Notice, Demand for Dismissal, Notice of Fee Sheet" by Robert Rivernider (Attachments: # 1 Mailing Envelope)(LMF) (Entered: 02/20/2025) |
| 03/07/2025 | 11 | SUPPLEMENT re 10 Notice (Other). (MGB) (Entered: 03/07/2025) |
| 05/13/2025 | 12 | Petition for Writ of Coram Nobis by Robert Rivernider. (Attachments: # 1 Text of Proposed Order)(MGB) Modified event and text per chambers on 5/22/2025 (MCB). (Entered: 05/14/2025) |
| 05/21/2025 | 13 | **ENDORSED ORDER: Defendant Robert Rivernider's pro se petition for writ of coram nobis (Doc. 12), in which Defendant seeks dismissal of the indictment against him, is denied. "The writ of error coram nobis is an extraordinary remedy of last resort available only in compelling circumstances where necessary to achieve justice."** *United States v. Mills*, **221 F.3d 1201, 1203 (11th Cir. 2000). A court's jurisdiction over such petitions is limited to review of errors of fundamental error and do not include prejudicial misconduct in the trial court or newly discovered evidence.** *See id*. **Even if newly discovered evidence could support a petition, Defendant's motion is patently frivolous – the "newly discovered" evidence he identifies is the Government's failure to address or respond to sovereign citizen demands and documents that he himself filed. Signed by Judge Thomas P. Barber on 5/21/2025. (ANL)** (Entered: 05/21/2025) |
| 06/25/2025 |  | Arrest of Robert Rivernider (MJT) (Entered: 06/25/2025) |
| 06/25/2025 | 14 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Bond by Robert Rivernider. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 06/25/2025) |

| | | |
|---|---|---|
| 06/25/2025 | 15 | ORAL MOTION for Detention by USA as to Robert Rivernider. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 06/25/2025) |
| 06/25/2025 | 16 | ***CJA 23 Financial Affidavit by Robert Rivernider. (MJT) (Entered: 06/25/2025) |
| 06/25/2025 | 17 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: granting 14 Oral Motion to Appoint Counsel and 15 Oral Motion for Detention; denying 14 Oral Motion for Bond; INITIAL APPEARANCE re Revocation of Supervised Release as to Robert Rivernider held on 6/25/2025. (DIGITAL) (MJT) (Entered: 06/25/2025) |
| 06/25/2025 | 18 | Arrest Warrant Returned Executed on 06/25/2025 as to Robert Rivernider. (MGB) (Entered: 06/25/2025) |
| 06/25/2025 | 19 | WAIVER of Preliminary Hearing by Robert Rivernider (MJT) (Entered: 06/25/2025) |
| 06/25/2025 | 20 | **ORDER OF DETENTION PENDING TRIAL as to Robert Rivernider Signed by Magistrate Judge Philip R. Lammens on 6/25/2025. (MJT)** (Entered: 06/25/2025) |
| 06/26/2025 | 21 | Notice of substitution of AUSA. William Stephen Hamilton substituting for Sarah Janette Swartzberg. (Hamilton, William) (Entered: 06/26/2025) |
| 06/26/2025 | 22 | NOTICE OF HEARING as to Robert Rivernider: Final Hearing re Revocation of Supervised Release set for 7/9/2025 at 01:30 PM in Ocala Courtroom 1 A before Judge Thomas P. Barber. (HAI) (Entered: 06/26/2025) |
| 06/27/2025 | 23 | NOTICE OF ATTORNEY APPEARANCE: Joshua Woodard appearing for Robert Rivernider (Woodard, Joshua) (Entered: 06/27/2025) |
| 07/08/2025 | 25 | MOTION for Miscellaneous Relief, specifically for exercising my right to suspend the power of attorney incorporating federal questions. by Robert Rivernider. (filed pro–se) (RLD) (Entered: 07/08/2025) |
| 07/08/2025 | 26 | STRIKEN per Order 67 – MOTION for Miscellaneous Relief, specifically for declaratory relief int he form of an affidavit as a constitutional challenge to waiver of pre–warrant hearing, MOTION to Strike as unconstitutional combination of incarceration with supervised release, probation, or parole by Robert Rivernider. (filed pro–se) (RLD) Modified docket text on 8/27/2025 (JG). (Entered: 07/08/2025) |
| 07/09/2025 | 27 | Oral MOTION to Dismiss the Proceedings by Robert Rivernider. (HAI) (Entered: 07/09/2025) |
| 07/09/2025 | 28 | Oral MOTION for Bond by Robert Rivernider. (HAI) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/09/2025) |
| 07/09/2025 | 29 | Minute Entry for In Person proceedings held before Judge Thomas P. Barber: denying 27 Motion to Dismiss & denying 28 Motion for Bond. as to Robert Rivernider (1); FARETTA HEARING as to Robert Rivernider held on 7/9/2025. Court Reporter: Rebekah Lockwood (HAI) (Entered: 07/09/2025) |
| 07/09/2025 | 30 | NOTICE OF HEARING as to Robert Rivernider: Final Hearing re Revocation of Supervised Release set for 10/17/2025 at 09:00 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 07/09/2025) |
| 07/09/2025 | 31 | **ORDER REGARDING SELF–REPRESENTATION AND ROLE AND DUTIES OF STANDBY COUNSEL. See Order for details. Signed by Judge Thomas P. Barber on 7/9/2025. (ANL)** (Entered: 07/09/2025) |

| | | |
|---|---|---|
| 07/14/2025 | 32 | MOTION to Compel Production of All Records, Documents, and Transcripts Related to Issuance of Warrant by Robert Rivernider. (Attachments: # 1 Text of Proposed Order)(MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/14/2025) |
| 07/14/2025 | 33 | Emergency MOTION for Release from Custody by Robert Rivernider. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/14/2025) |
| 07/15/2025 | 34 | **ORDER denying as premature 32 Motion to Compel and denying 33 Motion for Release from Custody as to Robert Rivernider (1). Signed by Magistrate Judge Philip R. Lammens on 7/15/2025. (MJT)** (Entered: 07/15/2025) |
| 07/21/2025 | 35 | **ORDER as to Robert Rivernider,** *supplement* **re 34 Order. Signed by Magistrate Judge Philip R. Lammens on 7/21/2025. (MJT)** (Entered: 07/21/2025) |
| 07/24/2025 | 36 | MOTION for transcript of Hearings held on 06/25/2025 and 07/09/2025 by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/25/2025) |
| 07/25/2025 | 37 | STRICKEN Per 38 Order – MOTION for Expedited Hearing and Release on Bond by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(MGB) (Additional attachment(s) added on 7/25/2025: # 2 Exhibit) (MGB). Modified docket text on 7/28/2025 (JTM). (Entered: 07/25/2025) |
| 07/28/2025 | 38 | **ENDORSED ORDER: The Clerk is directed to strike Doc. 37. There is no "civil complaint," and no response to a civil or criminal complaint is necessary in this case. To the extent Defendant requests affirmative relief through motions –– such as his motion for expedited hearing and motion for release on bond – the Court notes that most motions (including these) must be filed separately and should not be combined in one document. Should Defendant wish to proceed with his requests, the Court notes that it is not inclined to reschedule the October 17, 2025, hearing absent extraordinary circumstances. Signed by Judge Thomas P. Barber on 7/28/2025. (ANL)** (Entered: 07/28/2025) |
| 07/30/2025 | 39 | **ORDER denying 36 Motion for Transcripts as to Robert Rivernider (1). Signed by Magistrate Judge Philip R. Lammens on 7/30/2025. (MJT)** (Entered: 07/30/2025) |
| 07/31/2025 | 40 | MOTION for Miscellaneous Relief, specifically to Rescind the Waiver and Schedule a Preliminary Hearing by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(MGB) (Entered: 08/01/2025) |
| 08/01/2025 | 42 | **ENDORSED ORDER: The Government is directed to respond to Defendant's motions (Docs. 25; 26) on or before August 15, 2025. The Court notes that the Government's response to Defendant's "Motion and Notice of Rescission of Waiver of Preliminary Hearing" (Doc. 40) is due on or before August 15, 2025. Signed by Judge Thomas P. Barber on 8/1/2025. (ANL)** (Entered: 08/01/2025) |
| 08/07/2025 | 43 | MOTION for Miscellaneous Relief, specifically For Home Confinement by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(MGB) (Entered: 08/07/2025) |
| 08/08/2025 | 44 | **ORDER denying 43 Motion for home confinement as to Robert Rivernider (1). Signed by Magistrate Judge Philip R. Lammens on 8/8/2025. (MJT)** (Entered: 08/08/2025) |
| 08/13/2025 | 48 | |

| | | |
|---|---|---|
| | | NOTICE of request for the Clerk's Office to Complete W–9 by Robert Rivernider (HAI) (Entered: 08/13/2025) |
| 08/14/2025 | 49 | NOTICE OF HEARING as to Robert Rivernider: Initial Appearance – Revocation Proceedings on the Superseding Probation 12C Petition set for 8/18/2025 at 01:40 PM in Ocala Courtroom 1 A before Magistrate Judge Philip R. Lammens. Defendant is required to be present. (MJT) (Entered: 08/14/2025) |
| 08/14/2025 | 50 | NOTICE OF RESCHEDULING HEARING: The Initial Appearance – Revocation Proceeding on the Superseding Probation 12C Petition previously scheduled for 08/18/25 is rescheduled as to Robert Rivernider. New hearing date and time: Initial Appearance – Revocation Proceeding on the Superseding Probation 12C Petition set for 8/20/2025 at 10:15 AM in Ocala Courtroom 1 A before Magistrate Judge Philip R. Lammens. Defendant is required to be present. (MJT) (Entered: 08/14/2025) |
| 08/14/2025 | 51 | MOTION to Vacate Judgment and dismiss Proceedings titled, "Writ of Coram Nobis" by Robert Rivernider. (Attachments: # 1 Text of Proposed Order, # 2 Mailing Envelope)(MGB) (Entered: 08/15/2025) |
| 08/15/2025 | 52 | RESPONSE 26 MOTION for Miscellaneous Relief, specifically for declaratory relief int he form of an affidavit as a constitutional challenge to waiver of pre–warrant hearing MOTION to Strike, 40 MOTION for Miscellaneous Relief, specifically to Rescind the Waiver and Schedule a Preliminary Hearing, 25 MOTION for Miscellaneous Relief, specifically exercising my right to suspend the power of attorney incorporating federal questions. by USA as to Robert Rivernider (Hamilton, William) (Entered: 08/15/2025) |
| 08/15/2025 | 53 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Robert Rivernider re 44 ORDER denying 43 Motion for home confinement. (Attachments: # 1 Mailing Envelope)(MJT) (Entered: 08/15/2025) |
| 08/15/2025 | 54 | MOTION for *Expedited* Hearing *on ongoing constitutional violations*, titled as: "Emergency Petition for Writ of Habeas Corpus" by Robert Rivernider. (Chambers notified.) (Attachments: # 1 Mailing Envelope)(MJT) (Entered: 08/15/2025) |
| 08/19/2025 | 55 | NOTICE OF RESCHEDULING HEARING: The Initial Appearance – Revocation Proceeding on the Superseding Probation 12C Petition previously scheduled for 08/20/25 is rescheduled as to Robert Rivernider. New hearing date and time: Initial Appearance – Revocation Proceeding on the Superseding Probation 12C Petition is set for 8/26/2025 at 11:00 AM in Ocala Courtroom 3 B before Magistrate Judge Philip R. Lammens. Defendant is required to be present. (MJT) (Entered: 08/19/2025) |
| 08/19/2025 | 56 | **ENDORSED ORDER: Defendant Robert Rivernider's motion seeking to represent himself (Doc. 25) is denied as moot. See (Doc. 29; 31). Signed by Judge Thomas P. Barber on 8/19/2025.** (ANL) (Entered: 08/19/2025) |
| 08/19/2025 | 57 | **ENDORSED ORDER: Defendant's motion for declaratory relief (Doc. 26) is denied. First, as to Defendant's challenge to the arrest warrant, as the Government correctly points out, the arrest warrant is not void even if it was issued "ex parte," and there is no legal requirement for an adversarial proceeding. As to Defendant's constitutional challenge to his supervised release sentence, supervised release has been consistently upheld in both the Supreme Court and in the Eleventh Circuit, and a supervised release sentence does not violate the United States Constitution.** *See Esteras v. United States*, **145 S. Ct. 2031, 2036 (2025) ("A criminal sentence may include both time in prison and a** |

| | | |
|---|---|---|
| | | term of supervised release."); *Andrews v. Warden*, 958 F.3d 1072, 1080 (11th Cir. 2020) ("A sentence can have multiple components, including imprisonment, supervised release, and fines."). The Court notes that Defendant's arguments concerning purported violations of the Eighth and Thirteenth Amendments are particularly frivolous. Signed by Judge Thomas P. Barber on 8/19/2025. (ANL) (Entered: 08/19/2025) |
| 08/19/2025 | 58 | **ENDORSED ORDER: Defendant's "Motion and Notice of Rescission of Waiver of Preliminary Hearing" (Doc. 40) is denied. Defendant waived his right to a preliminary hearing in writing. He has failed to provide any information that would show his waiver of his preliminary hearing was anything other than knowing, intelligent, and undertaken on the advice of a competent attorney who had been appointed to represent him at that time. To be clear, he has failed to show good cause to withdraw his waiver. Signed by Judge Thomas P. Barber on 8/19/2025. (ANL)** (Entered: 08/19/2025) |
| 08/19/2025 | 59 | **ENDORSED ORDER: Defendant's petition for writ of coram nobis (Doc. 51) is denied. "A writ of error coram nobis 'is an extraordinary remedy of last resort available only in compelling circumstances where necessary to achieve justice.'"** *Simmons v. United States*, **814 F. App'x 534, 535 (11th Cir. 2020) (quoting** *United States v. Mills*, **221 F.3d 1201, 1203 (11th Cir. 2000)). Importantly, the writ is available only when "there is and was no other available avenue of relief and the error involves a matter of fact of the most fundamental character which has not been put in issue or passed upon and which renders the proceeding itself irregular and invalid."** *Id.* **(internal quotation omitted). Defendant has failed to present any circumstances that warrant relief. The Court notes that it previously dismissed a similar request.** *See* **(Doc. 13). If Defendant continues to file substantially similar motions, they may be summarily denied. Signed by Judge Thomas P. Barber on 8/19/2025. (ANL)** (Entered: 08/19/2025) |
| 08/25/2025 | 61 | MOTION for Miscellaneous Relief, specifically to Appear in Civilian Clothing and Without Restraints by Robert Rivernider. (Attachments: # 1 Text of Proposed Order, # 2 Mailing Envelope)(MGB) (Entered: 08/26/2025) |
| 08/25/2025 | 62 | STRIKEN per Order 65 – REPLY TO RESPONSE to Motion by Robert Rivernider re 26 MOTION for Miscellaneous Relief, specifically for declaratory relief int he form of an affidavit as a constitutional challenge to waiver of pre−warrant hearing MOTION to Strike, 40 MOTION for Miscellaneous Relief, specifically to Rescind the Waiver and Schedule a Preliminary Hearing, 25 MOTION for Miscellaneous Relief, specifically exercising my right to suspend the power of attorney incorporating federal questions. (Attachments: # 1 Mailing Envelope) (MGB) Modified on 8/27/2025 (JG). (Entered: 08/26/2025) |
| 08/25/2025 | 63 | MOTION for Miscellaneous Relief, specifically To Take Judicial Notice and Correct the Record re 52 Response by Robert Rivernider. (MGB) (Entered: 08/26/2025) |
| 08/26/2025 | 60 | Emergency MOTION to Compel Response to Defendant's Request for Home Confinement by Robert Rivernider. (Attachments: # 1 Text of Proposed Order)(MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/26/2025) |
| 08/26/2025 | 64 | MOTION for Miscellaneous Relief, specifically for Relief from Judgment, To Declare Warrant Void, and to Withdraw Pleas on Counts 3−9 and 12−18 by Robert Rivernider. (MGB) (Entered: 08/26/2025) |
| 08/26/2025 | 65 | |

| | | |
|---|---|---|
| | | **ENDORSED ORDER: The Clerk is directed to strike "Defendant's Reply to United States' Response to Defendant's Motions" (Doc. 62) as an unauthorized reply. In addition, the Court notes that it has already issued rulings on Defendant's prior motions. See (Docs. 56; 57; 58). Signed by Judge Thomas P. Barber on 8/26/2025. (ANL)** (Entered: 08/26/2025) |
| 08/26/2025 | 66 | SUPPLEMENT re 26 MOTION for Miscellaneous Relief by Robert Rivernider. (MGB) (Entered: 08/26/2025) |
| 08/26/2025 | 67 | **ENDORSED ORDER: The Clerk is directed to strike "Defendant's Supplement to Petition for Declaratory Relief (Dkt. 26) Challenging the Constitutionality of Supervised Release Warrant" (Doc. 66). The Court has already issued its ruling on the motion. See (Doc. 57). Signed by Judge Thomas P. Barber on 8/26/2025. (ANL)** (Entered: 08/26/2025) |
| 08/26/2025 | 68 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: INITIAL APPEARANCE re Revocation Proceeding on the Superseding Probation 12C Petition and PRELIMINARY EXAMINATION on REVOCATION HEARING of Supervised Release as to Robert Rivernider held on 8/26/2025. (DIGITAL) (MJT) (MJT). (Entered: 08/26/2025) |
| 08/26/2025 | 69 | ORAL MOTION to Withdraw 19 Waiver of Preliminary Hearing by Robert Rivernider. (MJT) (Entered: 08/26/2025) |
| 08/26/2025 | 70 | **ORAL ORDER denying 69 ORAL MOTION to Withdraw 19 Waiver of Preliminary Hearing as to Robert Rivernider (1). Signed by Magistrate Judge Philip R. Lammens on 8/26/2025. (MJT)** (Entered: 08/26/2025) |
| 08/26/2025 | 71 | ORAL MOTION for a Preliminary Hearing as to Violation 4 of the Superseding Petition by Robert Rivernider. (MJT) (Entered: 08/26/2025) |
| 08/26/2025 | 72 | ORAL MOTION to reopen bond hearing by Robert Rivernider. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/26/2025) |
| 08/26/2025 | 73 | **ORAL ORDER denying 72 Oral Motion to reopen bond hearing as to Robert Rivernider (1) for the reasons as stated on the record. Signed by Magistrate Judge Philip R. Lammens on 8/26/2025. (MJT)** (Entered: 08/26/2025) |
| 08/26/2025 | 74 | **ORAL ORDER re 71 Oral Motion for Preliminary Hearing as to Robert Rivernider (1). A preliminary hearing was held (See Doc. 68) as to violation 4 of the Superseding Petition (Doc. 47). Probable Cause finding will be entered by separate order. Signed by Magistrate Judge Philip R. Lammens on 8/26/2025. (MJT)** (Entered: 08/26/2025) |
| 08/26/2025 | 75 | **ORDER ON PRELIMINARY HEARING: FINDING of probable cause as to Robert Rivernider. Signed by Magistrate Judge Philip R. Lammens on 8/26/2025. (MJT)** (Entered: 08/26/2025) |
| 08/27/2025 | 77 | **ENDORSED ORDER: Defendant Robert Henry Rivernider, Jr.'s motion to compel the Government to respond (Doc. 60) is denied. The Court notes that the deadlines to respond to Defendant's appeal of the magistrate judge's detention order (Doc. 53) and Defendant's motion seeking immediate release (Doc. 54) have not yet expired, and the Government has until August 29, 2025, to file its responses in opposition. To the extent Defendant requests immediate release as part of his motion, such request is denied. Signed by Judge Thomas P. Barber on 8/27/2025. (ANL)** (Entered: 08/27/2025) |

| | | |
|---|---|---|
| 08/29/2025 | 78 | RESPONSE 53 Appeal of Magistrate Judge Decision to District Court by USA as to Robert Rivernider (Hamilton, William) (Entered: 08/29/2025) |
| 08/29/2025 | 79 | RESPONSE 54 MOTION for Hearing by USA as to Robert Rivernider (Hamilton, William) (Entered: 08/29/2025) |
| 09/02/2025 | 80 | **ENDORSED ORDER: Defendant Robert Henry Rivernider, Jr.'s "Motion to Appear in Civilian Clothing and Without Restraints" (Doc. 61) is denied. The Court notes that Defendant is not entitled to a jury trial in his revocation proceedings. No response is needed or required. Signed by Judge Thomas P. Barber on 9/2/2025. (ANL)** (Entered: 09/02/2025) |
| 09/02/2025 | 81 | **ENDORSED ORDER: "Defendant's Motion to Take Judicial Notice and Correct the Record" (Doc. 63) is denied. No response is needed or required. Signed by Judge Thomas P. Barber on 9/2/2025. (ANL)** (Entered: 09/02/2025) |
| 09/02/2025 | 82 | **ENDORSED ORDER: "Defendant's Rule 60(b) Motion for Relief from Judgment, to Declare Warrant Void, and to Withdraw Pleas on Counts 3–9 and 12–18" (Doc. 64) is denied. No response is needed or required. The Federal Rules of Civil Procedure are inapplicable in this criminal case. To the extent that Defendant seeks to withdraw his pleas, he is unable to do so because the sentences have already been imposed. See Fed. R. Crim. P. 11(e) ("After the court imposes a sentence, the defendant may not withdraw a plea of guilty or nolo contendere, and the plea may be set aside only on direct appeal or collateral attack."). Signed by Judge Thomas P. Barber on 9/2/2025. (ANL)** (Entered: 09/02/2025) |
| 09/02/2025 | 83 | MOTION to Expedite Final Revocation hearing, ACCEPTANCE of Responsibility, NOTICE of Relocation, and SENTENCING MEMORANDUM by Robert Rivernider. (HAI) (Entered: 09/02/2025) |
| 09/03/2025 | 84 | REPLY TO RESPONSE to Motion by Robert Rivernider re 54 MOTION for Hearing (Attachments: # 1 Mailing Envelope)(HAI) (Entered: 09/03/2025) |
| 09/03/2025 | 85 | MOTION to Dismiss Violation Petition and to declare Supervised Release Term Expired by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(HAI) (Entered: 09/03/2025) |
| 09/03/2025 | 86 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court and NOTICE of Fraud on the Court by Robert Rivernider re 39 Order on Motion for Transcript, 34 Order on Motion to Compel, Order on Motion for Release from Custody. Attachment(s) added on 9/3/2025: # 1 Mailing Envelope) (HAI). (Entered: 09/03/2025) |
| 09/08/2025 | 88 | NOTICE OF APPEAL by Robert Rivernider re 57 Order on Motion for Miscellaneous Relief, Order on Motion to Strike. Filing fee not paid. (MGB) (Entered: 09/10/2025) |
| 09/08/2025 | 92 | NOTICE OF APPEAL by Robert Rivernider re 57 Order on Motion for Miscellaneous Relief, Order on Motion to Strike. Filing fee not paid. (MGB) (Entered: 09/10/2025) |
| 09/10/2025 | 87 | **ENDORSED ORDER: Defendant Robert Rivernider's objection to the magistrate judge's order denying motion for home confinement (Doc. 53) and his "Emergency Petition for Writ of Habeas Corpus and Motion for Expedited Hearing on Ongoing Constitutional Violations" (Doc. 54) are denied for the reasons set forth in the Government's responses (Docs. 78; 79). The Court specifically notes that nothing in Judge Lammens' Order (Doc. 44) is clearly erroneous, and that this Court would have made the same determination. Signed** |

| | | |
|---|---|---|
| | | by Judge Thomas P. Barber on 9/10/2025. (ANL) (Entered: 09/10/2025) |
| 09/10/2025 | 89 | **ENDORSED ORDER: Defendant's motion (Doc. 83), in which he seeks expedited resolution of the pending revocation proceedings, is denied. The final revocation hearing remains as scheduled. His request for a "30 day reporting period to find housing/shelter out of the community, this jurisdiction, and the state of Florida" is denied. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 90 | **ENDORSED ORDER: "Defendant's Motion to Declare Supervised Release Term Expired and Dismiss Violation Petition" (Doc. 85) is denied. The Court notes that there is no valid legal basis to apply "good–time credits earned under 18 U.S.C. 3624(b)" to a term of supervised release, which by its plain words applies only to a term of *imprisonment*. The Court further declines to grant Defendant's request for early termination of supervised release. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 91 | **ENDORSED ORDER: Defendant Robert Rivernider's appeal of the magistrate judge's detention order (Doc. 86) is denied. See (Doc. 87). Any future "appeals" filed by Defendant of the detention order may be summarily denied. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 93 | **ENDORSED ORDER: In light of the prolific and voluminous filing of motions, appeals, and other documents by Defendant Robert Rivernider, the Government's obligation to respond to pending motions and appeals is suspended. Should a response be appropriate, the Court will direct the Government to file a response. The Court reminds Defendant that the pendency of motions or other matters may provide reason to reschedule the final revocation hearing if the Court needs additional time to resolve any pending motions or matters. He therefore may want to carefully consider whether filing a motion, appeal, or document is necessary or helpful to his case. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 94 | TRANSMITTAL of initial appeal package as to Robert Rivernider to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 88 Notice of Appeal, 92 Notice of Appeal. (MGB) (Entered: 09/10/2025) |
| 09/11/2025 | 95 | NOTICE OF RESCHEDULING HEARING: The Final Hearing re Revocation of Supervised Release hearing previously scheduled for 10/17/2025 is rescheduled as to Robert Rivernider. New hearing date and time: Final Hearing re Revocation of Supervised Release set for 10/24/2025 at 09:00 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 09/11/2025) |
| 09/11/2025 | 96 | NOTICE OF APPEAL by Robert Rivernider re 82 Order on Motion for Miscellaneous Relief. Filing fee not paid. (MGB) (Entered: 09/12/2025) |
| 09/11/2025 | 97 | TRANSMITTAL of initial appeal package as to Robert Rivernider to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 96 Notice of Appeal. (MGB) (Entered: 09/12/2025) |
| 09/11/2025 | 98 | NOTICE OF APPEAL by Robert Rivernider re 81 Order on Motion for Miscellaneous Relief. Filing fee not paid. (MGB) (Entered: 09/12/2025) |

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: William Stephen Hamilton (caseview.ecf@usdoj.gov,
kathryn.cooke@usdoj.gov, kylie.zimmerman@usdoj.gov, nicholle.bates@usdoj.gov,
usaflm.oca-ecf@usdoj.gov, usaflm.ocadkt@usdoj.gov, william.s.hamilton@usdoj.gov), Joshua
Woodard (bonnie_timmons@fd.org, joshua_woodard@fd.org), Judge Thomas P. Barber
(chambers_flmd_barber@flmd.uscourts.gov), Magistrate Judge Philip R. Lammens
(chambers_flmd_lammens@flmd.uscourts.gov)
--Non Case Participants: Erik Padilla (erik_padilla@flmp.uscourts.gov), Kelli Taylor
(erik_padilla@flmp.uscourts.gov, kelli_taylor@flmp.uscourts.gov)
--No Notice Sent:

Message-Id:26132420@flmd.uscourts.gov
Subject:Activity in Case 5:24-cr-00138-TPB-PRL USA v. Rivernider Order on Motion for
Miscellaneous Relief
Content-Type: text/html
```

# U.S. District Court

# Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/2/2025 at 10:10 AM EDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | USA v. Rivernider |
| **Case Number:** | 5:24−cr−00138−TPB−PRL |
| **Filer:** | |
| **Document Number:** | 81(No document attached) |

**Docket Text:**
**ENDORSED ORDER: "Defendant's Motion to Take Judicial Notice and Correct the Record" (Doc. [63]) is denied. No response is needed or required. Signed by Judge Thomas P. Barber on 9/2/2025. (ANL)**


**5:24−cr−00138−TPB−PRL−1 Notice has been electronically mailed to:**

William Stephen Hamilton    william.s.hamilton@usdoj.gov, CaseView.ECF@usdoj.gov, kathryn.cooke@usdoj.gov, kylie.zimmerman@usdoj.gov, nicholle.bates@usdoj.gov, usaflm.oca−ecf@usdoj.gov, usaflm.ocadkt@usdoj.gov

Joshua Woodard    joshua_woodard@fd.org, bonnie_timmons@fd.org

**5:24−cr−00138−TPB−PRL−1 Notice has been delivered by other means to:**

Robert Rivernider(Terminated)
Marion County Jail
3290 NW 10th St
Ocala, FL 34475



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

United States of America,
  Plaintiff,

v.  Case No. 5:24-cr-138-TPB-PRL

Robert Henry Rivernider, Jr.,
  Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Robert Henry Rivernider, Jr., Defendant-Appellant, pro se, in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court denying Defendant's Motion (Dkt. 63) by Order entered as Dkt. 81.

This Notice is timely filed pursuant to Federal Rule of Appellate Procedure 4(b).

Respectfully submitted,

Date: September 9, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 34471



# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

United States of America,
   Plaintiff,

v.              Case No. 5:24-cr-138-TPB-PRL

Robert Henry Rivernider, Jr.,
   Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Robert Henry Rivernider, Jr., Defendant-Appellant, pro se, in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court denying Defendant's Motion (Dkt. 63) by Order entered as Dkt. 81.

This Notice is timely filed pursuant to Federal Rule of Appellate Procedure 4(b).

Respectfully submitted,

Date: September 9, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 34471

CERTIFICATE OF SERVICE

I, Robert H. Rivernider, hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office
   35 S.E. 1st Avenue, Suite 300
   Ocala, FL 34471

Date: September 9, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission

Robert Ru[...]
14 S. Bobwhite Rd
Wildwood FL 34785

ORLANDO FL 328
9 SEP 2025 PM 3 L

SCREENED
By USMS

Middle District of FL
Clerk of the Courts
207 NW 2nd Ave Rm 337
Ocala FL 34475

34475-666687

