UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,  Case No. 5:24-cr-138-TPB-PRL

Plaintiff, ☐
Government ☒            ☐ Evidentiary
                        ☐ Trial
                        ☒ Final Revocation

v.

ROBERT RIVERNIDER

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | P.O. Erik Padilla | Notice to Report 11/4/24 |
| 2 | | | P.O. Erik Padilla | Email "Cease and Desist" |
| 3 | | | P.O. Erik Padilla | Default Writ of Forfeiture |
| 4 | | | P.O. Erik Padilla | Fax "Revocation of Signature" |
| 5 | | | P.O. Erik Padilla | Affidavit "Notice of Liability" |
| 6 | | | P.O. Erik Padilla | Motion to Dismiss 3:10-cr-222 |
| 7 | | | P.O. Erik Padilla | Criminal Debt Payment Summary |
| 8 | | | P.O. Erik Padilla | Notice to Provide Bank/CC Statements |
| 9 | | | P.O. Erik Padilla | Purchase Paperwork for 2024 Hyundai |
| | | | | |
| | | | | |
| | | | | |

U.S. v. Robert Rivernider                               Case No. 5:24-cr-138-TPB-PRL

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

I hereby certify that on October 23, 2025, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Robert Rivernider, Defendant *Pro Se*
Register No. 0278231
Marion County Jail
3290 NW 10th St.
Ocala, FL 34475

                /s/ William S. Hamilton
                William S. Hamilton
                Assistant United States Attorney
                Florida Bar No. 95045
                35 SE 1st Avenue, Suite 300
                Ocala, Florida 34471
                Telephone:   (352) 547-3600
                Facsimile:    (352) 547-3623
                E-mail: william.s.hamilton@usdoj.gov