UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER

## GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called by the United States in the final revocation hearing in the above-captioned matter:

1. Erik Padilla, U.S. Probation.

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ William S. Hamilton
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:  (352) 547-3600
Facsimile:   (352) 547-3623
E-mail: william.s.hamilton@usdoj.gov

U.S. v. Robert RiverniderCase No. 5:24-cr-138-TPB-PRL

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

I hereby certify that on October 23, 2025, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Robert Rivernider, Defendant *Pro Se*
Register No. 0278231
Marion County Jail
3290 NW 10th St.
Ocala, FL 34475

/s/ William S. Hamilton
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:  (352) 547-3600
Facsimile:   (352) 547-3623
E-mail: william.s.hamilton@usdoj.gov