**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.                                                                 CASE NO: 5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER

| Judge: | Thomas P. Barber | Counsel for Government: | William Hamilton |
|---|---|---|---|
| Deputy Clerk: | Holly Iovino | Counsel for Defendant: | Pro Se with Joshua Woodard as standby counsel |
| Court Reporter: | Rebekah Lockwood | Probation: | Erik Padilla |
| Scheduled Date/Time: | October 24, 2025 09:15 AM | Interpreter: | Not Required |

## CLERK'S MINUTES ON CRIMINAL REVOCATION HEARING

The court inquires with the defendant if he would like to continue to represent himself. The defendant confirms in the affirmative.

Faretta hearing held. The court finds that the defendant knowingly, voluntarily, willfully, and intelligently made a decision without any impediments from mental illness, and can proceed pro se.

Government witness: Sworn and Testified – Eric Padilla

Government exhibits entered

The Defendant is found to be in violation of Charges One, Three, and Four of the Petition. (Doc. 4)

The Defendant is found not guilty of Charge Two.

The case is continued to December 12th at 9:00 am. The court will allow One Hour for the proceeding.

Time in court: 9:16 am – 10:46 am; Total time in court: 1 Hour 30 Minutes