**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.                                                        CASE NO: 5:24-cr-138-TPB-PRL

ROBERT RIVERNIDER

| | | | |
|---|---|---|---|
| Judge: | Thomas P. Barber | Counsel for Government: | William Hamilton |
| Deputy Clerk: | Holly Iovino | Counsel for Defendant: | Pro Se with Joshua Woodard as standby-counsel |
| Court Reporter: | Rebekah Lockwood | Probation: | Erik Padilla |
| Scheduled Date Time: | December 12, 2025 10:30 AM | Interpreter: | Not Required |

### CLERK'S MINUTES ON CRIMINAL REVOCATION HEARING

The Defendant was found to be in violation of Charges One, Three, and Four of the Superseding Petition. (Doc. 45).

Faretta hearing held. The court finds that the defendant knowingly, voluntarily, willfully, and intelligently made a decision without any impediments from mental illness, and can proceed pro se.

Court Exhibit 1 admitted and read into the record.

The court hears sentencing mitigation from the parties.

Supervised Release is revoked and sentence is as follows:

Imprisonment: **3 Years**

Upon successful completion of incarceration, the defendant is released from further jurisdiction of this court in this case.

Defendant shall cooperate in the collection of DNA.

The defendant is remanded to the custody of the U.S. Marshals.

Defendant advised of right to appeal.

Time in court: 10:27 am – 11:43 am; Total time in court: 1 hour 16 minutes