UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

vs

ROBERT RIVERNIDER

Case Number: 5:24-cr-138-TPB-PRL

USM Number: 96006-004

Joshua Woodard, FPD
201 S. Orange Avenue
Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant was found guilty of violation of charge numbers: One, Three, and Four of the term of Supervised Release. The defendant is adjudicated guilty to these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to report | November 4, 2024 |
| Three | Failure to disclose financial information | October 30, 2024 |
| Four | Obtain Nex Credit/Loan without Approval | December 30, 2024 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

December 12, 2025

_____
THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE

DECEMBER  12th, 2025

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case

Robert Rivernider
5:24-cr-138-TPB-PRL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 Years.**

Defendant shall cooperate in the collection of DNA.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case