UNITED STATES DISTRICT COURT

**FILED**

Date: 12/12/2025

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

UNITED STATES

v.                          CASE # 5.24-cr-138-TPB-PRL

Robert Rivernider

## NOTICE FOR THE RECORD

Robert Rivernider hereby submits the following document

on and for the record:

1) PRIVATE SECURITY AGREEMENT
2) Power of ATTORNEY IN FACT / Hold HARMLESS
3) AFFIDAVIT OF TRUTH
4) TRADEMARK / COPYRIGHT
5) UCC FILING
6) IRS Form 2848

See Also Fee Schedule Attached At Docket 10.

_Robert B_____

Robert Rivernider

Pro Se

## CERTIFICATE OF SERVICE

A copy of This Notice was hand delivered To The

Representative of The government on December 12, 2025.

_Robert B_____

Robert Rivernider

Private Security Agreement

Non Negotiable—Non-Transferable

This Security Agreement ("Agreement") is made and entered into on February 20, 2025, by and between the real living Man Robert Henry Rivernider, Jr.; herein after known as the SECURED PARTY and the Strawman ROBERT HENRY RIVERNIDER JR, DEBTOR, herein after "DEBTOR", SOCIAL INSURANCE ACCOUNT NUMBER 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. If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as reasonably segregable from said part(s) or portion(s). The Parties, herein after "Parties," are identified as follows:

> SECURED PARTY
>> Robert Henry Rivernider, Jr. (Grantee), and all derivatives thereof
>> Non-domestic c/o 14 S Bobwhite Road
>> Wildwood, Florida 34785

> DEBTOR
>> ROBERT HENRY RIVERNIDER JR (GRANTOR), and all derivatives thereof
>> WILDWOOD, FLORIDA 34785

>> SOCIAL INSURANCE ACCOUNT NUMBER: 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

NOW. THEREFORE, it is hereby agreed as follows:

AGREEMENT

In consideration for the Secured Party agreeing to provide certain accommodation to DEBTOR inter alia, to the Secured Party:



Page 3 of 34
301–2025–004566–0

1. Constituting the source, origin, substance, and being, i.e. basis of "pre-existing claims," from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party, and to interact, contract, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

2. Signing by accommodation for DEBTOR in all cases whatsoever wherein any signature of DEBTOR is required:

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a charge back is provided for in the event of difficulties in collection;

4. Providing the security for payment of all sums due or owing, or to become due or owing. By DEBTOR; and

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever, DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

   a. Voluntarily enters DEBTOR in the Commercial Registry;
   b. Transfers and assigns to the Secured Party a security interest in the Collateral described herein below; and
   c. Agrees to be, act and function in law and commerce, as the unincorporated, proprietary trademark of the Secured Party for exclusive and discretionary use by the Secured Party in any manner that the Secured Party, by Sovereign and Unalienable Rights, elects.

### PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by Parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and the Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both DEBTOR and the Secured Party.

3. DEBTOR is the transmitting utility, and unincorporated, proprietary trademark of the Secured Party, and all property of DEBTOR is the secured property of the Secured Party.

4.  Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to the Secured Party in any manner is expressly prohibited without the written consent of the Secured Party.

## FIDELITY BOND

Know all men by these presents, that DEBTOR, ROBERT HENRY RIVERNIDER JR, establishes this bond in favor of the Secured Party, Robert Henry Rivernider, Jr., in the sum of present Collateral Values up to the penal sum of One Hundred Billion American Dollars (100,000,000,000.00), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTORS heirs, executors, administrators, and third-party assigns, jointly and severally, by these presents.

The condition of the above bond is: the Secured Party covenants to do certain things on behalf of DEBTOR, as set forth in Agreement, and DEBTOR, with regard to conveying goods and services in Commercial Activity to the Secured Party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity, grants to the Secured Party a Security Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTORS Surety, Robert Henry Rivernider, Jr., is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty (30) day period. In such event of notice of cancellation, DEBTOR agrees to reissue the bond before the end of said thirty (30) day period for an amount equal or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party harmless for and against any and all claims, losses, liabilities, costs, interests, and expenses, herein after referred to as "Claims" or "Claim," which Claims include without restriction, all legal costs, interests, penalties, and fines suffered or incurred by the Secured Party, in accordance with the Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

The Secured party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, inter alia, copy of any document, correspondence, suit, or action received by or served upon the Secured Party. The Secured party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any claim.

## OBLIGATIONS SECURED



Page 5 of 34
301 – 2025 – 004566 – 0

The security interest granted herein secured any and all indebtedness and liability whatsoever of DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or become due, now existing or hereinafter arising, and however evidenced.

## COLLATERAL:

The collateral to which this Security Agreement pertains to, inter alia, all herein below described personal and real property of DEBTOR, now owned or hereafter, acquired by DEBTOR, in which the Secured Party holds all interest. DEBTOR retains possession and use, and rights of possessions and use, and all proceeds, products, accounts, and fixtures, and the Orders there from, are released to DEBTOR.

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;

2. All rents, wages, and income;

3. All land, mineral, water, and air rights;

4. All cottages, cabins, houses, and buildings;

5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

6. All inventory in any source;

7. All machinery, either farm or industrial;

8. All aircraft, gliders, balloons, and all equipment, accouterments, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9. All aircraft, yachts, and watercrafts, and all equipment, accouterments, baggage, and cargo affixed or pertaining thereto stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

10. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accouterments, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11. All livestock and animals, and all things required for the care, feeding use and husbandry thereof;

12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment, and machines;

14. All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, soundtracks, compact discs, phonograph records, film, video, aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records of DEBTOR;

17. All Trademarks, registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage. Drawings, sound records, audio tapes, computer production or storage of all kinds whatsoever, of DEBTOR;

20. All footprints, fingerprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein or pertaining thereto;

22. All Rights to obtain, use, request, or refuse or authorize the administrator of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

23. All Rights to request, refuse, or authorize the administration of, any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24. All keys, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

25. All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, WWW (computer services), and all other methods of communication, energy transmission, and food or water distribution;

26. All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27. All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28. All Rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or

permission and free form entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29.  All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30.  All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31.  All rights to buy, sell, trade, grow, raise, gather, hunt, tap, angle, and store food, fiber, and raw material for shelter, clothing, and survival;

32.  All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceable assemble, or the right to petition government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33.  All Rights to Keep and Bear Arms for self-defense of self, family and parties entreating physical protection of person or property;

34.  All Rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35.  All Rights to create documents of travel of every kind whatsoever, inter alia, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

36.  All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, free will, faculties, and self;

37.  All Rights to privacy and security in person and property, inter alia, all Rights to safety and security of all household or sanctuary dwellers or guests, and -all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may by promulgated as the authority for any such intrusion, detainer, entry seizure, search, surveillance, trespass, assault, summons, or warrant;

38.  All names used and all Corporations Sole execution and filed, or to be executed and filed, under said names;

39.  All intellectual property, inter alia, all speaking and writing;

40.  All signatures and seals;



FORM SA –RHR08261965 - Secured Party: Robert Henry Rivernider, Jr.

41. All present and future retirement incomes, and right to such incomes, issuing from any of DEBTOR accounts;

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR accounts;

43. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records, and records numbers held by any entity, for any purpose, however acquired, as well as the analysis and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia, all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and record numbers, and the like;

44. All library cards;

45. All credit card, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated record and information;

46. All traffic citations/tickets;

47. All credit of DEBTOR;

48. All parking citations/tickets;

49. All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;

50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

51. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

52. All banks accounts, bonds, certificated of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, and the like;

53. All accounts, deposits, escrow accounts, lotteries, over-payments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and record numbers, correspondence, and information pertaining thereto or derived there from;

54. All cash, coins, money, Bank of United States Notes, and Silver Certificates;

55. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plans, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

Page 9 of 34
301-2025-004566-0

56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accouterments involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

57. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;

58. All fuel, fuel tanks, containers, and involved or related delivery systems;

59. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

60. All camping, fishing, hunting, and sporting equipment, and all special clothing, material, supplies, and baggage related thereto;

61. All rifles and guns and related accessories, and ammunition and the integral components thereof;

62. All radios. televisions. communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accouterments and devices;

63. All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

64. All computers and computer Systems and the information contained therein, as well as all ancillary equipment, printers and data compression or encryption devices and processes;

65. All office and engineering equipment, furniture ancillary equipment, drawing tools, electronic and paper files, and items thereto;

66. All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

67. All shipping, storing, and cargo containers, and all chassis, trick trailers, vans, and the contents thereof, whether on-site, in transit, or in storage anywhere;

68. All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, vacancy while awaiting occupancy thereof;

69. All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

70. All books, drawings, magazines, manuals, and reference materials regardless of physical form;

71. All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

72. All food, and devices, tools, equipment, vehicles, machines, and related accouterments involved in food preservation, preparation, growth, transport, and storage;

73. All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

74. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

75. The Will of DEBTOR;

76. All inheritances gotten or to be gotten;

77. All wedding bands and rings, watches, wardrobe, and toiletries;

78. All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

79. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR;

81. All telephone numbers;

82. Any property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of DEBTOR.

## ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC § 3-419 and House Joint Resolution 192 of April 5, 1933. This Security Agreement is accepted for value, property of the Secured Party, and not dischargeable in bankruptcy court as the Secured Party's property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and the Secured Party.

DEBTOR agrees to notify all of DEBTORS former creditors, would-be creditors, and any would-be purchasers of any herein described Collateral, of this Security Agreement, and all such personages are expressly so noticed herewith;

This Security Agreement devolves on the Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as the Secured Party hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

## DEFAULT

The following shall constitute the events of default hereunder:



Page 11 of 34
301 — 2025 — 004566 — 0

FORM SA –RHR08261965 - Secured Party: Robert Henry Rivernider, Jr.

*Page 9 | 10*

1. Failure by DEBTOR to pay any debt secured hereby when due;

2. Failure by DEBTOR to perform any obligations secured hereby when required to be performed;

3. Any breach of any warranty by DEBTOR contained in this Security Agreement; or

4. Any loss, damage, expense, or injury accruing to Secured Party by virtue of the transmitting utility function of DEBTOR.

### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Applicable to all Successors and Assigns

### SIGNATURES

The Secured Party executes this Security Agreement certified and sworn on the Secured Party's unlimited liability true, correct, and complete, and accepts all signature in accord with UCC § 3-419.

_____
ROBERT HENRY RIVERNIDER, JR., DEBTOR

_____
Robert Henry Rivernider, Jr., Secured Party

### JURAT

state of Florida.                                      )
                                                       ) ss.
county of Sumter                                       )

Subscribed and sworn before me this 20th day of February, A.D. 2025 WITNESS my hand and official seal.



SUSAN SCARPELLI
MY COMMISSION # HH 310380
EXPIRES: September 16, 2026

_____
Notary Public Signature

My Commission Expires: ___9|16|2026___

Seal

February 19, 2025

## TRADEMARK/COPYRIGHT

### for

Robert Henry Rivernider, Jr.©, A Living Man (Grantee)

ROBERT HENRY RIVERNIDER, JR.© (GRANTOR)

c/o 14 S. Bobwhite Road

Wildwood, Florida [34785]

In the matters for commerce. All commerce operates in truth, demand for truth is made by all party for full disclosure = who are you? Who do you represent and who is the real party of interest? Is the real party of interest the commonwealth for Britain, the British Crown, the Queen for England, the Holy Sea? Is the United States flying the Queen's Banner/Flat? What country does the Flag in the United States and State Court Houses, the House and the Senate, State and Federal and the oval offices State and Federal, represent? Have you desecrated our Flag for Liberty, old Glory, the lawful Flag for the United States defined by 4 USC J.

**Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee,** Robert Henry Rivernider, Jr., Living Man **Agent, one for We the People under Original Common Law Jurisdiction by the** Florida **and United States Contracts, the Constitutions**

Republic and one by the
several united States
Wildwood, Florida in America

ss:

For: whom it may concern: In the matter for the fiction, Secured Party, Known as Robert Henry Rivernider, Jr., 14 S. Bobwhite Road – Wildwood, Florida 34785 (and all derivatives thereof.)

*TRADE NAME/COPYRIGHT for* Robert Henry Rivernider, Jr.©          P a g e  1

Page 13 of 34
301 – 2025 – 004566 – 0

**I, Me, My, Myself** addressee: Robert Henry Rivernider, Jr., (herein after "Agent,") the undersigned for one We the People, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several States united for America, the undersigned Posterity, Creditors, Claimants, and Secured Party, hereinafter, "**I, Me, My, Myself**," do hereby solemnly declare, say, and state:

1. **I, Me, My, Myself**, the Agent, am competent for stating the matters set forth herewith.

2. **I, Me, My, Myself**, the Agent, have personal knowledge concerning the facts stated herein.

3. All facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **I, Me, My, Myself**, the Agent shall so state.

### Plain Statement of Facts

**A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form for an Affidavit.**

**An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted after (30) days, becomes the judgment in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.**

I, Me, My, Myself, the Agent, am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, Robert Henry Rivernider Jr., living soul, the Agent, one for We the People under Original Common Law Jurisdiction for the Florida and United States Contracts, the Constitutions.

**WHEREAS**, the public record is the highest evidence form, **I, Me, My, Myself, the Agent,** am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for Tort Waiver Presented by me, addressee, Robert Henry Rivernider, Jr., living soul, the Agent, one for/under We the People under Original Common Law Jurisdiction for the Florida and the United States Contracts, the Constitutions.

1. **Fact**: The persons known as ROBERT HENRY RIVERNIDER, JR. (and all derivatives thereof,) **SECURED PARTY**, is fiction without form or substance, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for Florida by the alleged Government officials and Agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for Florida from our Life, Liberty, Property, and Happiness Pursuit, among other Rights, for their self enrichment using their T.R.C. P. 52, outside the law authority and our Courts by original jurisdiction.

2. **Fact**: I have placed a copyright on the Fiction known as ROBERT HENRY RIVERNIDER, JR.; ROBERT H. RIVERNIDER, JR.; ROBERT RIVERNIDER, JR.; ROBERT RIVERNIDER; RIVERNIDER JR, ROBERT HENRY; RIVERNIDER JR, ROBERT H.; RIVERNIDER JR, ROBERT; RIVERNIDER, ROBERT, (trademark/fiction,) **SECURED PARTY**, is now My private property and cannot be used without my prior written consent and then only under the terms set out in this contract.

*TRADE NAME/COPYRIGHT for* Robert Henry Rivernider, Jr.©                    P a g e  2 | 5

3. <u>Fact</u>: The Fiction, ROBERT HENRY RIVERNIDER, JR., **the SECURED PARTY**, is my perfected securities and registered by contract with me, Robert Henry Rivernider, Jr., **the Agent**, and with the Secretary of the State of Florida as such for 99-years and is my recorded copyright Fiction by this declaration under original common law jurisdiction for one hundred (100) years and is My private property, **the Agent**, for the My Estate protection, my life, and Liberty.

4. <u>Fact</u>: Using My Fiction, ROBERT HENRY RIVERNIDER, JR., **or any derivative, the SECURED PARTY, the holder in due course, and Exempt from Levy**, on the document associated in any manner with My Estate or me, Robert Henry Rivernider, Jr., **the Agent for**, without my written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for one thousand (1000.00) dollars, silver specie, in lawful coinage for the United States per user and per issuer per fiction.

5. <u>Fact</u>: Using My Fiction, ROBERT HENRY RIVERNIDER, JR., **the SECURED PARTY**, for the intended gains for themselves (the issuers of users or for others for any of my Rights, my private property or any part about my Estate without full disclosure and my written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for one million (1,000,000.00) dollars silver specie in lawful coinage for the United States as defined under Article 1, Section 10 of We the People's Contract/Constitution for the United States per using Fiction including any past, present or future use.

6. <u>Fact</u>: Using My Fiction, ROBERT HENRY RIVERNIDER, JR., **the SECURED PARTY, the holder in due course, and Exempt from Levy**, on any document associated in any manner with my Estate or me, Robert Henry Rivernider, Jr., **the Agent**, without my written prior consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

**I, Me, My, Myself**, Robert Henry Rivernider, Jr., **the Agent**, am not an expert in the Law, however, I do know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform me by facts, I will sincerely make every effort and amend my ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise me in writing by Declaration/Affidavit From within ten (10) days from recording hereof, providing me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially my or the fictions status and factual declaration.

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this Affidavit by Declaration will stand as final judgment in this matter; and for



Page 15 of 34

301–2025–014566–0

*TRADE NAME/COPYRIGHT for* Robert Henry Rivernider, Jr.©                    *P a g e 3 | 5*

Case 5:24-cr-00138-TPB-PRL    Document 116    Filed 12/12/25    Page 15 of 31 PageID 916

the sum certain herein stated and will be in full force and effect against all party, due and payable and enforceable by law.

The criminal penalties for commercial fraud is determined by jury, by law, the monetary value is set by me for violation against my rights, for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for the United States as defined by Article I, Sections 10 under the Constitution, by WE the People for the United States and will be due payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of Sumter County, Florida under this declaration.

The Undersigned, I, Me, My, Myself, Robert Henry Rivernider, Jr., the Agent, do hereby declare state and say that I, Robert Henry Rivernider, Jr., the Agent, issue this with sincere intent in truth, that I, me, the undersigned Secured Party, am competent by stating the matters set forth herein, that the contents are true, correct, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by me undersigned addressee.

This Trade Mark Copyright affects and is in effect with Private Security Agreement filed in U.C.C. Finance Statement.

Notice to principle is Notice to agent. Notice for the agent is Notice for the principle applies under this notice.

Notice for the county clerk for the county of Sumter County, Florida and record court for original jurisdiction, is notice for all.

This document was prepared by Robert Henry Rivernider, Jr.

ROBERT HENRY RIVERNIDER, JR., GRANTOR _Robert Henry Rivernider JR_ ©

Robert Henry Rivernider, Jr., SECURED PARTY, SIGNATURE:

By: _Robert H. R___ JR_ ©

Robert Henry Rivernider, Jr.
c/o 14 S. Bobwhite Road
Non-Domestic
Wildwood, Florida [34785]
Real Land North America

Page 16 of 34
301 – 2025 – 004566 – 0

_TRADE NAME/COPYRIGHT for Robert Henry Rivernider, Jr.©_    Page 4 | 5

## Notice

**Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God and not for entrance into any foreign jurisdiction.**

state of ___Florida___ )

county of ___Sumter___ )

This instrument was acknowledged before me, a Notary Public in and for the State of Florida, on this ___19___ day of the ___February___ month in the year of our Lord and Savior, Two Thousand and Twenty Five A.D.

Name: ___Andrea Pentkowski___     Andrea Pentkowski     *Seal*

Notary Public in and for the State of ___Florida___

Address: ___2215 Everglades Ln___
___The Villages, FL  32163___
My Notary Expires: ___May 13, 2028___



ANDREA L. PENTKOWSKI
MY COMMISSION # HH 527008
EXPIRES: May 13, 2028

Page 17 of 34
301-2025-004566-0

*TRADE NAME/COPYRIGHT for* Robert Henry Rivernider, Jr.©     Page 5|5



February 19, 2025

AFFIDAVIT OF TRUTH

for

Robert Henry Rivernider, Jr.©, A Living Man (Grantee)

ROBERT HENRY RIVERNIDER, JR. (GRANTOR)

c/o 14 S. Bobwhite Road

Wildwood, Florida [34785]

Be it known to all who call themselves "government," there "courts," agents, and other parties, that I, Robert Henry Rivernider, Jr., am a natural, freeborn sovereign individual, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.

I am not a "PERSON" as defined in "statutes" when such definition includes "artificial entities." I refuse to be treated as a "federally" or "state" created entity which is only capable of exercising certain rights, privileges, or immunities as specifically "granted" by "federal" or "state" "governments".

I may voluntarily choose to comply with the "laws" which others attempt to impose upon me, but no such "laws," nor their "enforcers," have any authority over me. I am not in any "jurisdiction," for I am not of subject status.

Unless I have willfully harmed or violated someone or someone's property without their consent, I have not committed any crime and am therefore not subject to any penalty.

Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability" associated with the compelled and pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement."

Page 22 of 34
301 — 2025 — 004566 — 0



*AFFIDAVIT OF TRUTH for Robert Henry Rivernider, Jr.©*

Page 1 / 6

As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden "contracts," I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, <u>from the beginning</u>.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, <u>take notice</u> that I revoke, cancel, and make void <u>from the beginning</u> my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may be construed in any way to give any agency or department of any "government" any "authority," "venue," or "jurisdiction" over me.

Typical examples of such compelled and pretended "benefits" are:

1. <u>"Birth Certificate"</u>: The fact that a "birth certificate" was issued to me by a local hospital or "government" agency when I was born, is irrelevant to my sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about "jurisdiction," nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any significance, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.

2. <u>The use of national currency to discharge my debts</u>: I have used these only because there is no other widely recognized currency.

3. <u>The use of a bank account</u>: If there is any hidden "contract" behind an account, my signature therewith gives no validity to it. The signature is only for verification of identity. I can not be obligated to fulfill any hidden or unrevealed "contract" whatsoever, due to the absence of full disclosure and voluntary consent.

   Likewise, my use of the bank account is due to the absence of an alternative. To not use any bank at all is very difficult and impractical.

4. <u>The use of a "driver's license"</u>: There is no real need for me to have such a "license" for traveling in a car. However, if I am stopped for any reason and found to be without a "license," it is likely I would be unduly harassed and penalized. Therefore, under duress, I carry a "license" only to avoid extreme inconvenience.

*AFFIDAVIT OF TRUTH for Robert Henry Rivernider, Jr.©*



Page 23 of 34
301 — 2025 — 004566 — 0

5. **"State plates" on my car:** Similarly, if I have "registered" my car with the "state" and carry the "state plates" on it, I have done so only because to have any other "plates" or no "plates" at all, causes me to run the risk of "police officer" harassment and extreme inconvenience.

6. **The use of a "passport":** There is no real need for me to have a "passport" (or other associated "permits," "visas," etc.) to travel. I have the right to travel without hindrance, wherever, however, and whenever I wish, so long as I do not encroach upon the private property of others. Though without a "passport," my right to travel is unduly hindered. Therefore, under duress, I only use a "passport" to prevent extreme inconvenience and to ensure that I can travel from one "country" to another at all.

7. **Past "filing" of "tax returns":** Because such "tax returns" were "filed" under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is nothing in any past "filing" of "tax returns" or payments that created any valid contract. Therefore, no obligation on my part was ever created.

8. **Past "enrollment" and "voting":** Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the "requirements" for the supposed "privilege" to "enrol" and "vote," any such "enrollment" or "voting" does not oblige me to do anything, nor grant any "jurisdiction" over me to anyone.

9. **"Citizenship":** Any document I may have ever signed, in which I answered "yes" to the question, "Are you a [United States] citizen?" - cannot be used to compromise my status as a sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no binding contract.

I am not a "United States" citizen." I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any "monarch" or any corporate "commonwealth," "federal," "state," "territory," "county," "council," "city," "municipal body politic," or other "government" allegedly "created" under the "authority" of a "constitution" or other "enactment." I am not subject to any "legislation," department, or agency created by such "authorities," nor to the "jurisdiction" of any employees, officers, or agents deriving their "authority" therefrom. Nor do any of the "statutes" or "regulations" of such "authorities" apply to me or have any "jurisdiction" over me.

Further, I am not a subject of any "courts" or bound by "precedents" of any "courts," deriving their "jurisdiction" from said "authorities." Take notice that I hereby cancel and make void from the beginning any such "instrument" or any presumed "election" made by any "government" or any agency or department thereof, that I am or ever have voluntarily elected to be treated as a subject of any "monarch" or a "[United States] citizen," or a "resident" of any "commonwealth," "state," "territory," "possession," "instrumentality," "enclave," "division," "district," or "province," subject to their "jurisdiction(s)."



*AFFIDAVIT OF TRUTH for Robert Henry Rivernider, Jr.©*

10. **"Constitution":** The document supposedly setting forth the foundations of a "country" and "its" "government," has no inherent authority or obligation. A "constitution" has no authority or obligation at all, unless as a contract between two or more individuals, and then it is limited only to those individuals who have specifically entered into it. At most, such a document could be a contract between the existing people at the time of its creation, but no-one has the right, authority, or power to bind their posterity. I have not knowingly, voluntarily, and intentionally entered into any such "constitution" contract to oblige myself thereby, therefore such a document is inapplicable to me, and anyone claiming to derive their "authority" from such a document has no "jurisdiction" over me.

11. **Use of semantics:** There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government," and call the noises and scribbles that emanate from their mouths and pens "the law" which "must be obeyed." Just because they alter definitions of words in their "law" books to their supposed advantage, doesn't mean I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the "courts" have become entangled in the game of semantics, be it known to all "courts" and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in any "law" books different from the common usage, there can be no effect whatsoever on my sovereign status in society thereby, nor can there be created any "obligation" to perform in any manner, by the mere use of such words. Where the definition in the common dictionary differs from the definition in the "law" dictionary, it is the definition in the common dictionary that prevails, because it is more trustworthy.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only and is with full reservation of all my natural inherent rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until alternatives become available, practical, and widely recognized.

## REVOCATION OF POWER OF ATTORNEY

I hereby revoke, rescind, cancel, and make void <u>from the beginning</u> all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any "tax file / identification number" and / or "social security number" assigned to me, as it pertains to my "birth certificate," and as it pertains to any and all other numbers, "licenses," "certificates," and other "instruments" issued by any and all "government" and quasi-"governmental" departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty and / or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or "gratuity" associated with any of the aforementioned numbers, "licenses," "certificates," and other "instruments."

Page 25 of 34
301 – 2025 – 004566 – 0

My use of any such numbers, "licenses," "certificates," or other "instruments" has been for information purposes only, and does not grant any "jurisdiction" to anyone.

I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property.

Take notice that I also revoke, cancel, and make void <u>from the beginning</u> all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi / colorable, public, "governmental" departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone.

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and with all rights reserved,

(Printed Name:) ROBERT HENRY RIVERNIDER JR©

Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Signed: Ralt Henry R___ JR©

Date: February 19, 2025

On this 19th day, of February, 2025, before me, the undersigned, a Notary Public in and for Robert Rivernider _____, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has executed the same.

Signed: Andrea Pentkowski

ANDREA L. PENTKOWSKI
MY COMMISSION # HH 527008
EXPIRES: May 13, 2028
NOTARY SEAL

*AFFIDAVIT OF TRUTH for Robert Henry Rivernider, Jr.©*                    Page 5 / 6

Printed Name: Andrea Pentkowski _____

Date: 2-19-25 _____

Address: 2215 Everglades Ln, The Villages, FL 32163



Page 27 of 34
301-2025-004566-0

*AFFIDAVIT OF TRUTH for Robert Henry Rivernider, Jr.©*

*page 6 | 6*

February 19, 2025

POWER OF ATTORNEY IN FACT

&

HOLD HARMLESS / INDEMNITY IDENTIFY'S

for

Robert Henry Rivernider-Jr.©, A Living Man (Grantee)

ROBERT HENRY RIVERNIDER, JR. (GRANTOR)

c/o 14 S. Bobwhite Road

Wildwood, Florida [34785]

KNOW ALL MEN AND WOMEN BY THESE PRESENTS:

Robert Henry Rivernider, Jr., I herein reference to as PRINCIPAL, in the County SUMTER COUNTY of sound mind, appoints the living Man known as Robert-Henry: Rivernider-Jr. a peaceful, non-belligerent, and noncombatant party, as his true and lawful ATTORNEY IN FACT.

Any and all powers of ATTORNEY IN FACT - NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY does supersede any and all former Power of Attorney powers, and furthermore current Powers cures all previous signatures given by principal. In the principal's name, and for the principal's use and benefit, said ATTORNEY IN FACT *has full and complete authorization for the facilitation by the conveyance through any communications in translation for assimilation in account science correction techniques in all facets of interstate, intrastate, domestic, and foreign commerce relations with full protection of Safe Harbour and Sinking Funds Provisions for all accounts, proceeds, products, fixtures, and services such as:*

1. Sell, exchange, buy, invest, and / or reinvest any assets and / or *property whether by possession and / or ownership,* which may have income production or non-income production assets and property.

*POWER OF ATTORNEY IN FACT & HOLD HARMLESS / INDEMNITY IDENTIFY'S for*
*Robert Henry Rivernider, Jr.©*

*Page 1 / 4*



Page 31 of 34
301-2025-004566-0

2.  Open, maintain, and / or close bank accounts: *with express provisions for; demand deposit (checks, custodial) accounts, term deposit (savings) accounts, and certificates of deposit, brokerage accounts, and other similar accounts with depository and repository and financial institutions.*

   (a) Conduct any business *with any depository institution, any repository institution, and all financial institution service providers in particular; all issue agents, all transfer agents, and all payout agents with respect to any of principal's accounts. With express provisions for creation of deposits and withdrawals, acquisition and procurement for all bank statements, passbooks, drafts, money orders, warrants, certificates, stocks, shares, bonds, mortgages, encumbrances, liens, financial obligations, promissory notes, bills of exchange, assigns, hardship claims, abandonment claims, salvage claims, quitclaims, and vouchers; either assignable to, assignable to the order of, payable to, pay to, pay to the order of, or payable to the order of,* for the principal by any *legal* person, *body corporate, body politic, body ecclesiastical, and any corporation sole.*

   (b) Perform any act necessary to deposit, negotiate, sell, transfer, *or exchange any legal and / or lawful obligation in the style of a* note, security, bond, stock, share, of the Treasury of the United States of America, *and all Treasuries of every United Nations Member States and all Foreign Governments and their political subdivisions.*

   ◦  Have access to any safe deposit box *whether in possession and / or by ownership with the express provision for the contents.*

(3)  Take any and all legal / *lawful* steps necessary to collect any amount or debt due and / or past due, and / or to settle any claim, whether made against or *from affirmation* on behalf of principal against any other person or entity.

(4)  Exercise all stock rights as proxy, *with these express provisions for* all rights, *privileges, and powers* with respect to stocks, bonds, debentures, and / or other investments.

(5)  Maintain and / or operate any business, personal property, and *ownership* interests of, with, for, and by principal.

(6)  Purchase and / or maintain insurance, *re-insurance*, and / or bond rights herein.

(7)  Enter into *legal and lawful bound* contracts on behalf of principal.

(8)  Employ professional and business assistance as may be appropriate.

(9)  Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of principal's property *whether as current ownership, possession holder, and / or as potential acquisition and procurements of ownership and / or possession placement, with the express provision for* real estate, real estate rights, *privileges, powers without limit* to the right to remove tenants and / or to recover possession *and settlement.* This *express provision without limit is also for* the right to sell and / or to encumber any current homestead *possession and / or ownership and / or potential possession and / or ownership.*



(10) Transfer any of principal's assets to the trustee of any *style of c'est qui trust and / or foreign situs trust; whether it be deed of trust, express trust, irrevocable trust, revocable trust, and / or any other legal and / or lawful* creation by principal, *whether or not said* such trust is in existence at the time of such transfer.

(11) Prepare, sign, and file documents with any governmental body or agency, *with the express provision without limit as* authorization to *implement account science of units of exchange and units of account for all depository and repository events:*

   (a) Prepare, sign, and file income and other tax returns with federal, state, local, and other governmental bodies.

   (b) Obtain information *and / or* documents from any government *and / or* its agencies; and negotiate, compromise, *and / or* settle any matter with such government *and / or* agency for *any / all lawful* tax matters.

   (c) Prepare applications, provide information, and perform any other act *which is* a reasonable request by any government *and / or* its agencies *whom have either a sworn oath, sworn affirmation, sworn affidavit of appointment, and public bond, lawful insurance provider, and lawful re-insurance provider* in connection with governmental benefits *with the express provision for military benefits, social security benefits, health benefits.*

(12) Make gifts from assets to members of family and to such other persons *and / or* charitable organizations with whom principal *does* establish a pattern *to provide gifts.*

The Principal hereby appoints Robert-Henry: Rivernider-Jr., the living Man, a peaceful, non-belligerent, and non-combatant party; of Wildwood, Florida, Country of UNITED STATES OF AMERICA as substitute Authorization Representative and for the sole purpose *to provide gifts* of property to said ATTORNEY IN FACT, *as the event does deem to be* appropriate.

(13) Disclaim any interest that might otherwise be a transfer or distribution to principal from any other person, estate, trust, *and / or* other entity, as may be appropriate.

Said ATTORNEY IN FACT-in-fact shall not be liable for any loss that results from a judgment error that was made in good faith. Wherein, said ATTORNEY IN FACT *is given grant for* a HOLD HARMLESS and FULL INDEMNITY *stance in law*, in good faith *performance of duty as active action through* the authority of this Power of ATTORNEY IN FACT.

Principal authorizes said ATTORNEY IN FACT to further indemnify and hold harmless any third party who accepts and acts under good faith to uphold this document.

Herein given through gift and by grant to said ATTORNEY IN FACT full power and authority to do all and every act and thing whatsoever requisite and necessary to be done relative to any of the current events

*POWER OF ATTORNEY IN FACT & HOLD HARMLESS / INDEMNITY IDENTIFY'S for*
*Robert Henry Rivernider, Jr.©*

*Page 3 | 4*

Page 33 of 34
301 – 2025 – 004566 – 0

and their continuation as fully to all intents and purposes as principal might or could do if personally present.

All that said ATTORNEY IN FACT PEACEFUL, NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY shall lawfully do or cause to be done under the authority of this power of ATTORNEY IN FACT is *express emergency approval*. ALL VALID BY THE PRESCRIPTION OF THE LAW OF NECESSITY AND THE DOCTRINES OF UNCONSCIONABILITY AND LA MORT SAISIT LE VIF IN ACCORDANCE WITH APPLICABLE LAWS, CARDINAL ORDERS, ORDINAL ORDERS, AND COMMERCIAL STANDARD; PROVIDES FOR FULL ABSOLUTION THROUGH REDEMPTION.

Executed this day February 19, 2025

By: _____
© Robert-Henry: Rivernider-Jr.™, Living Man, Jus Soli; Sui Juris
Power of Attorney-In-Fact; Master Account Holder;
Principal Secured Party; Holder-In-Due-Course for
Title, Lien, and Bond of the private property held in
© ROBERT HENRY RIVERNIDER, JR.TRUST™

<u>NOTICE</u>

Using a notary on this document does not constitute any adhesion, grant jurisdiction, nor does it in any manner alter any legal status of any of the parties hereto. The purpose of a notary is verification and identification only and not for entrance into any foreign jurisdiction.

Dated: this 19th day of February, in the year of 2025 A.D. Sumter County, Florida republic State BEFORE ME, the undersigned authority, on this 19th day of February in the year of 2025 and personal appearance ___Robert Rivernider___ to me known to be the person whose description is found here in and who does autograph and acknowledges to me that he does execute the same freely and voluntarily for the uses and purposes therein expressed. WITNESS my hand and official seal the date aforesaid.



ANDREA L. PENTKOWSKI
MY COMMISSION # HH 527008
EXPIRES: May 13, 2028

_____
Notary Public
Andrea Pentkowski

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Robert-Henry Jr.: Rivernider
non-assumpsit/TDC:
c/o 14 S Bobwhite Rd
Wildwood, FL [34785]
united States of America

*NEW YORK FILE #*
*202505130176040*
*FILED MAY 13, 2025*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME — ROBERT HENRY RIVERNIDER JR-ORGANIZATION/TRADENAME/TRADEMARK-DEBTOR | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS — 14 S BOBWHITE RD | CITY WILDWOOD | STATE FL | POSTAL CODE 34785 | COUNTRY |

| 1d. SEE INSTRUCTIONS — Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names  ☐ NONE

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS — Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)  ☐ NONE

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME — Rivernider | FIRST NAME Robert | MIDDLE NAME Henry | | SUFFIX Jr |
| 3c. MAILING ADDRESS — non-assumsit/TDC: c/o 14 S Bobwhite Rd | CITY Wildwood | STATE FL | POSTAL CODE near 34785 | COUNTRY uSA |

**4. This FINANCING STATEMENT covers the following collateral:**

The following is part of the Original Filing, as all proceeds, products, accounts and fixtures; of the instruments, orders, judgements, Agreements and documents of recording, nunc pro tunc, incorporated herein by reference are hereby accepted for value, are exempt from levy and are the personal property of the Debtor, whereby Secured Party holds all interest. This is the entry of the Debtor in the Commercial Registry as an International Commercial Transmitting Utility/trust. The term "Secured Party," as used in regard to this U.C.C. Filing, does mean "a sovereign sentient living being, on the land, on the private side, outside the legislative jurisdiction of the aggregate corporate States and the corporate UNITED STATES, having full and Lawful Authority," and said definition is superior to the state's definition of "individual" on this filing. This filing secures a Contractual Obligation in favor of Secured Party; any attempt to stultify or impair the contract between Secured Party and/or Debtor goes at $50,000,000 per action. Secured Party hereby secures the rights, interest and title over all of the Debtor's assets, land and personal property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located or situated, described more fully in Private Security Agreement Form: SA-RHR08261965 .........

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☑ BAILEE/BAILOR | ☐ SELLER/BUYER | ☑ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

*Robert Henry Rivernider JR*          *Robt-Henry:Riven JR.*

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

**OR**    **ROBERT HENRY RIVERNIDER JR-DEBTOR**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10.MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

**OR**

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. <u>SEE INSTRUCTIONS</u> Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

**12.** ☐ **ADDITIONAL SECURED PARTY'S** <u>or</u> ☐ **ASSIGNOR S/P'S NAME** - insert only <u>one</u> name (12a or 12b)

12a. ORGANIZATION'S NAME

**OR**

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

nun pro tunc, XXXXX9815, in the sum certain amount of One Hundred Billion Dollars, incorporated herein by reference. Said Registration is to secure the rights, title(s), and interest in Certification of Vital Records Abstract of Birth No. 152165-1965 for **ROBERT HENRY RIVERNIDER JR,** Commonwealth of Pennsylvania, County of Philadelphia, as received by the Depart. of Health and the Pledge represented by same, including, but not limited to pignus, hypothea, hereditments, res, the energy and all products derived therefrom; Debtor's Social Security Form SSA-OA-702; Social Security Number, SSA Bond Number XXX-XX-9815 Treasury Trust UCC Contract Account, Durable Power of Attorney of **ROBERT HENRY RIVERNIDER JR** and all variations therefor; Florida's Driver's License Number, all CUSIP #'s; Debtor's passport any and all licenses ever held or to be held and the applications for same; Applications for government benefits; ........

**17.** Check <u>only</u> if applicable and check <u>only</u> one box.
Debtor is a ☑ Trust   or ☐ Trustee acting with respect to property held in trust   or ☐ Decedent's Estate

**18.** Check <u>only</u> if applicable and check <u>only</u> one box.
☑ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | ROBERT HENRY RIVERNIDER JR-DEBTOR |

| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|---|
| | | | |

**10.MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

| | 11a. ORGANIZATION'S NAME |
|---|---|
| OR | |

| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|
| | | | | | |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | 12a. ORGANIZATION'S NAME |
|---|---|
| OR | |

| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**16. Additional collateral description:**

and all public and private recordings. all debentures, indentures, contracts, accounts, bonds, pledges, all open and closed checking and savings accounts, hand writings, signatures, hand prints, foot prints, retina scans, brain scans, and DNA matter predicated on the Juristic Person/Fictional Entity/Dummy Corporation-Organization described as Debtor and all other property of the Debtor, nunc pro tunc, XXXXX9815. All property is Accepted for Value and Exempt from Levy. Adjustments of this filing is from Public Policy HJR-192, Public Law 73-10, U.C.C. 1-103, 10-104 and U.C.C. 1-104. Secured Party Accepts Debtor's Signature in accord with U.C.C. 1-201(39), 3-419 and 3-401. All proceeds, products, accounts, and fixtures, and the orders therefrom are released to Debtor. By explicit reservation, Secured Party is neither guarantor to any other's accounts, nor Fiduciary for Debtor.

**17. Check only if applicable and check only one box.**
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☑ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

| Form **2848** | | |
|---|---|---|

**Form 2848**
(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Go to *www.irs.gov/Form2848* for instructions and the latest information.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

**Part I**  **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address
ROBERT HENRY RIVERNIDER JR
14 S Bobwhite Rd
Wildwood, FL 34785

Taxpayer identification number(s)
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

Daytime telephone number
561-232-0436

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

Name and address
Robert H. Rivernider
14 S Bobwhite Rd
Wildwood, FL 34785

**Check if to be sent copies of notices and communications** ☐

CAF No. 0136-68787
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

**Check if to be sent copies of notices and communications** ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

**(Note:** IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

**(Note:** IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| | | |
| | | |

**4   Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):   ☐ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return; _____
_____
_____
☐ Other acts authorized: _____
_____

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**

Cat. No. 11980J

Form **2848** (Rev. 1-2021)

**b   Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

**6   Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7   Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| _Robt Henry Rivewinder JR_ | _12-9-2025_ | _Agent_ |
|---|---|---|
| Signature | Date | Title (if applicable) |
| _Robert Henry Rivewinder JR_ | | |
| Print name | | Print name of taxpayer from line 1 if other than individual |

---

**Part II    Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
**c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
**d** Officer—a bona fide officer of the taxpayer organization.
**e** Full-Time Employee—a full-time employee of the taxpayer.
**f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
**h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*
**k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
**r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation—Insert above letter **(a–r)**. | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)