UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
Date: 12/12/2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES
v.                              CASE # 5:24-cr-138-TPB-PRL
Robert Rivernider

## NOTICE/DEMAND TO PRESERVE ALL RECORDS

Rivernider hereby demands this Court, the Clerks office, Probation office, and the U.S. Attorney's office to preserve ALL Records.

_____
Robert Rivernider
Pro se

## CERTIFICATE OF SERVICE

A copy of this notice was hand delivered to the Representative of the Government on December 12, 2025

_____
Robert Rivernider