UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
Date: 12/12/2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES

v.

Robert Rivernider

CASE # 5:24-cr-138-TPB-PRL

## DEMAND FOR FULL DISCLOSURE OF FINANCIAL RECORDS / SUBPOENA

Comes Now, Rivernider, demands all records related to any and all financial accounts opened related to Rivernider, including, but not limited to accounts with Nuveen Enhanced High Yield Municipal Bond Fund, CUSIP Number 67086104, and Nuveen CT Municipal Bond Fund, CUSIP Number 67065N852.

If the court is unable to produce all records, including total value, payments received, all payments made, and all parties who received payments, the court must issue subpoena's to all.

_Robert Rivernider_
Robert Rivernider
Pro Se

### Certificate of Service

A copy of this demand was hand delivered to the representative of the government on December 12, 2025

_Robert Rivernider_
Robert Rivernider