FILED
Date: 12/12/2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES
V
Robert Riverwider

CASE # 5:24-cr-138-TPB-PRL

NOTICE OF APPEAL

Comes Now, Riverwider, hereby notifies this court Riverwider is appealing the district court ruling.

Robert Riverwider
Pro Se

CERTIFICATE OF SERVICE

Riverwider hereby notifies the court that the government was handed notification of appeal on December 12, 2025.

Robert Riverwider