APPEAL,CLOSED,CUSTODY,MAGAPP,PROB/SR TRAN

# U.S. District Court
## Middle District of Florida (Ocala)
## CRIMINAL DOCKET FOR CASE #: 5:24−cr−00138−TPB−PRL−1

| | |
|---|---|
| Case title: USA v. Rivernider | Date Filed: 11/22/2024 |
| Other court case number: 3:10−cr−222−RNC District of Connecticut | Date Terminated: 11/22/2024 |

Assigned to: Judge Thomas P. Barber
Referred to: Magistrate Judge Philip R. Lammens

Appeals court case numbers:

25−13118 11th Circuit,
25−13119 11th Circuit,
25−13179 11th Circuit,
25−13180 11th Circuit

### Defendant (1)

**Robert Rivernider**
*Pro−Se with FD as Stand By Counsel*
*TERMINATED: 11/22/2024*

represented by **Robert Rivernider**
0278231
Marion County Jail
3290 NW 10th St
Ocala, FL 34475
PRO SE

**Joshua Woodard**
Office of the Federal Defender − Middle District of Florida
Ocala
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
352−351−9157
Email: joshua_woodard@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD
(1)

### Disposition

Imprisonment: 144 Months−concurrently; Supervised Release: 36 Months for Counts 1−8 and 10−13, 60 Months for Counts 9, and 14−18−concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING

| | |
|---|---|
| | SENTENCE: Imprisonment of 144 months is reduced to time−served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. JUDGMENT OF REVOCATION (TPB − 12/12/2025) Imprisonment: 3 Years with no further supervision to follow |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (2−8) | Imprisonment: 144 Months−concurrently; Supervised Release: 36 Months for Counts 1−8 and 10−13, 60 Months for Counts 9, and 14−18−concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time−served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. JUDGMENT OF REVOCATION (TPB − 12/12/2025) Imprisonment: 3 Years with no further supervision to follow |
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (9) | Imprisonment: 144 Months−concurrently; Supervised Release: 36 Months for Counts 1−8 and 10−13, 60 Months for Counts 9, and 14−18−concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time−served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. JUDGMENT OF REVOCATION (TPB − 12/12/2025) Imprisonment: 3 Years with no further supervision to follow |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (10−18) | Imprisonment: 144 Months−concurrently; Supervised Release: 36 Months for Counts 1−8 and 10−13, 60 Months for Counts 9, and 14−18−concurrently; Restitution: $500 per month; Special Assessment: $1,800. ORDER REDUCING SENTENCE: Imprisonment of 144 months is reduced to time−served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. JUDGMENT OF REVOCATION (TPB − 12/12/2025) Imprisonment: 3 Years with no further supervision to follow |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

None

---

**Plaintiff**

**USA**  represented by  **William Stephen Hamilton**
US Attorney's Office – FLM
Suite 300
35 SE 1st Ave
Ocala, FL 34471
352–547–3600
Email: william.s.hamilton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sarah Janette Swartzberg**
DOJ–USAO
Ocala Division
35 SE 1st Avenue
Suite 300
Ocala, FL 34471
352–547–3600
Email: sarah.swartzberg@usdoj.gov
*TERMINATED: 06/26/2025*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2024 | 1 | TRANSFER OF JURISDICTION documents for Supervised Release received as to Robert Rivernider from District of Connecticut. (Attachments: # 1 Docket Sheet, # 2 Indictment, # 3 Judgment)(CTR) (Entered: 11/22/2024) |
| 02/04/2025 | 8 | MOTION for Miscellaneous Relief, specifically challenging the violation of constitutional rights by Robert Rivernider. (HAI) (Entered: 02/04/2025) |
| 02/05/2025 | 9 | **ENDORSED ORDER: Defendant's "Petition Challenging the Violation of Constitutional Rights" (Doc 8) is denied. A sentence imposing a term of supervised release following incarceration does not violate double jeopardy. Signed by Judge Thomas P. Barber on 2/5/2025. (ANL)** (Entered: 02/05/2025) |
| 02/18/2025 | 10 | NOTICE titled "Notice, Demand for Dismissal, Notice of Fee Sheet" by Robert Rivernider (Attachments: # 1 Mailing Envelope)(LMF) (Entered: 02/20/2025) |
| 03/07/2025 | 11 | SUPPLEMENT re 10 Notice (Other). (MGB) (Entered: 03/07/2025) |
| 05/13/2025 | 12 | Petition for Writ of Coram Nobis by Robert Rivernider. (Attachments: # 1 Text of Proposed Order)(MGB) Modified event and text per chambers on 5/22/2025 (MCB). (Entered: 05/14/2025) |

| | | |
|---|---|---|
| 05/21/2025 | 13 | **ENDORSED ORDER: Defendant Robert Rivernider's pro se petition for writ of coram nobis (Doc. 12), in which Defendant seeks dismissal of the indictment against him, is denied. "The writ of error coram nobis is an extraordinary remedy of last resort available only in compelling circumstances where necessary to achieve justice."** *United States v. Mills*, **221 F.3d 1201, 1203 (11th Cir. 2000). A court's jurisdiction over such petitions is limited to review of errors of fundamental error and do not include prejudicial misconduct in the trial court or newly discovered evidence.** *See id*. **Even if newly discovered evidence could support a petition, Defendant's motion is patently frivolous – the "newly discovered" evidence he identifies is the Government's failure to address or respond to sovereign citizen demands and documents that he himself filed. Signed by Judge Thomas P. Barber on 5/21/2025. (ANL)** (Entered: 05/21/2025) |
| 06/25/2025 | | Arrest of Robert Rivernider (MJT) (Entered: 06/25/2025) |
| 06/25/2025 | 14 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Bond by Robert Rivernider. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 06/25/2025) |
| 06/25/2025 | 15 | ORAL MOTION for Detention by USA as to Robert Rivernider. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 06/25/2025) |
| 06/25/2025 | 16 | ***CJA 23 Financial Affidavit by Robert Rivernider. (MJT) (Entered: 06/25/2025) |
| 06/25/2025 | 17 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: granting 14 Oral Motion to Appoint Counsel and 15 Oral Motion for Detention; denying 14 Oral Motion for Bond; INITIAL APPEARANCE re Revocation of Supervised Release as to Robert Rivernider held on 6/25/2025. (DIGITAL) (MJT) (Entered: 06/25/2025) |
| 06/25/2025 | 18 | Arrest Warrant Returned Executed on 06/25/2025 as to Robert Rivernider. (MGB) (Entered: 06/25/2025) |
| 06/25/2025 | 19 | WAIVER of Preliminary Hearing by Robert Rivernider (MJT) (Entered: 06/25/2025) |
| 06/25/2025 | 20 | **ORDER OF DETENTION PENDING TRIAL as to Robert Rivernider Signed by Magistrate Judge Philip R. Lammens on 6/25/2025. (MJT)** (Entered: 06/25/2025) |
| 06/26/2025 | 21 | Notice of substitution of AUSA. William Stephen Hamilton substituting for Sarah Janette Swartzberg. (Hamilton, William) (Entered: 06/26/2025) |
| 06/26/2025 | 22 | NOTICE OF HEARING as to Robert Rivernider: Final Hearing re Revocation of Supervised Release set for 7/9/2025 at 01:30 PM in Ocala Courtroom 1 A before Judge Thomas P. Barber. (HAI) (Entered: 06/26/2025) |
| 06/27/2025 | 23 | NOTICE OF ATTORNEY APPEARANCE: Joshua Woodard appearing for Robert Rivernider (Woodard, Joshua) (Entered: 06/27/2025) |
| 07/08/2025 | 25 | MOTION for Miscellaneous Relief, specifically for exercising my right to suspend the power of attorney incorporating federal questions. by Robert Rivernider. (filed pro−se) (RLD) (Entered: 07/08/2025) |
| 07/08/2025 | 26 | STRIKEN per Order 67 − MOTION for Miscellaneous Relief, specifically for declaratory relief in the form of an affidavit as a constitutional challenge to waiver of pre−warrant hearing, MOTION to Strike as unconstitutional combination of |

| | | |
|---|---|---|
| | | incarceration with supervised release, probation, or parole by Robert Rivernider. (filed pro–se) (RLD) Modified docket text on 8/27/2025 (JG). (Entered: 07/08/2025) |
| 07/09/2025 | 27 | Oral MOTION to Dismiss the Proceedings by Robert Rivernider. (HAI) (Entered: 07/09/2025) |
| 07/09/2025 | 28 | Oral MOTION for Bond by Robert Rivernider. (HAI) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/09/2025) |
| 07/09/2025 | 29 | Minute Entry for In Person proceedings held before Judge Thomas P. Barber: denying 27 Motion to Dismiss & denying 28 Motion for Bond. as to Robert Rivernider (1); FARETTA HEARING as to Robert Rivernider held on 7/9/2025. Court Reporter: Rebekah Lockwood (HAI) (Entered: 07/09/2025) |
| 07/09/2025 | 30 | NOTICE OF HEARING as to Robert Rivernider: Final Hearing re Revocation of Supervised Release set for 10/17/2025 at 09:00 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 07/09/2025) |
| 07/09/2025 | 31 | **ORDER REGARDING SELF–REPRESENTATION AND ROLE AND DUTIES OF STANDBY COUNSEL. See Order for details. Signed by Judge Thomas P. Barber on 7/9/2025. (ANL)** (Entered: 07/09/2025) |
| 07/14/2025 | 32 | MOTION to Compel Production of All Records, Documents, and Transcripts Related to Issuance of Warrant by Robert Rivernider. (Attachments: # 1 Text of Proposed Order)(MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/14/2025) |
| 07/14/2025 | 33 | Emergency MOTION for Release from Custody by Robert Rivernider. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/14/2025) |
| 07/15/2025 | 34 | **ORDER denying as premature 32 Motion to Compel and denying 33 Motion for Release from Custody as to Robert Rivernider (1). Signed by Magistrate Judge Philip R. Lammens on 7/15/2025. (MJT)** (Entered: 07/15/2025) |
| 07/21/2025 | 35 | **ORDER as to Robert Rivernider,** *supplement* **re 34 Order. Signed by Magistrate Judge Philip R. Lammens on 7/21/2025. (MJT)** (Entered: 07/21/2025) |
| 07/24/2025 | 36 | MOTION for transcript of Hearings held on 06/25/2025 and 07/09/2025 by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 07/25/2025) |
| 07/25/2025 | 37 | STRICKEN Per 38 Order – MOTION for Expedited Hearing and Release on Bond by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(MGB) (Additional attachment(s) added on 7/25/2025: # 2 Exhibit) (MGB). Modified docket text on 7/28/2025 (JTM). (Entered: 07/25/2025) |
| 07/28/2025 | 38 | **ENDORSED ORDER: The Clerk is directed to strike Doc. 37. There is no "civil complaint," and no response to a civil or criminal complaint is necessary in this case. To the extent Defendant requests affirmative relief through motions –– such as his motion for expedited hearing and motion for release on bond – the Court notes that most motions (including these) must be filed separately and should not be combined in one document. Should Defendant wish to proceed with his requests, the Court notes that it is not inclined to reschedule the October 17, 2025, hearing absent extraordinary circumstances. Signed by Judge Thomas P. Barber on 7/28/2025. (ANL)** (Entered: 07/28/2025) |

| | | |
|---|---|---|
| 07/30/2025 | 39 | **ORDER denying 36 Motion for Transcripts as to Robert Rivernider (1). Signed by Magistrate Judge Philip R. Lammens on 7/30/2025. (MJT)** (Entered: 07/30/2025) |
| 07/31/2025 | 40 | MOTION for Miscellaneous Relief, specifically to Rescind the Waiver and Schedule a Preliminary Hearing by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(MGB) (Entered: 08/01/2025) |
| 08/01/2025 | 42 | **ENDORSED ORDER: The Government is directed to respond to Defendant's motions (Docs. 25; 26) on or before August 15, 2025. The Court notes that the Government's response to Defendant's "Motion and Notice of Rescission of Waiver of Preliminary Hearing" (Doc. 40) is due on or before August 15, 2025. Signed by Judge Thomas P. Barber on 8/1/2025. (ANL)** (Entered: 08/01/2025) |
| 08/07/2025 | 43 | MOTION for Miscellaneous Relief, specifically For Home Confinement by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(MGB) (Entered: 08/07/2025) |
| 08/08/2025 | 44 | **ORDER denying 43 Motion for home confinement as to Robert Rivernider (1). Signed by Magistrate Judge Philip R. Lammens on 8/8/2025. (MJT)** (Entered: 08/08/2025) |
| 08/13/2025 | 48 | NOTICE of request for the Clerk's Office to Complete W−9 by Robert Rivernider (HAI) (Entered: 08/13/2025) |
| 08/14/2025 | 49 | NOTICE OF HEARING as to Robert Rivernider: Initial Appearance – Revocation Proceedings on the Superseding Probation 12C Petition set for 8/18/2025 at 01:40 PM in Ocala Courtroom 1 A before Magistrate Judge Philip R. Lammens. Defendant is required to be present. (MJT) (Entered: 08/14/2025) |
| 08/14/2025 | 50 | NOTICE OF RESCHEDULING HEARING: The Initial Appearance – Revocation Proceeding on the Superseding Probation 12C Petition previously scheduled for 08/18/25 is rescheduled as to Robert Rivernider. New hearing date and time: Initial Appearance – Revocation Proceeding on the Superseding Probation 12C Petition set for 8/20/2025 at 10:15 AM in Ocala Courtroom 1 A before Magistrate Judge Philip R. Lammens. Defendant is required to be present. (MJT) (Entered: 08/14/2025) |
| 08/14/2025 | 51 | MOTION to Vacate Judgment and dismiss Proceedings titled, "Writ of Coram Nobis" by Robert Rivernider. (Attachments: # 1 Text of Proposed Order, # 2 Mailing Envelope)(MGB) (Entered: 08/15/2025) |
| 08/15/2025 | 52 | RESPONSE 26 MOTION for Miscellaneous Relief, specifically for declaratory relief in the form of an affidavit as a constitutional challenge to waiver of pre−warrant hearing MOTION to Strike, 40 MOTION for Miscellaneous Relief, specifically to Rescind the Waiver and Schedule a Preliminary Hearing, 25 MOTION for Miscellaneous Relief, specifically exercising my right to suspend the power of attorney incorporating federal questions. by USA as to Robert Rivernider (Hamilton, William) (Entered: 08/15/2025) |
| 08/15/2025 | 53 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Robert Rivernider re 44 ORDER denying 43 Motion for home confinement. (Attachments: # 1 Mailing Envelope)(MJT) (Entered: 08/15/2025) |
| 08/15/2025 | 54 | MOTION for *Expedited* Hearing *on ongoing constitutional violations*, titled as: "Emergency Petition for Writ of Habeas Corpus" by Robert Rivernider. (Chambers notified.) (Attachments: # 1 Mailing Envelope)(MJT) (Entered: 08/15/2025) |

| | | |
|---|---|---|
| 08/19/2025 | 55 | NOTICE OF RESCHEDULING HEARING: The Initial Appearance – Revocation Proceeding on the Superseding Probation 12C Petition previously scheduled for 08/20/25 is rescheduled as to Robert Rivernider. New hearing date and time: Initial Appearance – Revocation Proceeding on the Superseding Probation 12C Petition is set for 8/26/2025 at 11:00 AM in Ocala Courtroom 3 B before Magistrate Judge Philip R. Lammens. Defendant is required to be present. (MJT) (Entered: 08/19/2025) |
| 08/19/2025 | 56 | **ENDORSED ORDER: Defendant Robert Rivernider's motion seeking to represent himself (Doc. 25) is denied as moot. See (Doc. 29; 31). Signed by Judge Thomas P. Barber on 8/19/2025. (ANL)** (Entered: 08/19/2025) |
| 08/19/2025 | 57 | **ENDORSED ORDER: Defendant's motion for declaratory relief (Doc. 26) is denied. First, as to Defendant's challenge to the arrest warrant, as the Government correctly points out, the arrest warrant is not void even if it was issued "ex parte," and there is no legal requirement for an adversarial proceeding. As to Defendant's constitutional challenge to his supervised release sentence, supervised release has been consistently upheld in both the Supreme Court and in the Eleventh Circuit, and a supervised release sentence does not violate the United States Constitution.** *See Esteras v. United States*, **145 S. Ct. 2031, 2036 (2025) ("A criminal sentence may include both time in prison and a term of supervised release.");** *Andrews v. Warden*, **958 F.3d 1072, 1080 (11th Cir. 2020) ("A sentence can have multiple components, including imprisonment, supervised release, and fines."). The Court notes that Defendant's arguments concerning purported violations of the Eighth and Thirteenth Amendments are particularly frivolous. Signed by Judge Thomas P. Barber on 8/19/2025. (ANL)** (Entered: 08/19/2025) |
| 08/19/2025 | 58 | **ENDORSED ORDER: Defendant's "Motion and Notice of Rescission of Waiver of Preliminary Hearing" (Doc. 40) is denied. Defendant waived his right to a preliminary hearing in writing. He has failed to provide any information that would show his waiver of his preliminary hearing was anything other than knowing, intelligent, and undertaken on the advice of a competent attorney who had been appointed to represent him at that time. To be clear, he has failed to show good cause to withdraw his waiver. Signed by Judge Thomas P. Barber on 8/19/2025. (ANL)** (Entered: 08/19/2025) |
| 08/19/2025 | 59 | **ENDORSED ORDER: Defendant's petition for writ of coram nobis (Doc. 51) is denied. "A writ of error coram nobis 'is an extraordinary remedy of last resort available only in compelling circumstances where necessary to achieve justice.'"** *Simmons v. United States*, **814 F. App'x 534, 535 (11th Cir. 2020) (quoting** *United States v. Mills*, **221 F.3d 1201, 1203 (11th Cir. 2000)). Importantly, the writ is available only when "there is and was no other available avenue of relief and the error involves a matter of fact of the most fundamental character which has not been put in issue or passed upon and which renders the proceeding itself irregular and invalid."** *Id.* **(internal quotation omitted). Defendant has failed to present any circumstances that warrant relief. The Court notes that it previously dismissed a similar request.** *See* **(Doc. 13). If Defendant continues to file substantially similar motions, they may be summarily denied. Signed by Judge Thomas P. Barber on 8/19/2025. (ANL)** (Entered: 08/19/2025) |
| 08/25/2025 | 61 | MOTION for Miscellaneous Relief, specifically to Appear in Civilian Clothing and Without Restraints by Robert Rivernider. (Attachments: # 1 Text of Proposed Order, |

| | | |
|---|---|---|
| | | # 2 Mailing Envelope)(MGB) (Entered: 08/26/2025) |
| 08/25/2025 | 62 | STRIKEN per Order 65 – REPLY TO RESPONSE to Motion by Robert Rivernider re 26 MOTION for Miscellaneous Relief, specifically for declaratory relief int he form of an affidavit as a constitutional challenge to waiver of pre-warrant hearing MOTION to Strike, 40 MOTION for Miscellaneous Relief, specifically to Rescind the Waiver and Schedule a Preliminary Hearing, 25 MOTION for Miscellaneous Relief, specifically exercising my right to suspend the power of attorney incorporating federal questions. (Attachments: # 1 Mailing Envelope) (MGB) Modified on 8/27/2025 (JG). (Entered: 08/26/2025) |
| 08/25/2025 | 63 | MOTION for Miscellaneous Relief, specifically To Take Judicial Notice and Correct the Record re 52 Response by Robert Rivernider. (MGB) (Entered: 08/26/2025) |
| 08/26/2025 | 60 | Emergency MOTION to Compel Response to Defendant's Request for Home Confinement by Robert Rivernider. (Attachments: # 1 Text of Proposed Order)(MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/26/2025) |
| 08/26/2025 | 64 | MOTION for Miscellaneous Relief, specifically for Relief from Judgment, To Declare Warrant Void, and to Withdraw Pleas on Counts 3–9 and 12–18 by Robert Rivernider. (MGB) (Entered: 08/26/2025) |
| 08/26/2025 | 65 | **ENDORSED ORDER: The Clerk is directed to strike "Defendant's Reply to United States' Response to Defendant's Motions" (Doc. 62) as an unauthorized reply. In addition, the Court notes that it has already issued rulings on Defendant's prior motions. See (Docs. 56; 57; 58). Signed by Judge Thomas P. Barber on 8/26/2025. (ANL)** (Entered: 08/26/2025) |
| 08/26/2025 | 66 | SUPPLEMENT re 26 MOTION for Miscellaneous Relief by Robert Rivernider. (MGB) (Entered: 08/26/2025) |
| 08/26/2025 | 67 | **ENDORSED ORDER: The Clerk is directed to strike "Defendant's Supplement to Petition for Declaratory Relief (Dkt. 26) Challenging the Constitutionality of Supervised Release Warrant" (Doc. 66). The Court has already issued its ruling on the motion. See (Doc. 57). Signed by Judge Thomas P. Barber on 8/26/2025. (ANL)** (Entered: 08/26/2025) |
| 08/26/2025 | 68 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: INITIAL APPEARANCE re Revocation Proceeding on the Superseding Probation 12C Petition and PRELIMINARY EXAMINATION on REVOCATION HEARING of Supervised Release as to Robert Rivernider held on 8/26/2025. (DIGITAL) (MJT) (MJT). (Entered: 08/26/2025) |
| 08/26/2025 | 69 | ORAL MOTION to Withdraw 19 Waiver of Preliminary Hearing by Robert Rivernider. (MJT) (Entered: 08/26/2025) |
| 08/26/2025 | 70 | **ORAL ORDER denying 69 ORAL MOTION to Withdraw 19 Waiver of Preliminary Hearing as to Robert Rivernider (1). Signed by Magistrate Judge Philip R. Lammens on 8/26/2025. (MJT)** (Entered: 08/26/2025) |
| 08/26/2025 | 71 | ORAL MOTION for a Preliminary Hearing as to Violation 4 of the Superseding Petition by Robert Rivernider. (MJT) (Entered: 08/26/2025) |
| 08/26/2025 | 72 | ORAL MOTION to reopen bond hearing by Robert Rivernider. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/26/2025) |

| | | |
|---|---|---|
| 08/26/2025 | 73 | **ORAL ORDER denying 72 Oral Motion to reopen bond hearing as to Robert Rivernider (1) for the reasons as stated on the record. Signed by Magistrate Judge Philip R. Lammens on 8/26/2025. (MJT)** (Entered: 08/26/2025) |
| 08/26/2025 | 74 | **ORAL ORDER re 71 Oral Motion for Preliminary Hearing as to Robert Rivernider (1). A preliminary hearing was held (See Doc. 68) as to violation 4 of the Superseding Petition (Doc. 47). Probable Cause finding will be entered by separate order. Signed by Magistrate Judge Philip R. Lammens on 8/26/2025. (MJT)** (Entered: 08/26/2025) |
| 08/26/2025 | 75 | **ORDER ON PRELIMINARY HEARING: FINDING of probable cause as to Robert Rivernider. Signed by Magistrate Judge Philip R. Lammens on 8/26/2025. (MJT)** (Entered: 08/26/2025) |
| 08/27/2025 | 77 | **ENDORSED ORDER: Defendant Robert Henry Rivernider, Jr.'s motion to compel the Government to respond (Doc. 60) is denied. The Court notes that the deadlines to respond to Defendant's appeal of the magistrate judge's detention order (Doc. 53) and Defendant's motion seeking immediate release (Doc. 54) have not yet expired, and the Government has until August 29, 2025, to file its responses in opposition. To the extent Defendant requests immediate release as part of his motion, such request is denied. Signed by Judge Thomas P. Barber on 8/27/2025. (ANL)** (Entered: 08/27/2025) |
| 08/29/2025 | 78 | RESPONSE 53 Appeal of Magistrate Judge Decision to District Court by USA as to Robert Rivernider (Hamilton, William) (Entered: 08/29/2025) |
| 08/29/2025 | 79 | RESPONSE 54 MOTION for Hearing by USA as to Robert Rivernider (Hamilton, William) (Entered: 08/29/2025) |
| 09/02/2025 | 80 | **ENDORSED ORDER: Defendant Robert Henry Rivernider, Jr.'s "Motion to Appear in Civilian Clothing and Without Restraints" (Doc. 61) is denied. The Court notes that Defendant is not entitled to a jury trial in his revocation proceedings. No response is needed or required. Signed by Judge Thomas P. Barber on 9/2/2025. (ANL)** (Entered: 09/02/2025) |
| 09/02/2025 | 81 | **ENDORSED ORDER: "Defendant's Motion to Take Judicial Notice and Correct the Record" (Doc. 63) is denied. No response is needed or required. Signed by Judge Thomas P. Barber on 9/2/2025. (ANL)** (Entered: 09/02/2025) |
| 09/02/2025 | 82 | **ENDORSED ORDER: "Defendant's Rule 60(b) Motion for Relief from Judgment, to Declare Warrant Void, and to Withdraw Pleas on Counts 3–9 and 12–18" (Doc. 64) is denied. No response is needed or required. The Federal Rules of Civil Procedure are inapplicable in this criminal case. To the extent that Defendant seeks to withdraw his pleas, he is unable to do so because the sentences have already been imposed. See Fed. R. Crim. P. 11(e) ("After the court imposes a sentence, the defendant may not withdraw a plea of guilty or nolo contendere, and the plea may be set aside only on direct appeal or collateral attack."). Signed by Judge Thomas P. Barber on 9/2/2025. (ANL)** (Entered: 09/02/2025) |
| 09/02/2025 | 83 | MOTION to Expedite Final Revocation hearing, ACCEPTANCE of Responsibility, NOTICE of Relocation, and SENTENCING MEMORANDUM by Robert Rivernider. (HAI) (Entered: 09/02/2025) |
| 09/03/2025 | 84 | |

| | | |
|---|---|---|
| | | REPLY TO RESPONSE to Motion by Robert Rivernider re 54 MOTION for Hearing (Attachments: # 1 Mailing Envelope)(HAI) (Entered: 09/03/2025) |
| 09/03/2025 | 85 | MOTION to Dismiss Violation Petition and to declare Supervised Release Term Expired by Robert Rivernider. (Attachments: # 1 Mailing Envelope)(HAI) (Entered: 09/03/2025) |
| 09/03/2025 | 86 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court and NOTICE of Fraud on the Court by Robert Rivernider re 39 Order on Motion for Transcript, 34 Order on Motion to Compel, Order on Motion for Release from Custody. Attachment(s) added on 9/3/2025: # 1 Mailing Envelope) (HAI). (Entered: 09/03/2025) |
| 09/08/2025 | 88 | NOTICE OF APPEAL by Robert Rivernider re 57 Order on Motion for Miscellaneous Relief, Order on Motion to Strike. Filing fee not paid. (MGB) (Entered: 09/10/2025) |
| 09/08/2025 | 92 | NOTICE OF APPEAL by Robert Rivernider re 57 Order on Motion for Miscellaneous Relief, Order on Motion to Strike. Filing fee not paid. (MGB) (Entered: 09/10/2025) |
| 09/10/2025 | 87 | **ENDORSED ORDER: Defendant Robert Rivernider's objection to the magistrate judge's order denying motion for home confinement (Doc. 53) and his "Emergency Petition for Writ of Habeas Corpus and Motion for Expedited Hearing on Ongoing Constitutional Violations" (Doc. 54) are denied for the reasons set forth in the Government's responses (Docs. 78; 79). The Court specifically notes that nothing in Judge Lammens' Order (Doc. 44) is clearly erroneous, and that this Court would have made the same determination. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 89 | **ENDORSED ORDER: Defendant's motion (Doc. 83), in which he seeks expedited resolution of the pending revocation proceedings, is denied. The final revocation hearing remains as scheduled. His request for a "30 day reporting period to find housing/shelter out of the community, this jurisdiction, and the state of Florida" is denied. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 90 | **ENDORSED ORDER: "Defendant's Motion to Declare Supervised Release Term Expired and Dismiss Violation Petition" (Doc. 85) is denied. The Court notes that there is no valid legal basis to apply "good−time credits earned under 18 U.S.C. 3624(b)" to a term of supervised release, which by its plain words applies only to a term of *imprisonment*. The Court further declines to grant Defendant's request for early termination of supervised release. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 91 | **ENDORSED ORDER: Defendant Robert Rivernider's appeal of the magistrate judge's detention order (Doc. 86) is denied. See (Doc. 87). Any future "appeals" filed by Defendant of the detention order may be summarily denied. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 93 | **ENDORSED ORDER: In light of the prolific and voluminous filing of motions, appeals, and other documents by Defendant Robert Rivernider, the Government's obligation to respond to pending motions and appeals is suspended. Should a response be appropriate, the Court will direct the Government to file a response. The Court reminds Defendant that the pendency** |

| | | |
|---|---|---|
| | | **of motions or other matters may provide reason to reschedule the final revocation hearing if the Court needs additional time to resolve any pending motions or matters. He therefore may want to carefully consider whether filing a motion, appeal, or document is necessary or helpful to his case. Signed by Judge Thomas P. Barber on 9/10/2025. (ANL)** (Entered: 09/10/2025) |
| 09/10/2025 | 94 | TRANSMITTAL of initial appeal package as to Robert Rivernider to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 88 Notice of Appeal, 92 Notice of Appeal. (MGB) (Entered: 09/10/2025) |
| 09/11/2025 | 95 | NOTICE OF RESCHEDULING HEARING: The Final Hearing re Revocation of Supervised Release hearing previously scheduled for 10/17/2025 is rescheduled as to Robert Rivernider. New hearing date and time: Final Hearing re Revocation of Supervised Release set for 10/24/2025 at 09:00 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 09/11/2025) |
| 09/11/2025 | 96 | NOTICE OF APPEAL by Robert Rivernider re 82 Order on Motion for Miscellaneous Relief. Filing fee not paid. (MGB) (Entered: 09/12/2025) |
| 09/11/2025 | 97 | TRANSMITTAL of initial appeal package as to Robert Rivernider to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 96 Notice of Appeal. (MGB) (Entered: 09/12/2025) |
| 09/11/2025 | 98 | NOTICE OF APPEAL by Robert Rivernider re 81 Order on Motion for Miscellaneous Relief. Filing fee not paid. (MGB) (Main Document 98 replaced on 9/16/2025) (MGB). Modified to correct PDF on 9/16/2025 (MGB). (Entered: 09/12/2025) |
| 09/12/2025 | 99 | TRANSMITTAL of initial appeal package as to Robert Rivernider to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 98 Notice of Appeal. (MGB) (Main Document 99 replaced on 9/16/2025) (MGB). Modified to correct PDF on 9/16/2025 (MGB). (Entered: 09/12/2025) |
| 09/12/2025 | | USCA Case Number as to Robert Rivernider. USCA Number: 25–13118 for 88 Notice of Appeal filed by Robert Rivernider. (LMF) (Entered: 09/12/2025) |
| 09/15/2025 | | USCA Case Number as to Robert Rivernider. USCA Number: 25–13179 for 96 Notice of Appeal filed by Robert Rivernider. (LMF) (Entered: 09/15/2025) |
| 09/15/2025 | | USCA Case Number as to Robert Rivernider. USCA Number: 25–13180 for 98 Notice of Appeal filed by Robert Rivernider. (LMF) (Entered: 09/15/2025) |
| 09/15/2025 | | USCA Case Number as to Robert Rivernider. USCA Number: 25–13119 for 92 Notice of Appeal filed by Robert Rivernider. (LMF) (Entered: 09/15/2025) |
| 09/18/2025 | 100 | RESPONSE 93 Order by Robert Rivernider. (MGB) (Entered: 09/18/2025) |
| 10/09/2025 | 101 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Final Hearing re Revocation of Supervised Release hearing previously scheduled for 10/24/2025 is rescheduled as to Robert Rivernider. New hearing time: Final Hearing re Revocation of Supervised Release set for 10/24/2025 at 04:15 PM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 10/09/2025) |

| | | |
|---|---|---|
| 10/21/2025 | 102 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Final Hearing re Revocation of Supervised Release previously scheduled for 10/24/2025 is rescheduled as to Robert Rivernider. New hearing time: Final Hearing re Revocation of Supervised Release set for 10/24/2025 at 09:15 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 10/21/2025) |
| 10/22/2025 | 103 | TRANSCRIPT of Digitally Recorded Excerpt of Initial Appearance on VOSR (Testimony of Erik Padilla) as to Robert Rivernider held on 8/26/25 before Judge Philip R. Lammens. Court Reporter/Transcriber: Shelli Kozachenko. Email address: shellikoz@gmail.com. Telephone number: 904.301.6842.<br><br>NOTICE TO THE PARTIES – The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 11/12/2025. Redacted Transcript Deadline set for 11/24/2025. Release of Transcript Restriction set for 1/20/2026. (SMK) (Entered: 10/22/2025) |
| 10/23/2025 | 104 | EXHIBIT LIST by USA as to Robert Rivernider (Hamilton, William) (Entered: 10/23/2025) |
| 10/23/2025 | 105 | WITNESS LIST by USA as to Robert Rivernider (Hamilton, William) (Entered: 10/23/2025) |
| 10/24/2025 | 107 | Minute Entry for In Person proceedings held before Judge Thomas P. Barber: SUPERVISED RELEASE REVOCATION HEARING as to Robert Rivernider held on 10/24/2025. Court Reporter: Rebekah Lockwood (HAI) (Entered: 10/24/2025) |
| 10/24/2025 | 109 | EXHIBIT LIST by USA as to Robert Rivernider (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(HAI) (Entered: 10/28/2025) |
| 10/27/2025 | 108 | NOTICE OF HEARING as to Robert Rivernider: Final Hearing re Revocation of Supervised Release set for 12/12/2025 at 11:00 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. Hearing Scheduled for one hour. (HAI) (Entered: 10/27/2025) |
| 10/29/2025 | 110 | USCA ORDER as to Robert Rivernider re 98 Notice of Appeal. This appeal is DISMISSED for want of prosecution because the appellant failed to file various documents within the time fixed by the Rules. Issued as mandate. USCA number: 25−13180. (LMF) (Entered: 10/29/2025) |
| 12/02/2025 | 111 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Final Hearing re Revocation of Supervised Release hearing previously scheduled for 12/12/2025 is rescheduled as to Robert Rivernider. New hearing time: Final Hearing re Revocation of Supervised Release set for 12/12/2025 at 10:30 AM in Ocala Courtroom 3 A before Judge Thomas P. Barber. (HAI) (Entered: 12/02/2025) |
| 12/12/2025 | 114 | Minute Entry for In Person proceedings held before Judge Thomas P. Barber: FINAL SUPERVISED RELEASE REVOCATION HEARING as to Robert Rivernider held on 12/12/2025. Imprisonment: 3 Years with no further supervision to follow. Court Reporter: Rebekah Lockwood (HAI) (Additional attachment(s) added on 12/12/2025: |

| | | |
|---|---|---|
| | | # 1 Court's Exhibit 1 (read into the record)) (MJT). (Entered: 12/12/2025) |
| 12/12/2025 | 115 | **JUDGMENT of REVOCATION of Supervised Release as to Robert Rivernider. Imprisonment: 3 Years with no further supervision to follow. Signed by Judge Thomas P. Barber on 12/12/2025. (HAI)** (Entered: 12/12/2025) |
| 12/12/2025 | 116 | NOTICE by Robert Rivernider. (MGB) (Entered: 12/15/2025) |
| 12/12/2025 | 117 | MOTION for Miscellaneous Relief, specifically titled, "Notice/Demand to Preserve all Records" by Robert Rivernider. (MGB) (Entered: 12/15/2025) |
| 12/12/2025 | 118 | MOTION for Miscellaneous Relief, specifically titled, "Demand for Full Disclosure of Financial Records/Subpoena" by Robert Rivernider. (MGB) (Entered: 12/15/2025) |
| 12/12/2025 | 119 | NOTICE OF APPEAL by Robert Rivernider re 115 Judgment of Revocation. Filing fee not paid. (MGB) (Entered: 12/15/2025) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

vs

ROBERT RIVERNIDER

Case Number: 5:24-cr-138-TPB-PRL

USM Number: 96006-004

Joshua Woodard, FPD
201 S. Orange Avenue
Suite 300
Orlando, FL 32801

JUDGMENT IN A CRIMINAL CASE
For Revocation of Supervised Release

The defendant was found guilty of violation of charge numbers: One, Three, and Four of the term of Supervised Release. The defendant is adjudicated guilty to these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report | November 4, 2024 |
| Three | Failure to disclose financial information | October 30, 2024 |
| Four | Obtain Nex Credit/Loan without Approval | December 30, 2024 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

December 12, 2025

_____
THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE

DECEMBER  12h , 2025

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case

Robert Rivernider
5:24-cr-138-TPB-PRL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 Years.**

Defendant shall cooperate in the collection of DNA.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
Date: 12/12/2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES
v.
Robert Rivernider

Case # 5:24-cr-138-TPB-PRL

## Notice of Appeal

Comes Now, Rivernider, hereby notifies this court Rivernider is appealing the district court ruling.

_Robert Rivernider_
Robert Rivernider
Pro Se

## Certificate of Service

Rivernider hereby notifies the court that the Government was handed notification of appeal on December 12, 2025.

_Robert Rivernider_
Robert Rivernider