# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                             5:24-cr-138-TPB-PRL

**ROBERT RIVERNIDER,**
    Defendant.
_____/

## ORDER

The defendant, who was originally convicted of several counts of wire fraud in December 2013 (see Doc. 4), was sentenced on December 12, 2025, for violations of his supervised release. (Docs. 114, 115). He's now filed two motions (Docs. 117, 118) for records, presumably related to his revocation proceedings. Those motions are denied, as the government's evidence presented at the revocation hearing can be found in the record. (See Doc. 104, 105, 109; See also Doc. 107, minutes from revocation hearing).

**IT IS SO ORDERED** in Ocala, Florida, on December 17, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Robert Rivernider