MOTION TO CONFIRM PRO SE STATUS

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.   Case No. 5:24-cr-138—TPB-PRL

ROBERT HENRY RIVERNIDER. JR,

Defendant.

EMERGENCY MOTION TO CONFIRM PRO SE STATUS

AND COMPEL RELEASE OF LEGAL PROPERTY

Defendant Robert Henry Rivernider, Jr., respectfully moves this Court for an

1

emergency order confirming his pro se status and compelling immediate access to his legal property and materials.

Defendant has filed a Notice of Appeal and no attorney is listed on the docket. Despite this, jail officials at Orange County Jail refuse to release Defendant's legal materials, stating that Defendant is "not pro se."

Defendant was transferred from Marion County Jail to Orange County Jail after sentencing and remains there indefinitely awaiting designation to the Bureau of Prisons. Orange County Jail does not provide access to federal legal materials or Defendant's personal legal property.

These actions prevent Defendant from preparing appellate filings and constitute a denial of access to the courts in violation of the First and Fifth Amendments.

Immediate relief is necessary to protect Defendant's appellate rights and ensure meaningful access to the judicial process.

WHEREFORE, Defendant respectfully requests that the Court confirm his pro se status and order the immediate release of all legal property, materials, discovery, and transcripts necessary to prosecute his appeal.

Respectfully submitted,

Date: December 29, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner

With Permission

Jail ID No. 25041136

Orange County Corrections Dept.

3855 So John Young Pwky, Orlando, FL 32839

3

CERTIFICATE OF SERVICE

I, Robert H. Rivernider, Jr., hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office
   35 SE 1st Avenue, Suite 300
   Ocala, FL 34471

Date: December 29, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission

Robert Rwerudes
14 S. Bobwhite Rd
Wildwood FL
34785

ORLANDO FL 328
30 DEC 2025 PM 5 L

U.S. District Court
Middle District of FL
Ocala Division
Attn: Clerk of the Court
207 NW 2nd St #337
Ocala FL 34475

SCREENED
By USMS

34475-666687

