MOTION FOR RELEASE PENDING APPEAL

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                           Case No. 5:24-cr-138TPB-PRL

ROBERT HENRY RIVERNIDER. JR,

Defendant.

MOTION FOR RELEASE PENDING APPEAL,

OR IN THE ALTERNATIVE, FOR ACCESS TO LEGAL MATERIALS

Defendant Robert Henry Rivernider, Jr., respectfully moves this Court pursuant to

1

18 U.S.C. § 3143(b) for release pending appeal, or alternatively for an order compelling immediate access to legal materials necessary to prosecute his appeal.

Defendant has been sentenced to a term of three years imprisonment and has filed a timely Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit. The appeal is taken in good faith and is not for the purpose of delay.

Following sentencing, Defendant was transferred from Marion County Jail to Orange County Jail, where he remains indefinitely awaiting Bureau of Prisons designation. Orange County Jail does not provide access to federal legal materials, appellate rules, or Defendant's own legal property.

Jail officials have refused to release Defendant's legal materials, stating that Defendant is "not pro se," despite the absence of any

2

attorney of record and Defendant's filing of a pro se Notice of Appeal. As a result, Defendant is unable to prepare appellate filings while mandatory deadlines continue to run.

These conditions constitute a denial of Defendant's constitutional right of access to the courts and materially interfere with the jurisdiction of the Eleventh Circuit.

Defendant is not a flight risk or a danger to the community and can be released under appropriate conditions. In the alternative, the Court should order immediate access to Defendant's legal materials to prevent irreparable harm to his appellate rights.

WHEREFORE, Defendant respectfully requests that this Court grant release pending appeal, or alternatively order immediate access to all legal materials and property necessary to prosecute the appeal.

Respectfully submitted,

Date: December 29, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner

With Permission

Jail ID No. 25041136

Orange County Corrections Dept.

3855 So John Young Pwky, Orlando, FL 32839

4

## CERTIFICATE OF SERVICE

I, Robert H. Rivernider, Jr., hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office
   35 SE 1st Avenue, Suite 300
   Ocala, FL 34471

Date: December 29, 2025


*Robert Henry Rivernider, Jr*


ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr


With Permission

5

Robert Rwerud[?]
14 S. Bobwhite Rd
Wildwood FL
34785
ORLANDO FL 328
30 DEC 2025 PM 5 L



U.S. District Court
Middle District of FL
Ocala Division
attn: Clerk of the Court
207 NW 2nd St #337
Ocala FL 34475

SCREENED
By USMS

34475-666687

