UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.               Case No. 5:24-cr-138

ROBERT HENRY RIVERNIDER, JR.,

   Defendant.

MOTION FOR PRODUCTION OF SENTENCING LETTER

Defendant, Robert Henry Rivernider, Jr., respectfully moves this Court for an order directing the production of a sentencing-related letter submitted to the Court by Attorney William Gladson prior to Defendant's sentencing hearing.

In support, Defendant states:

1

1. Defendant was sentenced in the above-captioned case and has filed a Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit.

2. Defendant has learned that Attorney William Gladson submitted a letter directly to the Court for consideration in connection with Defendant's sentencing hearing.

3. Defendant has not been provided a copy of this letter and does not have access to it through his legal materials.

4. The contents of the sentencing letter may be relevant to issues raised on appeal and are necessary for Defendant to meaningfully prosecute his appeal.

5. Defendant is currently incarcerated and proceeding pro se, and access to the complete sentencing record is essential to protect his appellate rights.

WHEREFORE, Defendant respectfully requests that the Court order the Clerk or the submitting party to provide Defendant with a copy of any sentencing-related letter or

correspondence submitted by Attorney William Gladson to the Court in advance of sentencing.

Respectfully submitted,

Date: December 29, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner

With Permission

Jail ID No. 25041136

Orange County Corrections Dept.

3855 So John Young Pwky, Orlando, FL 32839

CERTIFICATE OF SERVICE

I, Robert H. Rivernider, Jr., hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office
   35 SE 1st Avenue, Suite 300
   Ocala, FL 34471

Date: December 29, 2025

3

4

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission

Robert Rwenbi...
14 S. Bobwhite Rd
Wildwood FL 34785

ORLANDO FL 328

31 DEC 2025 PM 6 L



Clerk of the Court
U.S. District Court
Middle District - Ocala
207 NW 2nd St
Ocala FL 34475

SCREENED
By USMS

34475-666687

