# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                                          5:24-cr-138-TPB-PRL

**ROBERT RIVERNIDER,**
    Defendant.
_____/

## ORDER

The defendant, who was originally convicted of several counts of wire fraud in December 2013 (see Doc. 4), was sentenced on December 12, 2025, to three years of imprisonment on violations of his supervised release. (Docs. 114, 115)

Defendant has filed a motion seeking access to his legal materials. (Doc. 122) The defendant's motion is granted only to the extent that, as a courtesy, the clerk is directed to send the defendant a copy of the docket sheet, and copies of documents 107, 109, 113, 114 and 115. If the defendant seeks any additional materials, he can request them from the clerk's office at fifty cents per page.

**IT IS SO ORDERED** in Ocala, Florida, on January 8, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Government Counsel
Robert Rivernider