IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-10449-F

_____

In re: ROBERT RIVERNIDER,

Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the
Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this petition is hereby DISMISSED for want of
prosecution because the Petitioner Robert Rivernider failed to pay the filing and docketing fees
to the clerk of this court within the time fixed by the rules.

Effective March 09, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2026

Robert Rivernider
Orange County Corrections - Inmate Legal Mail
PO BOX 4970
ORLANDO, FL 42802-4970

Appeal Number:  26-10449-F
Case Style:  In re: Robert Rivernider
District Court Docket No:  5:24-cr-00138-TPB-PRL-1

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as the mandate of this court. See 11th Cir. R. 41-4.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:    404-335-6122
Case Administration:    404-335-6135    Capital Cases:    404-335-6200
CM/ECF Help Desk:    404-335-6125    Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

PRO-8 Ltr Entry of Dismissal Mandamus

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2026

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number:  26-10449-F
Case Style:  In re: Robert Rivernider
District Court Docket No:  5:24-cr-00138-TPB-PRL-1

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-10449-F

_____

In re: ROBERT RIVERNIDER,

Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the
Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of
prosecution because the appellant Robert Rivernider failed to pay the filing and docketing fees
to the district court, or alternatively, file a motion to proceed in forma pauperis in this court
within the time fixed by the rules.

Effective March 09, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION