# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

**United States v. Robert Rivernider**

**Case No. 5:24-cr-00138-TPB-PRL-1**

## CORRECTED TRANSCRIPT ORDER FORM (AO 435 – CONTENT)

Appellant: Robert Rivernider (Pro Se)

Purpose: Transcript for appeal in Eleventh Circuit Case No. 25-14369-J

Proceedings Requested (UNREDACTED transcripts requested):

all dates in 2025):

1. June 25, 2025 — Initial Appearance / First Appearance.

2. July 9, 2025 — Revocation / Status Hearing.

3. August 26, 2025 — Revocation Hearing.

4. October 24, 2025 — Revocation Hearing.

5. December 12, 2025 — Final Revocation / Sentencing Hearing.

Remarks:

Appellant is incarcerated and proceeding pro se. This corrected request is intended to include all proceedings listed above as reflected on the district court docket. If any listed date requires correction to match the docket entry, Appellant requests preparation of the transcript for the corresponding docketed proceeding.

Transcript Type: Ordinary transcript for appeal purposes.

Payment: [ x ] CJA/Government expense (if authorized)    [ ] Appellant will arrange payment

Respectfully submitted,
Date: March 13, 2026

Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Reg. No. 96006-004
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101

Robert Rwurudwg
Reg # 96006-004
FDC Miami
PO Box

ORLANDO FL  328

17 MAR 2026 PM 2  L

SCREENED
By USMS

Clerk of the Court
Middle District of FL-Ocala
207 NW 2nd Street
Ocala    FL   34475-6603

34475-660399

