# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### OCALA DIVISION

UNITED STATES OF AMERICA

v.

ROBERT HENRY RIVERNIDER, JR.

Defendant, Pro Se

Case No. **5:24-cr-00138-TPB-PRL**

---

## MOTION TO PRODUCE LETTER REFERENCED AT OCTOBER 24, 2025 HEARING AND TO SUPPLEMENT THE RECORD

Defendant, **Robert Henry Rivernider, Jr., proceeding pro se**, respectfully moves this Court for an Order directing the United States and/or the Clerk of Court to produce and file on the docket any letter or correspondence from State Attorney William Gladson that was referenced during the hearing held on **October 24, 2025**, and to supplement the official record accordingly. In support, Defendant states:

---

## I. INTRODUCTION

1

This motion seeks production of materials necessary to ensure the accuracy and completeness of the record in this case.

During the hearing held on **October 24, 2025**, the Court referenced a letter attributed to the Office of the State Attorney and thereafter made statements concerning alleged financial losses attributed to Defendant. The referenced letter does not appear on the docket in this case, and Defendant has never received a copy of the document.

Because the Court referenced the letter during judicial proceedings, it may have been considered in evaluating Defendant's conduct and determining sentencing-related matters. Due process and the right to meaningful review require that any material referenced or relied upon by the Court be made part of the official record.

## II. RELEVANT FACTS

1. Defendant is proceeding **pro se** in this matter.
2. A hearing was held before the Honorable Judge Thomas P. Barber on **October 24, 2025.**
3. During that hearing, the Court referenced a letter attributed to the Office of the State Attorney.
4. After referencing that letter, the Court stated that Defendant had "stole $21 million."
5. The referenced letter does not appear on the docket in this case.
6. Defendant has never received a copy of the letter.
7. Defendant cannot meaningfully review or challenge statements made during the hearing without access to the referenced document.

8.  A complete and accurate record is essential to appellate and collateral review.

## III. LEGAL STANDARD

Federal courts possess inherent authority to ensure the completeness and accuracy of the record in criminal proceedings.

Due process requires disclosure of information relied upon by the Court in judicial decision-making. See:

**Townsend v. Burke**, 334 U.S. 736 (1948)

A sentence based on materially inaccurate or undisclosed information violates due process.

**Gardner v. Florida**, 430 U.S. 349 (1977)

A defendant must be afforded an opportunity to deny or explain information considered by the Court.

Additionally, the Court retains authority to order supplementation of the record when necessary to ensure fairness and meaningful review.

## IV. ARGUMENT

3

A. The Referenced Letter Must Be Produced to Ensure a Complete Record

The Court referenced a letter attributed to the Office of the State Attorney during the **October 24, 2025 hearing**.

Because the Court referenced the document during judicial proceedings, it constitutes material that may have influenced the Court's understanding of the case. Any document referenced during a hearing should be included in the official record.

The absence of the letter prevents Defendant from:

- Reviewing the accuracy of statements attributed to the letter
- Challenging any factual assertions contained in the letter
- Ensuring the reliability of the record

Production of the letter is therefore necessary to maintain the integrity of the proceedings.

B. Due Process Requires Disclosure of Materials Referenced by the Court

The Court's statement during the hearing that Defendant had "stole $21 million" followed reference to the letter attributed to the State Attorney's Office.

If that statement was based in whole or in part on information contained in the referenced letter, Defendant is entitled to review and respond to the underlying material.

Courts have consistently held that reliance on undisclosed information undermines due process and requires corrective action.

4

## C. Supplementation of the Record Is Necessary for Meaningful Review

Defendant is actively pursuing appellate and post-conviction remedies related to this case.

Meaningful review requires:

- A complete record of materials referenced during hearings

- Access to documents considered by the Court

- Accurate documentation of proceedings

Without the referenced letter, the record remains incomplete.

## V. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Order the United States and/or the Clerk of Court to produce and file on the docket any letter, correspondence, or communication from State Attorney William Gladson that was referenced during the hearing held on **October 24, 2025**

2. Direct that any such document be made part of the official record in this case

3. Order prompt production of the document to Defendant

4. Grant any additional relief the Court deems just and proper Respectfully submitted,

Respectfully submitted,

*Robert Henry Rivernider, Jr*

**Robert Henry Rivernider, Jr.**

Defendant, Pro Se

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Reg. No. 96006-004

FDC Miami

Federal Detention Center

PO Box 019120

Miami, FL 33101

Address subject to change due to custodial transfer.

6

## CERTIFICATE OF SERVICE

I, Robert H. Rivernider, hereby certify that a copy of this filing has been sent to the following:

**United States Attorney**
Middle District of Florida
35 SE 1st Avenue, Suite 300

Ocala, FL 34471

Respectfully submitted,


*Robert Henry Rivernider, Jr*


**Robert Henry Rivernider, Jr.**

Defendant, Pro Se

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

7

Robert Riverorder
Reg# 96006-004
FDC Miami
PO Box 019120
Miami FL 33101

ORLANDO FL 328

15 APR 2026 PM 4 L

Clerk of the Court
Middle District of FL Ocala
207 NN 2nd St
Ocala FL 34475-6603

SCREENED
By USMS

34475-660399

