In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-14369

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

ROBERT RIVERNIDER,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:24-cr-00138-TPB-PRL-1

_____

Before ROSENBAUM and KIDD, Circuit Judges.

BY THE COURT:

The motion to reinstate filed by the Appellant(s) is hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a

2                          Order of the Court                     25-14369

motion after the 14-day renewal period expires will be required to refile the motion.

Case 5:24-cr-00138-TPB-PRL    Document 142    Filed 04/29/26    Page 2 of 3 PageID 1058
USCA11 Case: 25-14369    Document: 25-1    Date Filed: 04/23/2026    Page: 2 of 2

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 23, 2026

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number:  25-14369-J
Case Style:  USA v. Robert Rivernider
District Court Docket No:  5:24-cr-00138-TPB-PRL-1

The referenced appeal was dismissed.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

REINST-1 Court Order Reinstatement