

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### OCALA DIVISION

UNITED STATES OF AMERICA

v.

**ROBERT RIVERNIDER,**

Defendant-Appellant, Pro Se

Case No.: 5:24-cr-00138-TPB-PRL-1

## MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE

(28 U.S.C. § 753(f))

## I. INTRODUCTION

Defendant-Appellant, Robert Rivernider, proceeding pro se and in forma pauperis, respectfully

moves this Court for an order authorizing the preparation and provision of transcripts at

government expense pursuant to 28 U.S.C. § 753(f).

1

The requested transcripts are necessary for the proper presentation and adjudication of substantial, non-frivolous issues on appeal. Without these transcripts, meaningful appellate review is impossible, and Appellant will suffer continued prejudice while incarcerated.

## II. PROCEDURAL BACKGROUND

Appellant filed a timely notice of appeal from the judgment entered in this case. Appellant has been granted in forma pauperis status.

Appellant has submitted a Transcript Order Form identifying the relevant proceedings. Due to inadvertent omission, Appellant has filed an Amended Transcript Order Form to include all necessary hearings.

The Court Reporter has indicated that the transcripts have been prepared and are ready for release, but payment has not been authorized. As a result, the appeal has been delayed through no fault of Appellant.

## III. LEGAL STANDARD

Under 28 U.S.C. § 753(f), transcripts shall be provided at government expense to a party proceeding in forma pauperis if the Court certifies that:

1. The appeal is not frivolous; and

2. The transcript is needed to decide the issue presented.

2

Appellant satisfies both requirements.

## IV. THE APPEAL IS NOT FRIVOLOUS

Appellant raises substantial legal and constitutional issues, including:

### A. Jurisdictional Defect

Appellant challenges the validity of the transfer of supervised release jurisdiction under 18 U.S.C. § 3605, asserting that the transfer was procured without disclosure of alleged technical violations, rendering the transfer invalid.

### B. Due Process Violations

Appellant challenges proceedings conducted without notice and without counsel, including a January 14, 2025 proceeding at which a warrant was issued.

### C. Sentencing Errors

Appellant challenges the imposition of a 36-month sentence, which significantly exceeds the applicable advisory guideline range of approximately 3–9 months.

These issues are substantial and non-frivolous.

## V. THE TRANSCRIPTS ARE NECESSARY

3

The requested transcripts are essential to resolve the issues on appeal. Specifically:

- **January 14, 2025** – Proceedings related to the issuance of the warrant, including potential ex parte proceedings and lack of counsel.

- **June 24, 2025** – Initial appearance proceedings.

- **July 9, 2025** – Proceedings addressing Appellant's right to self-representation.

- **August 26, 2025** – Proceedings involving alleged technical violations.

- **October 24, 2025** – Proceedings involving factual assertions and references to external materials relied upon by the Court.

- **December 12, 2025** – Revocation and sentencing hearing.

These transcripts are necessary to establish the factual record underlying Appellant's jurisdictional, constitutional, and sentencing claims.

## VI. DELAY IS NOT ATTRIBUTABLE TO APPELLANT

Appellant has diligently pursued the preparation of the record.

The Court Reporter has indicated that the transcripts are complete and ready for release, but payment authorization has not been issued. This delay is administrative in nature and not attributable to Appellant.

Appellant remains incarcerated while the appeal is effectively stalled due to the absence of transcripts necessary for review.

## VII. CONCLUSION

Appellant has demonstrated that:

- He is proceeding in forma pauperis;

- The appeal is not frivolous; and

- The transcripts are necessary to decide the issues presented.

Accordingly, Appellant respectfully requests that this Court certify the appeal as non-frivolous and order that the requested transcripts be provided at government expense pursuant to 28 U.S.C. § 753(f).

## VIII. PRAYER FOR RELIEF

WHEREFORE, Appellant respectfully requests that this Court:

1. Certify that the appeal is not frivolous;

2. Find that the requested transcripts are necessary for appellate review;

3. Order the preparation and provision of all requested transcripts at government expense; and

4. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

5

Robert H. Rivernider

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner, With Permission

Reg. No. 96006-004
FCI Beckley Satellite Camp
P.O. Box 350
Beaver, West Virginia 25813

Date: May 5, 2026

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2026, I placed a true and correct copy of the foregoing Motion in the US Mail, addressed to:

Office of the United States Attorney
Middle District of Florida

35 SE 1st Avenue, Suite 300
Ocala, FL 34471

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

Pro Se Petitioner, With Permission

7

Robert Rivers  
74 S. Brownlee Rd  
Wildwood FL 34785

ORLANDO FL. 328

7 MAY 2026  PM 3  L

SCREENED By USMS

UNITED STATES OF AMERICA  
FOREVER/USA

Clerk of the Court  
Middle District of FL  
207 NW 2nd St  
Ocala  FL  34475-6603

34475-660399

