**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

    **v.**                              **Case No.:  5:24-cr-138-TPB-PRL**

**ROBERT RIVERNIDER,**
_____/

**ORDER**

On April 16, 2026, the Court entered an order granting the defendant's initial motion for transcripts. (Docs. 136, 137.) Now, before the Court is the defendant's second motion for transcripts. (Doc. 144) This second motion is **denied as moot** for the following reason.

The hearings for which the defendant again seeks transcripts are identical to those listed in his first motion[1].

The Court notes that the court reporter has been approved for the necessary funds and has obtained an extension from the Eleventh Circuit for filing the transcripts in the appellate matter. (The transcripts are due on or before June 22, 2026.)

**DONE AND ORDERED** at Ocala, Florida, on May 21, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies provided to Pro-Se Party
Counsel of Record

---

[1]. The defendant additionally requested a transcript for "January 14, 2025 – Proceedings related to the issuance of the warrant, including potential _ex parte_ proceedings and lack of counsel." No such hearing occurred, and therefore no transcripts exist for that date or subject matter.