**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

RML 6/22/2026 -
(See bottom of Page 2 for
Transcript Information Form
edited by Official Court Reporter
Rebekah Lockwood on
4/24/2026 & 6/22/2026.)

**United States v. Robert Rivernider**

**Case No. 5:24-cr-00138-TPB-PRL-1**

**CORRECTED TRANSCRIPT ORDER FORM (AO 435 – CONTENT)**

Appellant: Robert Rivernider (Pro Se)

Purpose: Transcript for appeal in Eleventh Circuit Case No. 25-14369-J

Proceedings Requested (UNREDACTED transcripts requested):

all dates in 2025):

1. June 25, 2025 — Initial Appearance / First Appearance.

2. July 9, 2025 — Revocation / Status Hearing.

3. August 26, 2025 — Revocation Hearing.

4. October 24, 2025 — Revocation Hearing.

5. December 12, 2025 — Final Revocation / Sentencing Hearing.

Remarks:

Appellant is incarcerated and proceeding pro se. This corrected request is intended to include all proceedings listed above as reflected on the district court docket. If any listed date requires correction to match the docket entry, Appellant requests preparation of the transcript for the corresponding docketed proceeding.

Transcript Type: Ordinary transcript for appeal purposes.

Payment: [ x ] CJA/Government expense (if authorized)    [ ] Appellant will arrange payment

Respectfully submitted,
Date: March 13, 2026

Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Reg. No. 96006-004
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101

(OFFICIAL REPORTER'S NOTE: The following text is included as a supplemental record to address deficiencies in the Defendant's Transcript Information Form filed on 3/19/2026, Docket Entry 135.  Official Court Reporter was not timely noticed of Transcript Information Form.)

**PART II. Court Reporter Acknowledgment**
Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.

Date Transcript Order received:  04/22/2026
☑ Satisfactory arrangements for paying the cost of the transcript were made on:  04/22/2026  CJA eVoucher
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days:  5
Estimated no. of transcript pages:  275
Estimated filing date:  05/22/2026
Date: 04/24/2026   Signature:  *Rebekah Lockwood*   Phone No.:  r.lockwooduscr@gmail.com, 813-301-5380

**PART III. Notification That Transcript Has Been Filed In District Court**
On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.
☑ I certify that the transcript has been completed and filed with the district court on (date):  06/22/2026
Date: 06/22/2026 Signature: *Rebekah Lockwood*    RML 6/22/2026 -
Paper transcripts mailed to Robert Rivernider at last known address listed on BOP website as of 6/22/2026 (see attached USPS confirmation with tracking):
FCI Beckley, Federal Correctional Institution
P.O. Box  350, General & Legal Mail
Beaver, WV 25813



**UNITED STATES POSTAL SERVICE.**

SULPHUR SPRINGS
6706 N NEBRASKA AVE
TAMPA, FL 33604-9998
www.usps.com

06/22/2026                          09:33 AM

------------------------------------------

TRACKING NUMBERS
9534 6160 4866 6173 2524 00

------------------------------------------

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



------------------------------------------

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

------------------------------------------

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

------------------------------------------

PURCHASE DETAILS

------------------------------------------

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

------------------------------------------

USPS Grnd Advtg      1                $14.10
    Beaver, WV 25813
    Weight: 1 lb 8.10 oz
    Estimated Delivery Date
        Thu 06/25/2026
    Tracking #:
        9534 6160 4866 6173 2524 00
    Insurance                          $0.00
        Up to $100.00 included
Total                                 $14.10

------------------------------------------

Grand Total:                          $14.10

------------------------------------------

Credit Card Remit                     $14.10
    Card Name: VISA
    Account #: XXXXXXXXXXXX█
    Approval #: 93326F
    Transaction #: 680
    AID: A0000000980840    Contactless
    AL: US DEBIT

------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team
that delivers! The Postal Service is
actively hiring for full and part-time
positions. To learn more visit us at
www.usps.com/careers

Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
U.S. District Court
Middle District of Florida
801 N. Florida Ave.
Tampa, FL 33602

UNITED STATES POSTAL SERVICE

Retail

**G**

US POSTAGE PAID

**$14.10**

Origin: 33604
06/22/26
1189390804-47

USPS GROUND ADVANTAGE®

1 Lb 8.10 Oz

RDC 01

B099



SHIP
TO:

PO BOX 350
BEAVER WV 25813-0350

USPS TRACKING® #

9534 8160 4866 8173 2524 00

Robert Rivernider, #96006-004
FCI Beckley
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WV 25813